# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5715-CAS(PJWx) | Date | August 6, 2008 |
|---|---|---|---|
| Title | *OSAMA AHMED FAHMY v. JAY-Z aka SHAWN CARTER; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** - DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE

WHEREAS, on July 18, 2008, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to defendants KYAMBO JOSHUA; EMI MUSIC PUBLISHING, LTD; LIL LULU PUBLISHING; MARCY PROJECTS PRODUCTIONS II, INC.; and RADICAL MEDIA, only**;

A response to the Order to Show Cause was to be filed and served no later than August 2, 2008. The Court is in receipt of the proof of service of summons and complaint on defendant EMI MUSIC Publishing, LTD filed July 30, 2008. As of today's date, no other responses have been received by this Court;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE as to defendants KYAMBO JOSHUA; LIL LULU PUBLISHING; MARCY PROJECTS PRODUCTIONS II, INC.; and RADICAL MEDIA, only,** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

|  | 00 | : | 00 |
|---|---|---|---|

| | Initials of Preparer | CMJ |
|---|---|---|