Russell J. Frackman (#49087), rjf@msk.com
Alexa L. Lewis (#235867), all@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
T: (310) 312-2000; F: (310) 312-3100
Attorneys for Certain Defendants

Edward O. Lear (#132699), lear@centurylawgroup.com
CENTURY LAW GROUP LLP
5200 W. Century Blvd., Ste. 940
Los Angeles, CA 90045
T: (310) 642-6900; F: (310) 642-6910
Attorneys for Plaintiff

William J. Briggs, II (#144717), wbriggs@lavelysinger.com
LAVELY & SINGER P.C.
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
T: (310) 556-3501; F: (310) 556-3615
Attorneys for Defendant EMI Music Publishing Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osama Ahmed Fahmy,<br><br>    Plaintiff,<br><br>    v.<br><br>Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.,<br><br>    Defendants. | CASE NO. CV 07-05715-CAS (PJWx)<br><br>The Honorable Patrick J. Walsh<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Discovery Cutoff: July 31, 2009<br>Pretrial Conf.: August 10, 2009<br>Trial: TBD |

This stipulation is entered into between and among Plaintiff and Defendants (collectively, the "Parties"), through their respective counsel of record.

The Parties stipulate and agree that they have discussed the production of certain documents that the producing Parties contend contain confidential information. The Parties reasonably desire to protect the confidentiality of such information and stipulate and agree that it is appropriate to do so as set forth in the [Proposed] Stipulated Protective Order, attached hereto as Exhibit 1 and concurrently lodged with the Court.

Therefore, the Parties request that the Court enter the [Proposed] Stipulated Protective Order in the form attached hereto as Exhibit 1.

DATED: April 13, 2009    CENTURY LAW GROUP

By: /s/ Edward O. Lear
    Edward O. Lear
    Attorney for Plaintiff Osama Ahmed Fahmy

DATED: April 14, 2009    MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Alexa L. Lewis
    Alexa L. Lewis
    Attorneys for Certain Defendants

DATED: April 14, 2009    LAVELY & SINGER P.C.

By: /s/ William J. Briggs, II
    William J. Briggs, II
    Attorneys for Defendant EMI Music Publishing Ltd.

IT IS SO ORDERED.

Dated: 4/16/09

_____
The Honorable Patrick J. Walsh
United States Magistrate Judge