**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Osama Ahmed Fahmy,<br><br>        Plaintiff,<br>  v.<br><br>Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-AFella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.,<br><br>        Defendants. | Case No.: CV 07-05715-CAS (PJWx)<br><br>**ORDER RE DEFENDANTS' EX PARTE APPLICATION FOR MODIFICATION OF SCHEDULING ORDER TO ALLOW FOR RESUMED MEDIATION AFTER MOTIONS FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION ON AFFIRMATIVE DEFENSES OF LACHES AND STATUTE OF LIMITATIONS** |

1

**[Proposed] ORDER**

The Court has read and considered the parties' Stipulation re Defendants' Ex Parte Application for Modification of Scheduling Order to Allow for Resumed Mediation after Motions for Summary Judgment or Summary Adjudication on Affirmative Defenses of Laches and Statute of Limitations.  Good cause appearing therefore, it is hereby ORDERED that:

1. Plaintiff's Opposition to Defendants' Ex Parte Application for Modification of Scheduling Order to Allow for Resumed Mediation after Motions for Summary Judgment or Summary Adjudication on Affirmative Defenses of Laches and Statute of Limitations is to be filed with the court on January 7, 2010.

Dated:  January __7__, 2010

*Christina A. Snyder*
_____
The Honorable Christina A. Snyder
District Court Judge