1  EDWARD O. LEAR, State Bar No. 132699
2  **CENTURY LAW GROUP LLP**
   5200 W. Century Blvd. #345
3  Los Angeles, California 90045
4  Telephone: (310) 642-6900
   Facsimile: (310) 642-6910
5
6  Attorneys for Plaintiff
   OSAMA AHMED FAHMY
7

8  UNITED STATES DISTRICT COURT
9  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual, | Case No.: CV 07-05715-CAS (Ex) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION BY PLAINITFF OSAMA FAHMY FOR AN ORDER THAT MATERIAL FACTS AND ISSUES OF LAW, INCLUDING FOREIGN LAW, EXIST WITHOUT SUBSTANTIAL CONTROVERY** |
| vs. | |
| Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Han Music, Chesterchaz Publishing, EMI Blackwood Music Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprise Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution Inc., and Warner Music Inc., | [Fed. R. Civ. Proc. 44.1 and 56(d)]<br><br>Date:   October 18, 2010<br>Time:   10:00 a.m.<br>Courtroom: 5 |
| Defendants. | |

-1-
NOTICE OF MOTION AND MOTION BY PLAINTIFF FOR AN ORDER THAT MATERIAL FACTS AND
ISSUES OF LAW, INCLUDING FOREIGN LAW, ARE WITHOUT SUBSTANTIAL CONTROVERSY

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 18, 2010, at 10:00 a.m. or as soon thereafter as the matter can be heard in Courtroom 5, the Honorable Christina A. Snyder, presiding, Plaintiff Osama Ahmed Fahmy will and hereby does move the Court for an order, pursuant to Rules 44.1 and 56(d) of the Federal Rules of Civil Procedure, that the material facts and issues of law, including foreign law, identified below exist without substantial controversy:

1. Baligh Hamdy was the author of the "Khosara, Khosara" musical composition.

2. Baligh Hamdy was an Egyptian national at the time he authored the "Khosara, Khosara" musical composition.

3. The "Khosara, Khosara" musical composition was first published in Egypt.

4. Egyptian law governs any attempt to alienate or make a general transfer, sale or assignment of the moral rights of the author, Baligh Hamdy, in the copyright to the "Khosara, Khosara" musical composition.

5. Under Egyptian copyright law, the moral rights of the author are personal and inalienable. By operation of law, moral rights remain with the author until death, and thereupon descend to his heirs. Under Egyptian copyright law, following the author's death the moral rights in a work are exercisable only by a rightful heir of the author.

6. The term "moral rights," under Egyptian copyright law, includes the right to make derivative works from the "Khosara, Khosara" musical composition, the right to make new arrangements, the right to synchronize the composition with images or moving pictures, and the right to make any other fundamental alteration of the composition.

7. Plaintiff Osama Ahmed Fahmy is an heir of Baligh Hamdy, and is an owner of the copyright and moral rights in the "Khosara, Khosara" musical composition, and thus has standing to pursue the claims asserted in the above-captioned lawsuit.

8. No general transfer, assignment or conveyance of Baligh Hamdy's moral rights in the copyright to the "Khosara, Khosara" musical composition has ever occurred or could occur.

9. Defendants do not have permission from the copyright holder of the "Khosara, Khosara" musical composition to copy that composition within the songs "Big Pimpin" or "Big Pimpin/Papercut," the film "Fade to Black," or any of the new works constituting derivatives thereof.

10. Under international conventions and treaties, including the Berne Convention, the United States is required to provide copyright protection to the Egyptian work, the "Khosara, Khosara" musical composition.

This motion is made following conferences of counsel pursuant to L.R. 7-3.

Plaintiff's Motion shall be based upon this Notice and Motion; the concurrently-filed Declarations of Osama Ahmed Fahmy, Dr. Mohamed-Hossam Loutfi (2006 initial declaration and 2009 supplemental declaration), Edward Lear and attached, consularized writs of inheritance and copyright registration; the concurrently-filed Memorandum of Points and Authorities; the files in this action; and upon any argument and evidence presented at any hearing on the Motion.

Dated: September 20, 2010                    CENTURY LAW GROUP LLP

By: *[signature]*

Edward O. Lear, Esq.
Attorneys for Plaintiff
OSAMA AHMED FAHMY

-3-