ORIGINAL

RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
ALEXA L. LEWIS (SBN 235867)
all@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Defendants

FILED
CLERK, U.S. DISTRICT COURT
DEC 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
DEC 13 2010
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osama Ahmed Fahmy,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.,<br><br>　　　　Defendants. | CASE NO. CV 07-05715-CAS (PJWx)<br><br>The Honorable Christina A. Snyder<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL<br><br>Date:　February 28, 2011<br>Time:　10:00 a.m.<br>Ctrm.:　5 |

Mitchell Silberberg & Knupp LLP
3334535.1

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

1   The Court has read and considered the Application of Defendants to file under
2   seal: (1) Exhibits 1 and 2 to the Declaration of Alexa L. Lewis In Support of
3   Defendants' Opposition to Motion by Plaintiff Osama Fahmy for an Order That
4   Material Facts and Issues of Law, Including Foreign Law, Exist Without Substantial
5   Controversy (the "Lewis Declaration"), and (2) Exhibit 1 to the Declaration of
6   Ahmed Y. Zohny, Ph.D., L.L.B., L.L.M. in Support of Defendants' Opposition to
7   Motion by Plaintiff Osama Fahmy for an Order That Material Facts and Issues of
8   Law, Including Foreign Law, Exist Without Substantial Controversy (the "Zohny
9   Declaration").

11   The Application is GRANTED. Exhibits 1 and 2 to the Lewis Declaration,
12   and Exhibit 1 to the Zohny Declaration, shall be filed under seal.

14   DATED: December 14, 2010

*(signed)* Christina A. Snyder
The Honorable Christina A. Snyder
United States District Judge

Mitchell Silberberg & Knupp LLP
3334535.1

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL