| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Osama Ahmed Fahmy, | | CASE NO. CV 07-05715-CAS (PJWx) |
| | Plaintiff, | The Honorable Christina A. Snyder |
| v. | | |
| Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc., | | [~~PROPOSED~~] **ORDER RE: DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: 5 |
| | Defendants. | |

Mitchell Silberberg & Knupp LLP

**Error! Unknown document property name..Error! Unknown document property name.**

[PROPOSED] ORDER

1   The Court has read and considered Defendants' *Ex Parte* Application and
2   argument in connection therewith, and, good cause appearing therefore, ORDERS
3   that the *Ex Parte* Application be granted, and that the following be deemed filed: (1)
4   Defendants' [Proposed] Surreply in Opposition to Plaintiff's Summary Judgment
5   Motion, and (2) the Declaration of Alexa L. Lewis in Support of Defendants'
6   [Proposed] Surreply in Opposition to Plaintiff's Summary Judgment Motion.

8   Dated:  February 11, 2011            *Christine A. Snyder*

            The Honorable Christina A. Snyder

Mitchell Silberberg & Knupp LLP

**Error! Unknown document property name..Error! Unknown document property name.**

1

[PROPOSED] ORDER