# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV07-5715-CAS(PJWx) | Date | February 28, 2011 |
|---|---|---|---|
| Title | *OSAMA AHMED FAHMY v. JAY-Z AKA SHAWN CARTER; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Edward Lear | Russell Frackman |
| | Alexa Lewis |

**Proceedings:** PLAINTIFF'S MOTION FOR AN ORDER THAT MATERIAL FACTS AND ISSUES OF LAW, INCLUDING FOREIGN LAW, EXIST WITHOUT SUBSTANTIAL CONTROVERSY (filed 09/17/10 and 09/20/10)

PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' "EXPERT" AHMED Y. ZOHNY (filed 01/31/11)

Hearing held and counsel are present. Tentative order provided. The Court confers with counsel and counsel argue. The Court takes plaintiff's motions under submission. The Court will issue a final order.

|  | 00 | : | 12 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |