BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
 pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
 kwesley@bgrfirm.com
Peter Shimamoto (State Bar No. 123422)
 pshimamoto@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Osama Ahmed Fahmy

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Osama Ahmed Fahmy, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.,<br><br>    Defendants. | Case No. 07-CV-05715 CAS (PJWx)<br><br>The Hon. Christina A. Snyder<br><br>**PLAINTIFF'S NOTICE OF RECENT SUPREME COURT DECISION TO GRANT CERTIORARI REGARDING** ***PETRELLA V. METRO-GOLDWYN-MAYER, INC.*** **(LACHES)**<br><br>Judge: Hon. Christina A. Snyder<br>Date:  October 21, 2013<br>Time:  10:00 a.m.<br>Crtrm.: 5<br><br>Trial Date: None Set |

403475.1

**PLAINTIFF'S NOTICE OF RECENT SUPREME COURT DECISION TO GRANT CERTIORARI REGARDING *PETRELLA V. METRO-GOLDWYN-MAYER, INC.* (LACHES)**

1  TO THE CLERK OF COURT, ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:
3      PLEASE TAKE NOTICE THAT attached hereto as Exhibit A is a true and
4  correct copy of a printout from the website for the United States Supreme Court
5  which indicates that, on October 1, 2013, the Supreme Court granted a petition for
6  writ of certiorari in the case of *Petrella v. Metro-Goldwyn-Mayer, Inc.*, 695 F.3d
7  946 (9th Cir. 2012) ("*Petrella*").
8      *Petrella* is one of the primary cases upon which the Court relied regarding the
9  issue of laches in its September 5, 2013 Order on Defendants' motion for summary
10 judgment. (Dkt. 380) The Supreme Court's decision to grant the petition indicates
11 that the Supreme Court is likely to resolve the split among the courts of appeal as to
12 whether laches is available as a defense to claims for copyright infringement.
13
14 Dated: October 16, 2013        BROWNE GEORGE ROSS LLP
15                                     Peter W. Ross
                                    Keith J. Wesley
16                                     Peter Shimamoto
17                            By   /s/ Peter Shimamoto
18                                     Peter Shimamoto
19                          Attorneys for Plaintiff Osama Ahmed Fahmy
20
21
22
23
24
25
26
27
28
403475.1

-1-

**PLAINTIFF'S NOTICE OF RECENT SUPREME COURT DECISION TO GRANT CERTIORARI REGARDING *PETRELLA V. METRO-GOLDWYN-MAYER, INC.* (LACHES)**

# EXHIBIT A



# SUPREME COURT OF THE UNITED STATES

Search: ● All Documents ○ Docket Files
For Search Term: [          ]
[ Search ] [ Help ]

Home | Search Results

🖨 Printer-Friendly Version

**Supreme Court Documents**
- Docket
- Oral Arguments
- Merits Briefs
- Bar Admissions
- Court Rules
- Case Handling Guides
- Opinions
- Orders and Journals

**Supreme Court Information**
- About the Supreme Court
- Visiting the Court
- Public Information
- Jobs
- Links

No. 12-1315
Title: Paula Petrella, Petitioner
v.
Metro-Goldwyn-Mayer, Inc., et al.
Docketed: May 3, 2013
Lower Ct: United States Court of Appeals for the Ninth Circuit
  Case Nos.: (10-55834, 10-55853)
  Decision Date: August 29, 2012
  Rehearing Denied: January 30, 2013

**Questions Presented**

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~

Apr 30 2013  Petition for a writ of certiorari filed. (Response due June 3, 2013)
May 16 2013  Order extending time to file response to petition to and including August 2, 2013.
Jun 3 2013  Brief amicus curiae of Califorina Society of Entertainment Lawyers filed.
Aug 2 2013  Brief of respondents Metro-Goldwyn-Mayer, Inc., et al. in opposition filed.
Aug 20 2013  Reply of petitioner Paula Petrella filed. (Distributed)
Aug 21 2013  DISTRIBUTED for Conference of September 30, 2013.
Oct 1 2013  Petition GRANTED.
Oct 9 2013  Consent to the filing of amicus curiae briefs, in support of either party or of neither party, received from counsel for the respondents.

| ~~Name~~ | ~~~~~~Address~~~~~~~~~~~~~~~~ | ~~Phone~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| Stephanos Bibas  Counsel of Record | University of Pennsylvania Law School  Supreme Court Clinic  3501 Sansom Street  Philadelphia, PA 19104  sbibas@law.upenn.edu | (215) 746-2297 |
| Party name: Paula Petrella | | |
| **Attorneys for Respondents:** | | |
| Mark A. Perry  Counsel of Record | Gibson Dunn & Crutcher LLP  1050 Connecticut Ave., N.W.  Washington, DC 20036  mperry@gibsondunn.com | (202) 955-8500 |
| Party name: Metro-Goldwyn-Mayer, Inc., et al. | | |
| Robert J. Catalano | Loeb & Loeb LLP  10100 Santa Monica Blvd.  Suite 2200  Los Angeles, CA 90067  rcatalano@loeb.com | (310) 282-2000 |
| Party name: Metro-Goldwyn-Mayer, Inc., et al. | | |
| **Other:** | | |
| Steven William Smyrski | 3310 Airport Ave., SW  Santa Monica, CA 90405  steve@smyrski.com | (310) 397-9118 |
| Party name: Califorina Society of Entertainment Lawyers | | |

October 16, 2013 | Version 2012.0
Home | Help | Site Map | Contact Us | About Us | FAQ | Website Policies and Notices | Privacy Policy | USA.GOV

**Supreme Court of the United States**



EXHIBIT A

http://www.supremecourt.gov/Search.aspx?FileName=/docketfiles/12-1315.htm          10/16/2013

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On October 16, 2013, I served true copies of the following document(s) described as **PLAINTIFF'S NOTICE OF RECENT SUPREME COURT DECISION TO GRANT CERTIORARI REGARDING PETRELLA V. METRO-GOLDWYN-MAYER, INC. (LACHES)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2013, at Los Angeles, California.

/s/ Kathy Hall
Kathy Hall

403475.1

**SERVICE LIST**
*Fahmy v. Jay-Z (aka Shawn Carter), et al.*
CV-07-05715 CAS (PJWx)

| | |
|---|---|
| Russell J. Frackman, Esq.<br>Alexa L. Lewis, Esq.<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Tel.: 310.312.2000<br>Fax: 310.312.3100<br>Email: rjf@msk.com<br>       all@msk.com | Attorneys for Defendants |

403475.1