UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5715-CAS(PJWx) | Date | October 21, 2013 |
|---|---|---|---|
| Title | *OSAMA AHMED FAHMY v. JAY-Z AKA SHAWN CARTER; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Shimamoto | Russell Frackman |
| | Alexa Lewis |

**Proceedings:** DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT AND FOR CLARIFICATION OF THE COURT'S AMENDED ORDER ENTERED ON SEPTEMBER 5, 2013 (Filed 09/23/13)[381]

Hearing held and counsel are present. Tentative order provided. The Court confers with counsel and counsel argue. The Court takes the above-referenced motion under submission.

The Court orders the parties back to Magistrate Carla Woehrle for settlement purposes. Plaintiff shall appear by telephone at the settlement conference(s), if approved by Magistrate Woehrle.

|  | 00 | : | 26 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |

cc:   Magistrate Carla Woehrle