UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**    'O'

| Case No. | 2:07-cv-05715-CAS(PJWx) | Date | June 13, 2014 |
|---|---|---|---|
| Title | OSAMA AHMED FAHMY V. JAY-Z, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:)** PLAINTIFF'S EX PARTE APPLICATION FOR ORDER CLARIFYING THAT DISCOVERY IS OPEN FOR ALL PURPOSES (Dkt. #404, filed June 11, 2014)

The facts of this case are complex. They are set forth in greater detail in the Court's orders dated December 3, 2013, dkt. #386, August 12, 2013, dkt. #380, December 9, 2011, dkt. #309. The primary focus of the Court's August 12, 2013 and December 3, 2013 orders was the extent to which plaintiff's claims are barred by the defense of laches. On May 19, 2014, the United States Supreme Court issued its decision in <u>Petrella v. Metro-Goldwyn-Mayer, Inc.</u>, 134 S. Ct. 1962, 1967 (2014), which held that "[l]aches . . . cannot be invoked to preclude adjudication of a claim for damages brought within the three-year [statute of limitations]."

On June 11, 2014, in the wake of the Supreme Court's decision in <u>Petrella</u>, plaintiff filed an ex parte application seeking an order clarifying that discovery is open "for all purposes." Dkt. #404. Plaintiff contends that he should now be permitted to seek discovery as to all aspects of defendants' alleged copyright infringement because, after <u>Petrella</u>, laches is no longer a viable defense. Defendants respond that, even after <u>Petrella</u>, laches still bars plaintiff from obtaining certain remedies, and that discovery should be restricted accordingly. Dkt. #405.

The Court finds that this issue is not suitable for resolution at this juncture. A motion for reconsideration is currently scheduled for hearing on July 21, 2014, dkt. #41, in which plaintiff seeks to vacate this Court's prior orders pertaining to laches. Plaintiff's application raises complex issues of copyright law that are more prudently resolved on a regularly noticed motion. Moreover, the manner in which the Court resolves those issues will likely bear on the Court's determination of the appropriate scope of discovery.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                'O'

| Case No. | 2:07-cv-05715-CAS(PJWx) | Date | June 13, 2014 |
|---|---|---|---|
| Title | OSAMA AHMED FAHMY V. JAY-Z, ET AL. | | |

Accordingly, plaintiff's ex parte application is hereby DENIED without prejudice to being renewed by noticed motion after the Court rules on plaintiff's motion for reconsideration.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  | CMJ |  |