BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
   pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
   kwesley@bgrfirm.com
Christina J. Johnson (State Bar No. 228869)
   cjohnson@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Osama Ahmed Fahmy

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Osama Ahmed Fahmy, an individual,<br><br>        Plaintiff,<br><br>      vs.<br><br>Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.,<br><br>        Defendants. | Case No. 2:07-CV-05715 CAS (PJWx)<br><br>The Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION RE: EXTENSION OF FACT AND EXPERT WITNESS DISCOVERY CUT-OFF DATES**<br><br>Pretrial Conference:<br>    April 27, 2015, at 11:00 a.m.<br>Jury Trial Date:<br>    May 12, 2015, at 9:30 a.m. |

470716.1

Pursuant to the parties' Joint Stipulation Re: Extension of Fact and Expert Witness Discovery Cut-Off Dates, and good cause appearing therefor:

IT IS HEREBY ORDERED that the following fact and expert witness discovery cut-off dates are hereby set in this action:

| | |
|---|---|
| Fact Discovery Cut-off: | November 28, 2014 |
| Exchange of Expert Reports: | December 17, 2014 |
| Exchange of Rebuttal Reports: | January 23, 2015 |
| Expert Discovery Cut-off: | March 5, 2015 |

IT IS SO ORDERED.

Dated: October 27, 2014

Honorable Christina A. Snyder
United States District Court Judge

470716.1

[PROPOSED] ORDER RE: JOINT STIPULATION RE: EXTENSION OF FACT AND EXPERT WITNESS DISCOVERY CUT-OFF DATES