UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osama Ahmed Fahmy,<br><br>          Plaintiff,<br><br>     v.<br><br>Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.,<br><br>          Defendants. | Case No. CV 07-05715 CAS (PJWx)<br><br>The Honorable Christina A. Snyder<br><br>**[PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE ON MOTION FOR REVIEW OF MAGISTRATE ORDER AND EXTENSION OF EXPERT DEADLINES**<br><br>Pre-Trial<br>   Conference:      April 27, 2015<br>Trial:                     May 12, 2015 |

Mitchell Silberberg & Knupp LLP

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Stipulation re: Briefing and Hearing Schedule on Motion for Review of Magistrate Order and Extension of Expert Deadlines, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. Although the fact discovery cutoff in this case remains November 28, 2014, depositions for which notices and/or subpoenas preceded the fact discovery cutoff may take place beyond November 28, 2014, subject to Defendants' objections;

2. Plaintiff shall file his opposition to the Motion for Review on or before December 16, 2014;

3. Defendants shall file any replies in support of the Motion for Review on or before December 23, 2014;

4. The Motion for Review shall be heard on January 12, 2015 at 11:00 a.m. at the status conference currently scheduled for that date and time;[1]

5. The December 19, 2014 deadline in the Magistrate Order for Defendants to produce concert revenue information shall be stayed pending adjudication of the Motion for Review;

6. The deadline for the exchange of expert reports shall be extended from December 17, 2014 to February 17, 2015;

---

[1] To the extent that the Court's ruling on this hearing affects the timing of expert disclosures, the dates set forth hereafter may need to be revisited.

Mitchell Silberberg & Knupp LLP

1

**[PROPOSED] ORDER**

7. The deadline for the exchange of rebuttal reports shall be extended from January 23, 2015 to March 9, 2015; and

8. The cut-off for Expert Discovery shall be extended to March 30, 2015

IT IS SO ORDERED.

Dated: December 5, 2014          By: *[signature: Christina A. Snyder]*
                                     Honorable Christina A. Snyder
                                     Judge of the United States District Court