| | |
|---|---|
| 1 | RUSSELL J. FRACKMAN (SBN 49087) |
| | rjf@msk.com |
| 2 | DAVID A. STEINBERG (SBN 130593) |
| | das@msk.com |
| 3 | ALEXA L. LEWIS (SBN 235867) |
| | all@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Boulevard |
| 5 | Los Angeles, California 90064-1683 |
| | Telephone:  (310) 312-2000 |
| 6 | Facsimile:   (310) 312-3100 |
| 7 | CHRISTINE T. LEPERA (Admitted *Pro Hac Vice*) |
| | ctl@msk.com |
| 8 | MITCHELL SILBERBERG & KNUPP LLP |
| | 12 East 49th Street, 30th Floor |
| 9 | New York, NY 10017 |
| | Telephone:  (212) 509-3900 |
| 10 | Facsimile:   (212) 509-7239 |
| 11 | Attorneys for Various Defendants |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osama Ahmed Fahmy, | Case No. CV 07-05715 CAS (PJWx) |
| Plaintiff, | The Honorable Christina A. Snyder |
| v. | **JOINT STIPULATION AND PROPOSED SCHEDULING ORDER** |
| Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc., | Pre-Trial Conf.: September 14, 2015<br>Trial:                  October 13, 2015 |
| Defendants. | |

Mitchell Silberberg & Knupp LLP

6720443.3

**JOINT STIPULATION AND PROPOSED SCHEDULING ORDER**

Pursuant to the Court's March 16, 2015 Order, the parties jointly stipulate to and submit the following new proposed schedule of pretrial and trial dates:

| | |
|---|---|
| Exchange of expert rebuttal reports: | April 17, 2015 |
| Expert Discovery Cutoff: [1] | June 22, 2015 |
| Last day to meet and confer under L.R. 16-2 | July 1, 2015 |
| Last day to file and serve Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists | July 24, 2015 |
| Last day to file motions in limine: | August 4, 2015 |
| Last day to file oppositions to motions in limine: | August 18, 2015 |
| Last day to file reply briefs in support of motions in limine: | September 1, 2015 |
| Pretrial Conference and hearing on motions in limine: | September 14, 2015 at 11:00 a.m. |
| Jury Trial: | October 13, 2015 at 9:30 a.m. |

IT IS SO STIPULATED.

Dated: March 17, 2015             BROWNE GEORGE ROSS LLP


By: /s/Keith J. Wesley
    Peter W. Ross
    Keith J. Wesley
    Christina J. Johnson
    Attorneys for Plaintiff
    Osama Ahmed Fahmy

---

[1] The fact discovery cutoff was November 28, 2014, and is not continued, except that Plaintiff may take the previously noticed deposition of Kashyap Bahkai and the Rule 30(b)(6) deposition of Live Nation.

| | | |
|---|---|---|
| 1 | Dated:  March 17, 2015 | MITCHELL SILBERBERG & KNUPP LLP |
| 2 | | |
| 3 | | By: /s/David A. Steinberg |
| 4 | | Russell J. Frackman |
| | | Christine T. Lepera |
| 5 | | David A. Steinberg |
| | | Alexa L. Lewis |
| 6 | | Attorneys for Various Defendants |
| 7 | Dated:  March 17, 2015 | CALDWELL LESLIE & PROCTOR, PC |
| 8 | | |
| 9 | | By: /s/Linda M. Burrow |
| | | Linda M. Burrow |
| 10 | | Eric S. Pettit |
| | | Attorneys for Defendant |
| 11 | | Shawn Carter (pka Jay Z) |

## Attestation Regarding Signatures

I, David A. Steinberg, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 17, 2015          By: /s/David A. Steinberg
                                      David A. Steinberg