1  RUSSELL J. FRACKMAN (SBN 49087)
     rjf@msk.com
2  DAVID A. STEINBERG (SBN 130593)
     das@msk.com
3  ALEXA L. LEWIS (SBN 235867)
     all@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
6  Facsimile:   (310) 312-3100

7  CHRISTINE T. LEPERA (Admitted *Pro Hac Vice*)
     ctl@msk.com
8  MITCHELL SILBERBERG & KNUPP LLP
   12 East 49th Street, 30th Floor
9  New York, NY 10017
   Telephone:  (212) 509-3900
10 Facsimile:   (212) 509-7239

11 Attorneys for Various Defendants

12            UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  Osama Ahmed Fahmy, | Case No. CV 07-05715 CAS (PJWx) |
| 15           Plaintiff, | The Honorable Christina A. Snyder |
| 16       v. | ~~PROPOSED~~ SCHEDULING ORDER |
| 17  Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, | |
| 18  Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big | Pre-Trial Conf.:  September 14, 2015 Trial:            October 13, 2015 |
| 19  Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., | |
| 20  EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, | |
| 21  Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV | |
| 22  Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home | |
| 23  Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon | |
| 24  Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG | |
| 25  Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner | |
| 26  Music Inc., | |
| 27           Defendants. | |
| 28 | |

Mitchell
Silberberg &
Knupp LLP

6729173.1

1

## **ORDER**

2      Having read and considered the Parties' Joint Stipulation and Proposed

3 Scheduling Order, the Court issues the following Scheduling Order:

4 Exchange of expert rebuttal reports:                              April 17, 2015

5 Expert Discovery Cutoff:                                          June 22, 2015

6 Last day to meet and confer under L.R. 16-2                       July 1, 2015

7 Last day to file and serve Memoranda of Contentions of           July 24, 2015

8      Fact and Law, Exhibit Lists and Witness Lists

9 Last day to file motions in limine (not to exceed 5 pages

10      in length):                                                August 4, 2015

11 Last day to file oppositions to motions in limine limine (not

12      to exceed 5 pages in length):                              August 18, 2015

13 No  replies on motions in limine:

14 Pretrial Conference and hearing on motions in limine:           September 14, 2015

15                                                                 at 11:00 a.m.

16 Jury Trial:                                                     October 13, 2015

17                                                                 at 9:30 a.m.

18

19      IT IS SO ORDERED.

20 Dated:  March 18, 2015

21

22                                   By:_____

23                                        The Honorable Christine A. Snyder
                                          United States District Court Judge
24

25

26

27

28