UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5715-CAS(PJWx) | Date | April 15, 2015 |
|---|---|---|---|
| Title | *OSAMA AHMED FAHMY v. JAY-Z AKA SHAWN CARTER; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Keith Wesley | David Steinberg |
| | Christine Lepera |
| | Eric Pettit |
| | Linda Burrow |

**Proceedings:**     TELEPHONE STATUS CONFERENCE

Hearing held by telephone and counsel are present. The Court confers with counsel regarding the case, as stated in Court and on the record. The Court continues the Telephone Status Conference to **May 15, 2015** at **12:00 P.M.** All parties are ordered to discuss the matter with their clients and opposing counsel prior to the telephone conference. Counsel for **PLAINTIFF** is ordered to initiate the telephone conference call **THROUGH THE TELEPHONE OPERATOR** to include all counsel of record, and **CHAMBERS at (213) 894-8551** on the date and time scheduled. If the Court's conference line is busy, continue to try to connect, the Court may be finalizing a previous conference call. Counsel shall be available 30 minutes prior and 30 minutes after the time scheduled for the telephone conference. NOTE: During the telephonic hearing, counsel <u>must</u> identify themselves before they speak for the benefit of the Court and the Court Reporter.

|  | 00 | : | 08 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |