UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5715-CAS (PJWx) | | Date | May 5, 2015 |
|---|---|---|---|---|
| Title | *Osama Ahmed Fahmy v. Jay-Z et al.* | | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|
| Isabel Martinez | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **Order re:** Request for Clarification of the Court's Previous Order Compelling Defendant Sean Carter to Produce Documents Responsive to Requests for Production Nos. 133 and 136  (In Chambers)

     The Court has received emails from Plaintiff Osama Fahmy, Defendant Sean Carter, and non-party Live Nation Entertainment, Inc., regarding a discovery dispute.  (The Court orders the clerk to file the documents as one document.)  Plaintiff complains that Defendant Carter has failed to produce documents responsive to Requests for Production Nos. 133 and 136, despite the fact that Plaintiff had moved for an order compelling production and the Court had granted the order in November 2014.  Plaintiff contends that, in lieu of such production, Defendant produced a spreadsheet that he apparently believes contains the information that Plaintiff is looking for and made a witness from Live Nation available for deposition who failed to answer numerous questions asked by counsel on the ground that they were irrelevant.  Plaintiff requests that the Court issue an order clarifying its prior order and commanding Defendant to produce the responsive documents.

     Defendant Carter asks the Court not to rule on Plaintiff's request and to, instead, require him to follow Local Rule 37 and submit the issue to the Court by joint stipulation following a meet and confer.  Alternatively, he requests that the Court grant him two weeks to file a written opposition.  Non-party Live Nation seeks an opportunity to be heard on the issue, explaining that the information Defendant Carter possesses regarding concert revenue implicates "Live Nation's most sensitive business interests and agreements."

     Plaintiff's request for clarification is granted over Defendant's and Live Nation's objections. In Plaintiff's previous motion, he asked the Court to compel Defendant Carter to produce documents in response to, among others, Request for Production Nos. 133 and 136.  Plaintiff attached the Requests for Production to his motion. Request for Production No. 133 sought *all* documents "constituting any contract or other agreement providing for compensation" for any concert in which "Big Pimpin'" was performed.  (Doc. No. 429, Exh. 10.)  Request for Production No. 136 sought documents "sufficient to determine all merchandising revenues, gross profits, net profits, fees, royalties guarantees, advances, royalties, and all other compensation received by any defendant for any concert" at which "Big Pimpin'" was performed.  (Doc. No. 429, Exh. 10.)  The Court read and considered the motion,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-5715-CAS (PJWx) | Date | May 5, 2015 |
|---|---|---|---|
| Title | *Osama Ahmed Fahmy v. Jay-Z et al.* | | |

including the Requests for Production as well as Defendant's opposition, and ruled in Plaintiff's favor, ordering Defendant to "produce discovery relating to the concert revenues no later than December 19, 2014." (Doc. No. 429.)

Defendant Carter appealed the order, arguing to the district judge that the magistrate judge had erred in ordering production. The district judge disagreed, directing Defendant to produce all responsive documents within 30 days. (Doc. No. 447.)

The Court does not find that there was anything ambiguous about either order. Plaintiff moved to compel Defendant Carter to produce documents responsive to Requests Nos. 133 and 136 and the magistrate judge and the district judge ordered him to do so. Plaintiff is now ordered a third time to produce documents that are responsive to Requests for Production Nos. 133 and 136 no later than May 18, 2015. Failure to do so will result in sanctions. The documents will be produced subject to a protective order and will not be disseminated to the public absent further order of the Court.

cc: All Counsel of Record
    Counsel for Live Nation Entertainment, Inc.

S:\PJW\Cases-X\Fahmy v. Jay Z\Request for Clarification.wpd

| | : | |
|---|---|---|
| | Initials of Preparer | sr |