1  CALDWELL LESLIE & PROCTOR, PC
   LINDA M. BURROW, State Bar No. 194668
2    *burrow@caldwell-leslie.com*
   ERIC S. PETTIT, State Bar No. 234657
3    *pettit@caldwell-leslie.com*
   725 South Figueroa Street, 31st Floor
4  Los Angeles, California 90017-5524
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  Attorneys for Defendant
   SHAWN C. CARTER (pka Jay Z)

**DENIED**
BY ORDER OF THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, BOB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC.,<br><br>            Defendants. | Case No. 07-CV-05715 CAS (PJWx)<br><br>The Honorable Christina A. Snyder<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT SHAWN C. CARTER'S *EX PARTE* APPLICATION FOR STAY OF MAGISTRATE ORDER, OR, IN THE ALTERNATIVE, FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR REVIEW OF NON-DISPOSITIVE RULING OF MAGISTRATE UNDER FRCP 72(a) AND L.R. 72-2<br><br>[*Ex Parte* Application, *Ex Parte* Declaration of Eric S. Pettit with Exhibits, and Notice of Motion and Motion for Review and supporting declarations and exhibits filed concurrently herewith]<br><br>Complaint filed:   Aug. 31, 2007<br>Discovery Cutoff: Nov. 28, 2014<br>Trial Date:            Oct. 13, 2015 |

CALDWELL
LESLIE &
PROCTOR

1   This Court has considered the *Ex Parte* Application submitted by Defendant
2   Shawn C. Carter (professionally known as Jay Z) on May 11, 2015 pursuant to
3   Local Rule 7-19.  After full consideration of the matter, including Plaintiff Osama
4   Ahmed Fahmy's opposition, the Court GRANTS Mr. Carter's *Ex Parte* Application
5   and ORDERS that the Order filed and served by the Honorable Magistrate Judge
6   Patrick J. Walsh on May 5, 2015 (Dkt. No. 498) (the "May 2015 Order") shall be
7   stayed pending the adjudication of Mr. Carter's Motion for Review of the May 2015
8   Order under Federal Rule of Civil Procedure 72(a) and Local Rule 72-2, which Mr.
9   Carter filed concurrently with his *Ex Parte* Application and is scheduled to be heard
10  by this Court on June 8, 2015 at 10:00 a.m.

11       IT IS SO ORDERED.

**DENIED**

14  Dated: _May 14, 2015       By: BY ORDER OF THE COURT
15                                  Honorable Christina A. Snyder
                                    Judge of the United States District Court

18  Prepared By:

19       /S/
    LINDA M. BURROW
20  CALDWELL LESLIE & PROCTOR, PC
    Attorneys for Defendant
21  SHAWN C. CARTER (pka Jay Z)

CALDWELL
LESLIE &
PROCTOR

-1-

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION RE MOTION FOR REVIEW