UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5715-CAS (PJWx) | Date | May 28, 2015 |
|---|---|---|---|
| Title | *Osama Ahmed Fahmy v. Jay-Z et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** Order Re: Plaintiff's *Ex Parte* Application For Order Compelling Compliance and Imposing Sanctions (Doc. No. 507)

    Before the Court is Plaintiff's *ex parte* application seeking an order compelling compliance with discovery requests and imposing sanctions. (Doc. No. 507.) Having reviewed the application and Defendant Carter's opposition thereto, the Court rules as follows:

    By June 5, 2015, Defendant Carter is to produce an unredacted version of the Live Nation Agreement. This document is to be produced to Plaintiff's counsel in either hard copy or on a thumb drive. It shall not be made available via a password protected website, which would allow Defendant's counsel to limit and/or monitor Plaintiff's counsel's access to the document. Further, by no later than June 5, 2015, Defendant Carter is to pay $3,000 to Plaintiff to compensate him for attorney fees and costs incurred in compelling this production. The additional sanctions requested by Plaintiff's application are denied.

S:\PJW\Cases-X\Fahmy v. Jay Z\MO_Motion to Plaintiff's Ex Parte App.wpd

| | : | 00 |
|---|---|---|
| Initials of Preparer | sr | |