RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
DAVID A. STEINBERG (SBN 130593)
das@msk.com
ALEXA L. LEWIS (SBN 235867)
all@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

CHRISTINE LEPERA (CL 9311)
ctl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Attorneys for Various Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osama Ahmed Fahmy,<br><br>   Plaintiff,<br><br>   v.<br><br>Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Ferrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Network Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music, Inc.,<br><br>   Defendants. | CASE NO. CV 07-05715 CAS (PJWx)<br><br>The Honorable Christina A. Snyder<br><br>**JOINT STIPULATION RE: EXTENSION OF PRE-TRIAL CUT-OFF DATES**<br><br>Pre-Trial<br>   Conference:   September 14, 2015<br>Trial:                    October 13, 2015 |

1     WHEREAS, the parties have collectively designated twelve expert witnesses in this matter, three of whom do not reside in the United States;

    WHEREAS, counsel has met and conferred on dates upon which they and their experts are available for deposition, and agree that they will be unable to complete their last expert deposition prior to July 31, 2015;

    WHEREAS, the parties have agreed not to change or postpone any other dates, including the pre-trial conference and trial date;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the pre-trial cut-off dates shall be as follows, with all other dates remaining as previously set:

| | |
|---|---|
| Expert witness discovery cut-off date: | July 31, 2015 |
| Last day to meet and confer prior to Pre-Trial Conference: | August 4, 2015 |
| Last day to file memo of contentions: | August 10, 2015 |
| Last day to file witness list: | August 10, 2015 |
| Last day to file exhibit list: | August 10, 2015 |
| Last day to meet and confer prior to filing motions in limine: | August 11, 2015 |
| Last day to file motions in limine: | August 21, 2015 |
| Last day to file oppositions to motions in limine: | August 31, 2015 |

    IT IS SO STIPULATED.

Mitchell Silberberg & Knupp LLP

6882677.1

JOINT STIPULATION RE: EXTENSION OF PRE-TRIAL CUT-OFF DATES

Dated: June 10, 2015                    BROWNE GEORGE ROSS LLP


                                        By: /s/Keith J. Wesley
                                            Peter W. Ross
                                            Keith J. Wesley
                                            Christina J. Johnson
                                            Attorneys for Plaintiff,
                                            Osama Ahmed Fahmy


Dated: June 10, 2015                    MITCHELL SILBERBERG & KNUPP LLP


                                        By: /s/David A. Steinberg
                                            Russell J. Frackman
                                            Christine T. Lepera
                                            David A. Steinberg
                                            Alexa L. Lewis
                                            Attorneys for Various Defendants


Dated: June 10, 2015                    JENNER & BLOCK


                                        By: /s/ Daniel A. Rozansky
                                            Daniel A. Rozansky
                                            Attorneys for Defendant,
                                            Shawn Carter (pka Jay Z)


### Attestation Regarding Signatures

I, Alexa L. Lewis, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 10, 2015                    By: /s/ Alexa L. Lewis
                                            Alexa L. Lewis