# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-5715-CAS (PJWx) | Date | July 20, 2015 |
|---|---|---|---|
| Title | *Osama Ahmed Fahmy v. Jay-Z et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|
| Isabel Martinez | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   **Order re:** In Camera Review of Supplemental Interrogatory Responses

     Before the Court is a discovery dispute in which Plaintiff contends that Defendant Carter should be required to provide further supplemental responses to Interrogatory Nos. 22-24. Plaintiff contends that the supplemental responses, which reference several pages of financial documents and a third-party affidavit, do not clearly respond to the interrogatories at issue. Defendant Carter argues that the responses comply with his discovery obligations and the Court's minute order dated May 15, 2015.

     Having reviewed Defendant Carter's supplemental interrogatory responses in camera, the Court concludes that the responses to Interrogatories Nos. 22 and 23 are clear and comply with the Court's May 15, 2015 order. Defendant Carter should, however, be required to further supplement his response to Interrogatory No. 24 to make clear which expenses he contends are deductible when calculating an award of profits under the statute.

cc: All Counsel of Record

S:\PJW\Cases-X\Fahmy v. Jay Z\MO supp responses.wpd

|  | : | 00 |
|---|---|---|
| Initials of Preparer | sr | |