1  BROWNE GEORGE ROSS LLP
   Peter W. Ross (State Bar No. 109741)
2     pross@bgrfirm.com
   Keith J. Wesley (State Bar No. 229276)
3     kwesley@bgrfirm.com
   Jonathan L. Gottfried (State Bar No. 282301)
4     jgottfried@bgrfirm.com
   2121 Avenue of the Stars, Suite 2400
5  Los Angeles, California 90067
   Telephone: (310) 274-7100 / Facsimile: (310) 275-5697
6
   Attorneys for Plaintiff
7  OSAMA AHMED FAHMY

8

9                  UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC.,<br><br>Defendants. | Case No. 2:07-CV-05715 CAS (PJWx)<br>The Hon. Christina A. Snyder<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Pretrial Conference:<br>September 14, 2015, at 11:00 a.m.<br><br>Trial:<br>October 13, 2015, at 9:30 a.m. |

547530.1

1  Plaintiff hereby submits the following witness list.  Witnesses whose names
2  have an asterisk next to them are expected to be called only if the need arises.
3  Omar Al-Joulani*
4  Rita Begyan*
5  David Braun*
6  Sean Carter
7  Keith Cooper
8  Carmen Desiderio*
9  Osama Ahmed Fahmy
10  Judith Finell
11  Jason Scott Gallien*
12  Charles Hamilton
13  Hossam Loutfi
14  Michael Kamins
15  Patrick Kennedy
16  Scott Marcus
17  Timothy Mosley
18  Daniel O'Rourke
19  Sam Rubin
20  Antoinette Trotman
21  Dated: August 10, 2015            BROWNE GEORGE ROSS LLP
                                      Peter W. Ross
22                                    Keith J. Wesley
23                                    Jonathan L. Gottfried
24                                    By: ___s/ Keith J. Wesley___
25                                         Keith J. Wesley
26                                    Attorneys for Plaintiff Osama Ahmed Fahmy

547530.1

PLAINTIFF'S WITNESS LIST

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On August 10, 2015, I served true copies of the following document(s) described as **PLAINTIFF'S WITNESS LIST** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 10, 2015, at Los Angeles, California.

s/ Tamara L. Kawashima
Tamara L. Kawashima

547530.1

# SERVICE LIST

## *Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

### United States District Court, Western Division –
### Case No. 2:07-CV-05715 CAS (PJWx)

| | |
|---|---|
| Linda M. Burrow<br>CALDWELL LESLIE<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, California 90017<br>Tel.: (213)629-9040<br>Fax: (213)629-9022<br>Email: burrow@caldwell-leslie.com | Attorneys for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Andrew Bart, Esq.<br>Ava U. McAlpin, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>Tel: 212.891.1600<br>Fax: 212.891-1699<br>Email:   abart@jenner.com<br>          amcalpin@jenner.com | Lead Counsel for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Daniel A. Rozansky<br>633 West 5th Street, Suite 3600<br>Los Angeles, California 90071<br>Tel.: (213) 239-5100<br>Fax: (213) 239-5199<br>drozansky@jenner.com | |

547530.1

| | | |
|---|---|---|
| 1 | Russell J. Frackman, Esq.<br>David Steinberg, Esq. | Attorneys for Defendants<br>Timothy Mosely, Kyambo |
| 2 | Alexa L. Lewis, Esq.<br>MITCHELL SILBERBERG & KNUPP LLP | Joshua, Rob Bourdon, Brad<br>Delson, Mike Shinoda, Dave |
| 3 | 11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683 | Farrell, Joseph Hahn, Chester<br>Bennington, Big Bad Mr. Hahn |
| 4 | Tel.: 310.312.2000<br>Fax: 310.312.3100 | Music, Chesterchaz<br>Publishing, EMI Blackwood |
| 5 | Email: rjf@msk.com<br>all@msk.com | Music, Inc., EMI Music<br>Publishing Ltd., Kenji |
| 6 | das@msk.com | Kobayashi Music, Lil Lulu<br>Publishing, Machine Shop |
| 7 | Christine T. Lepera (Pro Hac Vice)<br>MITCHELL SILBERBERG & KNUPP LLP | Recordings, LLC, Marcy<br>Projects Productions II, Inc., |
| 8 | 12 East 49th Street, 30th Floor<br>New York, NY 10017 | MTV Networks Enterprises<br>Inc., Nondisclosure Agreement |
| 9 | Tel.: 212.509-3900<br>Fax: 212.5097239 | Music, Paramount Home<br>Entertainment, Inc., Paramount |
| 10 | Email: ctl@msk.com | Pictures Corporation, Radical<br>Media, Rob Bourdon Music, |
| 11 | | Roc-A-Fella Records, LLC,<br>Timbaland Productions, Inc., |
| 12 | | UMG Recordings, Inc.,<br>Universal Music and Video |
| 13 | | Distribution, Inc., and Warner<br>Music Inc. |

547530.1

PLAINTIFF'S WITNESS LIST