BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
    pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
    kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
    jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697

Attorneys for Plaintiff
OSAMA AHMED FAHMY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual, | Case No. 2:07-CV-05715 CAS (PJWx) |
| Plaintiff, | The Hon. Christina A. Snyder |
| vs. | |
| JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., | **JOINT TRIAL EXHIBIT LIST** <br><br> Pretrial Conference: September 14, 2015, at 11:00 a.m. <br><br> Jury Trial Date: October 13, 2015, at 9:30 a.m. |
| Defendants. | |

550111.1

2380150

1    All parties hereto, through their respective attorneys of record, hereby submit
2  the attached joint trial exhibit list.

3
4
5  Dated: August 10, 2015          BROWNE GEORGE ROSS LLP
                                   Peter W. Ross
6                                  Keith J. Wesley
                                   Jonathan L. Gottfried
7
8                                  By: _____s/ Keith J. Wesley_____
9                                           Keith J. Wesley

10                                 Attorneys for Plaintiff Osama Ahmed Fahmy
11
12 Dated: August 10, 2015          MITCHELL SILBERBERG & KNUPP LLP
                                   Christine Lepera
13                                 David A. Steinberg
                                   Russell A. Frackman
14                                 Bradley J. Mullins

15                                 By: _____s/ David A. Steinberg_____
16                                          David A. Steinberg

17                                 Attorneys for Various Defendants
18
19 Dated: August 10, 2015          JENNER & BLOCK LLP
                                   Andrew H. Bart
20                                 Daniel A. Rozansky
                                   L. David Russell
21                                 Ava U. McAlpin

22                                 By: _____s/ Andrew H. Bart_____
23                                          Andrew H. Bart

24                                 Attorneys for Defendant Shawn Carter (pka Jay Z)
25
26
27
28
550111.1

2380150

| | |
|---|---|
| 1 | Russell J. Frackman, Esq. |
| | David Steinberg, Esq. |
| 2 | Alexa L. Lewis, Esq. |
| | MITCHELL SILBERBERG & KNUPP LLP |
| 3 | 11377 West Olympic Boulevard |
| | Los Angeles, California 90064-1683 |
| 4 | Tel.:  310.312.2000 |
| | Fax:  310.312.3100 |
| 5 | Email:  rjf@msk.com |
| |         all@msk.com |
| 6 |         das@msk.com |
| 7 | Christine T. Lepera (Pro Hac Vice) |
| | MITCHELL SILBERBERG & KNUPP LLP |
| 8 | 12 East 49th Street,30th Floor |
| | New York, NY 10017 |
| 9 | Tel.: 212.509-3900 |
| | Fax: 212.5097239 |
| 10 | Email: ctl@msk.com |

Attorneys for Defendants Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.

EXHIBIT LIST

OSAMA AHMED FAHMY vs.                    Case:  07-CV-05715 CAS (PJWx)
JAY-Z, ET AL.

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Big Pimpin Video [Exhibit to Mosley deposition] | | | | |
| 2 | Khusara Khusara – Hossam Ramzy Performance [Exhibit to Mosley deposition] | | | | |
| 3 | 2010 Interview of Timbaland by Ed Lover of the Ed Lover Radio Show [Exhibit to Mosley deposition] | | | | |
| 4 | Vol. 3 Life and Times of S. Carter [Exhibit to Mosley deposition] | | | | |
| 5 | Hossam Ramzy CD Best of Abdul Halim Hafiz [Exhibit to Mosley deposition] | | | | |
| 6 | Best of Bellydance from Morocco, Egypt, Lebanon, Turkey [Exhibit to Mosley deposition] | | | | |
| 7 | June 11, 1999 Agreement between Shawn Carter and Timbaland Productions, Inc. *(TB0001 - TB0019)* [Exhibit to Mosley deposition] | | | | |
| 8 | July 17, 2000 Report of Peter Oxendale *(DEFS1023 - DEFS1031)* [Exhibit to Mosley deposition] | | | | |
| 9 | August 25, 2000 Letter Faxed from Jennifer Justice (Jay-Z Lawyer) to Louise West Re: EMI Music Arabia Claim  *(RP6-0002 – RP6-0004)* [Exhibit to Mosley deposition] | | | | |
| 10 | August 30, 2000 Letter from Jonathan Lieberman to Jennifer Justice re: ARC Claim received from Eatons Solicitors *(RP6-180 – RP6-183)* [Exhibit to Mosley deposition] | | | | |
| 11 | September 7, 2000 Demand Letter from Chris Ancliff to Louise West Re: Khusara Khusara composition *(RP6-0048 – RP6-0049)* [Exhibit to Mosley deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---------|-------------|-----------------|-----------------|-----------------|----------------|
| 12 | September 13, 2000 Letter Faxed from Tia Gilford to Eatons re: ARC Claim Asking For More Time to Respond to Demand *(RP6-0005 – RP6-0006)* | | | | |
| 13 | September 26, 2000 Letter from Gilford to Michael Eaton at Eatons Solicitors re: Big Pimpin/Khusara Khusara sample claim and attaching Lawrence Ferrara Report *(RP6-0043 – RP6-0044, RP6-0034- RP6-0040)* [Exhibit to Mosley deposition] | | | | |
| 14 | October 9, 2000 Letter from Ancliff, EMI Recorded Music/EMI Music Arabia, to Gilford responding to Ferrara Report and reiterating demand *(RP6-0045 – RP6-0046)* | | | | |
| 15 | October 4, 2000 Letter from Peter Oxendale re "Khusara Khusara" as recorded by Hossam Ramzy C/W "Big Pimpin" as recorded by Jay-Z *(RP6-0007 – RP6-0018)* | | | | |
| 16 | October 26, 2000 Letter and fax from Paul LiCalsi of Rubin Baum to Chris Ancliff, Esq. (EMI Music Arabia), Michael Eaton, Esq. (Eatons), and Louise West, Esq. (West Entertainment Services, Inc.) re: composition and sound recording claims *(RP6-0050 – RP60053)* | | | | |
| 17 | October 30, 2000 Letter and fax from Chris Ancliff (EMI Music Arabia) to LiCalsi re "Big Pimpin"/"Khasara Khasara" *(RP6-0292 - RP6-00295)* | | | | |
| 18 | October 30, 2000 Letter from Eatons to LiCalsi responding to October 26 Letter *(RP6-0020 – RP60021)* | | | | |
| 19 | November 29, 2000 Email from Jonathan Lieberman, Island Def Jam, to LiCalsi, cc'ing Jay-Z's attorneys re Big Pimpin – Timbaland – Sampling Claim *(RP6-0024 – RP6-0025)* | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 20 | December 29, 2000 Letter Faxed from Jennifer Justice to Jonathan Lieberman, Island Def Jam, cc's Shawn Carter, Michael Guido, Esq. re: Shawn Carter p/k/a "Jay-Z" w Timothy Mosley p/k/a "Timbaland"/"Big Pimpin"*(P6-0031 – P6-0033)* [Exhibit to Mosley deposition] | | | | |
| 21 | March 14, 2001 Letter from Chris Bavitz of Rubin Baum to Michael Elkin, Esq. (Thelen Reid & Priest), Jonathan Lieberman, Esq. (The Island/Def Jam Music Group), Michael Guido, Esq. (Carroll, Guido & Groffman, LLP), Tia L. Gilford, Esq. (West Entertainment Services) re: "Big Pimpin"/"Khasara Khasara" enclosing draft settlement agreement, Confidential *(RP6-0312 – RP6-0322)* [Exhibit to Mosley deposition] | | | | |
| 22 | March 14, 2001 Email from Bavitz to Joe Mello (Thelen Reid) re: EMI/Timothy Mosley: Draft Settlement Agreement, Confidential *(RP6-0349 – RP60360)* | | | | |
| 23 | March 21, 2001 Memo from Bavitz to Joseph Mello, cc's Michael Elkin, Esq. re: "Big Pimpin," Confidential *(RP6-0298 - RP6-0300)* | | | | |
| 24 | March 28, 2001 Memo from Joe Mello to Chris Bavitz cc's Michael Elkin re Big Pimpin' -  EMI's lack of rights in Egypt, marked confidential *(RP6-0296)* | | | | |
| 25 | March 29, 2001 Email from Judith Lamster (Thelen Reid) to Paul LiCalsi (Rubin Baum) cc's Michael Elkin (Thelen Reid) Re: Big Pimpin,' Confidential *(RP6-0332 – RP6-0333)* | | | | |
| 26 | Letter dated April 2, 2001 from Joseph Mello (Thelen Reid) to Christopher Bavitz, Esq. (Rubin Baum) cc's Clark Miller, Esq. re Big Pimpin with attached settlement agreement, Confidential *(RP6-301 - RP6-309)* | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 27 | April 5, 2001 Email from Chris Bavitz to Mello (Thelen Reid) cc's Paul Licalsi re: EMI/Big Pimpin, Confidential *(RP6-0311)* | | | | |
| 28 | April 5, 2001 Email from Bavitz (Timbaland Lawyer) to Mello (EMI Music Arabia Lawyer) cc's Paul Licalsi, Tia Gilford re: EMI/Big Pimpin, *(RFP6-0310)* | | | | |
| 29 | March 30, 2001 Settlement Agreement between Timothy Mosley and EMI Music Arabia, Confidential *(TB0020 – TB0029)* [Exhibit to Mosley deposition] | | | | |
| 30 | April 11, 2001 Letter from Chris Bavitz (Rubin Baum) to Joseph Mello (Thelen Reid) cc's Louise West, Esq., Tia Gilford, Esq. re: Big Pimpin, Confidential *(RP6-0330)* [Exhibit to Mosley deposition] | | | | |
| 31 | Settlement between Roc-A-Fella Records and ARC Music Incorporated, Confidential pursuant to Order of 1/18/08 *(DEFS0030 - DEFS0042)* [Exhibit to Mosley deposition] | | | | |
| 32 | April 4, 2007 Declaration of Jonathan Entwistle in support of Defendants' Motion for Summary Judgment [Confidential – Filed under Seal pursuant to 11/18/05 Protective Order] in Nafal v. Carter with exhibits *(DEFS1005 - DEFS1045)* | | | | |
| 33 | Credits for Big Pimpin from HBO Special On The Run | | | | |
| 34 | Lyrics to Big Pimpin | | | | |
| 35 | Excerpt from Rolling Stone listing Big Pimpin as #467 Greatest Songs of All-Time [Exhibit to Carter deposition] | | | | |
| 36 | Recording of Indian Flute -- Timbaland and Magoo [Exhibit to Mosley deposition] | | | | |
| 37 | Recording of Toto la Mamposina – Curura [Exhibit to Mosley deposition] | | | | |
| 38 | Recording of More Than a Woman [Exhibit to Mosley deposition] | | | | |
| 39 | Recording by Mayada El Hennawy -- Alouli Ansa [Exhibit to Mosley deposition] | | | | |
| 40 | Recording by Aaliyah – Don't Know What to Tell Ya [Exhibit to Mosley deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 41 | Recording of Batwannis Bik [Exhibit to Mosley deposition] | | | | |
| 42 | Recording of Petey Pablo's Raise Up [Exhibit to Mosley deposition] | | | | |
| 43 | Recording of Inta Amri Best of Om Kolthoum from Hossam Ramzy [Exhibit to Mosley deposition] | | | | |
| 44 | Recording of Indian Carpet excerpt from Timbaland Magoo's Indian Carpet [Exhibit to Mosley deposition] | | | | |
| 45 | Recording of song by Lucio Dalla – Ulisse Coperto di Sale [Exhibit to Mosley deposition] | | | | |
| 46 | Recording of Throw It On Me which is Timbaland featuring The Hives [Exhibit to Mosley deposition] | | | | |
| 47 | Recording of Spazz by The Elastic Band [Exhibit to Mosley deposition] | | | | |
| 48 | Recording of February 2, 2007 Interview on Elliot in the Morning [Exhibit to Mosley deposition] | | | | |
| 49 | February 9, 2007 article on MTV.com titled "Timbaland Still in Shock over Jay_Z, Madonna, Elton Collaborations" [Exhibit to Mosley deposition] | | | | |
| 50 | Big Pimpin ASCAP Domestic Royalties, marked highly confidential attorneys' eyes only, redacted, (TM 1 - TM23) [Exhibit to Mosley deposition] | | | | |
| 51 | Recording of Big Pimpin Jammy Jams – Once upon a Rhyme | | | | |
| 52 | Big Pimpin' (Lullaby Rendition of Jay-Z), http://jammyjams.bandcamp.com/track/big-pimpin-lullaby-rendition-of-jay-z [Exhibit to Carter deposition] | | | | |
| 53 | Recording - Screenshot Khusara Khusara Hossam Ramzy – Best of Abdul Halim Hafiz [Exhibit to Carter deposition] | | | | |
| 54 | Recording - Screenshot Khosara Abdel Halim Hafez – Abd El Halim Hafez [Exhibit to Carter deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 55 | Jay-Z Unplugged, CD (DEFS2772) [Exhibit to Carter deposition] | | | | |
| 56 | Jay-Z Linkin Park Collision Course CD [Exhibit to Carter deposition] | | | | |
| 57 | DVD titled Fade to Black (DEFS 2774) [Exhibit to Shawn Carter deposition] | | | | |
| 58 | CD of Jay Z, the Hits collection, Volume 1 [Exhibit to Carter deposition] | | | | |
| 59 | Jay-Z Concert Setlists (SCC000001-63, 70, 73-75, 158-188) [Exhibit to Carter deposition] | | | | |
| 60 | 10/23/14 Printouts of Wikipedia articles related to tours: "On the Run Tour "Beyonce and Jay-Z," "Magna Carter World Tour," Watch the Throne Tour," The Home & Home Tour," Heart of the City Tour" [Exhibit to Carter deposition] | | | | |
| 61 | October 17, 2014 Declaration of Kashyap Bakhai in support of defendant Shawn Carter (pka Jay Z)'s Production of documents (SCC000152 – SCC000154) [Exhibit to Carter deposition] | | | | |
| 62 | Document titled Live Nation Touring Artist Business Plan (SCC000134 - SCC000139) [Exhibit to Carter deposition] | | | | |
| 63 | Document titled "Jay Shows/Festivals" 2011, 2010, 2009, 2008, 2004 (SCC000068-69) [Exhibit to Carter deposition] | | | | |
| 64 | Document titled Domestic Earnings History "Big Pimpin" Jay Z share, 2HO4 through 1 H 14 (SCC000156 – SCC000157) [Exhibit to Carter deposition] | | | | |
| 65 | Royalty Summary Artist Reporting Website Jay-Z track Big Pimpin' only, July 2004 through June 2014 (SCC000132 – SCC000133) [Exhibit to Carter deposition] | | | | |
| 66 | Document titled Analysis 1, Big Pimpin, Big Pimpin/Papercut EMI Music Publishing and Summary royalty statements (SCC000140 – SCC000151), Redacted, Highly Confidential Attorneys' Eyes Only [Exhibit to Carter deposition] | | | | |
| 67 | Article titled "Hard Knock Life (Ghetto Anthem)" Jay-Z dated December 2010 | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 68 | New York Times article dated April 3, 2008 titled "In Rapper's Deal, A New Model for Music Business" | | | | |
| 69 | Agreement dated April 1st, 1997 between EMI Blackwood Music, Inc. and Shawn Carter individually and d/b/a Lil Lu Lu Publishing (RP6-0061-88 – RP6-0090), highly confidential [Exhibit to Carter deposition] | | | | |
| 70 | June 12, 1997 Amended and Restated Agreement between Roc-A-Fella Records, LLC and Shawn Carter, Highly Confidential (RP6-0126-59) [Exhibit to Carter deposition] | | | | |
| 71 | July 15, 1999 Letter agreement between Roc-A-Fella Records and Shawn Carter, Highly Confidential (RP6-0099-106) [Exhibit to Carter deposition] | | | | |
| 72 | Defendants' Responses to Plaintiff's Second Set of Interrogatories [Exhibit to Desiderio deposition] | | | | |
| 73 | Plaintiff's Notice of Deposition of Defendant Paramount Pictures Corporation [Exhibit to Desiderio deposition] | | | | |
| 74 | Plaintiff's Notice of deposition of Defendant Warner Music, Inc. [Exhibit to Begyan deposition] | | | | |
| 75 | Plaintiff's Notice of deposition of Defendant UMG Recordings, Inc. [Exhibit to Jason Gallien deposition] | | | | |
| 76 | Paramount Pictures Participation Statement from 12/01/12 to 11/30/13, Highly Confidential Attorneys' Eyes Only (PAR 31 – PAR 37) [Exhibit to Desiderio deposition] | | | | |
| 77 | Paramount Pictures Distribution Statement for period ending 5/31/2008 (SJ 0189), Highly Confidential [Exhibit to Desiderio deposition] | | | | |
| 78 | Handwritten Calculation [Exhibit to Desiderio deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 79 | August 9, 2004 Agreement between Paramount Pictures, Marcy Projects, and Roc-A-Fella Records re: "Jay-Z Concert Film" aka "Fade to Black", Highly Confidential (SJ 0089 – SJ 0117) [Exhibit to Desiderio deposition] | | | | |
| 80 | Profit Share Statement from Warner Music Group related to the sale of the Linkin' Park Group album that Jay-Z collaborated on, Highly Confidential Attorneys' Eyes Only (U385) [Exhibit to Begyan deposition] | | | | |
| 81 | Profit and Loss Statement for Jay-Z Linkin Park Collision Course Inception to 6/27/2014, Highly Confidential Attorneys' Eyes Only (W0007) [Exhibit to Begyan deposition] | | | | |
| 82 | Warner Brothers Records, Linkin Park/Jay-Z Mash Up Profit Participating Statement for period ending June 27, 2014, Highly Confidential Attorneys' Eyes Only (LP1) [Exhibit to Begyan deposition] | | | | |
| 83 | Warner Brothers Records, Linkin Park Jay-Z mash up Profit Participation Statement for period 12-2009 for period ending September 25, 2009, Highly Confidential Attorneys' Eyes Only (W0902) [Exhibit to Begyan deposition] | | | | |
| 84 | Summary of Jay-Z Linkin Park Collision Course digital activity period ending June 2014, Highly Confidential Attorneys' Eyes Only (W0008 – W0009) [Exhibit to Begyan deposition] | | | | |
| 85 | Digital Activity in detail Excerpt from a 729-page spreadsheet excerpt, Highly Confidential Attorneys' Eyes Only (W0010 - W0019) [Exhibit to Begyan deposition] | | | | |
| 86 | Physical sales activity Excerpt from 145-page spreadsheet Warner Music Group inventory system, Highly Confidential Attorneys' Eyes Only (W0757 –W 0766) [Exhibit to Begyan deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 87 | Chart titled RTD Through Period 12 2010 (Financial) P&L for Linkin Park/Jay-z-Mash U A2327V-01, Highly Confidential Attorneys' Eyes Only (W0739 - W0752) [Exhibit to Begyan deposition] | | | | |
| 88 | Profit and Loss Statement by Warner Music Group for 1/2011-9/2011, Highly Confidential Attorneys' Eyes Only (W0753-W0756) [Exhibit to Begyan deposition] | | | | |
| 89 | Email dated October 4, 2004 from Chip McLean to Danny Hayes cc's Ben Gaffin, mShefrin@firmentertainment.net, Susan Genco (WBR), Lenna Leib, Patrick Sabatini, RDeMarti@firmentertainment.net, RMcDermott@firmentertainment.net, re Mash Up – Checklist, redacted, marked confidential (DEFS 2893) | | | | |
| 90 | Intentionally left blank | | | | |
| 91 | October 8, 2004 Agreement between Warner Brothers and MTV Networks, Confidential (SJ 0118-SJ 0126) [Exhibit to Begyan deposition] | | | | |
| 92 | October 12, 2004 Agreement between Warner Brothers and MTV Networks, confidential (SJ 1227 – 123) [Exhibit to Begyan deposition] | | | | |
| 93 | Agreement between Warner Brothers Records and Island Def Jam, Confidential (SJ 0133-SJ 0142 [Exhibit to Begyan deposition] | | | | |
| 94 | Intentionally left blank | | | | |
| 95 | November 2004 License Agreement between Warner Bros. Records Inc. and ARC Music Incorporated, Highly Confidential Attorneys' Eyes Only (DEFS 2872-2882) [Exhibit to Begyan deposition] | | | | |
| 96 | Document from EMI Music Publishing to Warner Bros. Records dated December 3, 2004 re Collision Course, marked confidential (SJ 0147-49) | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 97 | Film Synchronization and Performance License dated December 7, 2004, marked confidential (SJ 0155-59) | | | | |
| 98 | History of Air Dates, MTV Ultimate Mash-Ups: Jay-Z vs. Linkin Park, Confidential (SJ 0200 – SJ 0204) [Exhibit to Begyan deposition] | | | | |
| 99 | Summary Profit and Loss Statement for Big Pimpin' – collection of financial reports and first page is entitled Island Def Jam Music Group, A Division of UMG Recordings, Inc., Jay-Z Big Pimpin', (U00005-U0384) [Exhibit to Jason Gallien deposition] | | | | |
| 100-Z | Transcript of Timbaland interview dated February 2, 2007 [Exhibit to 12.21.2010 Zohny deposition] | | | | |
| 100 | License agreement (00534-38) [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 100A | License agreement [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 101-Z | Webpage printout from U.S. Copyright office dated December 20, 2010 [Exhibit to 12.21.2010 Zohny deposition] | | | | |
| 101 | Arabic document dated January 27, 2001 prepared for Osama Ahmed Fahmy Fathallah to give permission to M. Sima to bring a lawsuit in the U.S. alleging that Khosara Khosara was infringed by Big Pimpin (00609 – 00615) [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 102-Z | EMI Music Arabia document dated February 24, 1998 (EMI0028 - EMI0031) [Exhibit to 12.21.2010 Zohny deposition] | | | | |
| 102 | January 27, 2001 Agency Contract Agreement between Heirs of Baligh Abdel Hamdy and Mr. Farouk Mohamed Fathalla Sima [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 103-Z | Settlement agreement dated March 30, 2001 between Mosley and EMI, Confidential (TB0020 - TB0029) [Exhibit to 12.21.2010 Zohny deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 103 | Arabic document – Society of Authors and Musical Composers and Publishers SAUCERAU Certificate re Khosara Khosara composed by Baligh Hamdy dated June 17, 1960 under No. 3799 (00549 – 00554) [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 104 | October 30, 2004 Amendment to License Agreement (00539 - 00540) [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 105 | March 7, 2005 Addendum and Amendment to Exclusive License [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 106 | Letter dated March 2, 2001 from David A. Brown (Akin, Gump, Strauss) to Robert Flax (Executive Vice President, EMI Music Publishing) re: "Khasara Khasara" [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 107 | Arabic document - Letter dated 2001 from Osama Ahmed Fahmy Fathallah (00555) [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 108 | Letter dated April 29, 2001 from Mahmoud Loutfi to David A. Brown (00446) [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 109 | English translation of document: From Osama Ahmed (00443-00444) [Exhibit to 2.12.2009 Fahmy] | | | | |
| 110 | Authorization dated June 2007 (00533) [Deposition exhibit to 2.12.2009 Osama Fahmy] | | | | |
| 111 | Letter dated June 2007 from Osama Fahmy "Dear Mr. Rebeser" (00531-00532) [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 112 | September 27, 2007 letter from Edward O. Lear to Farouk Fathallah Sima re: "License Agreement" re "Khosara Khosara"; Notice of Rescission and Termination (00618–00619) [Exhibit to 2.12.2009 Fahmy deposition] | | | | |
| 113 | Arabic Document -- February 1968 Agreement between Sout El Phan and Baligh Hamdy (00558-00660) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |

Error! Unknown document property name.
2380089.1

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 114 | Arabic Document – Renewal of August 8, 1995 licensing agreement (00562 - 00565) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 115 | Arabic Document - August 12, 1995 Renewal of Feb. 1968 Agreement between Sout El Phan and Baligh Hamdy signed by Mr. Amrousi (P034, 00561) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 116 | Arabic Document sent by Ahmed Fahmy Fathallah via fax and mail to EMI in Dubai, fax dated March 11, 1997 (00604 - 00605) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 117 | Arabic Document -- Letter written by Osama Fahmy to EMI re cancel any deposit that took place under [EMI] knowledge about any genre from the melodies or the composing of and of the late musician Baligh Hamdy (00608, 00601) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 118 | Arabic Document -- December 1997 Discharge and Declaration signed by Osama Fahmy in the amount of 23,564 (00599) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 119 | Arabic Document -- January 1997 Certificate requested from SAUCERAU re Khosara Khosara (00324 - 00325) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 120 | Document, To Whom It May Concern, dated September 14, 2000 by Magdi El Amroussi (00290) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 121 | English translation of document: Memo dated 2/10/2000 to Ms. Amira Farouk Fathallah from Magdi El Amrosi (P063) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 122 | Arabic document – December 11, 2002 document from Alam El Phan (Mr. Mosen Jaber, owner of Alam El Phan) signed by Osama Ahmed Fahmy Fathallah for receipt of payment in the amount of 115,000 Egyptian pounds (00584 - 00586) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 123 | Arabic document – Receipts of disbursements from Sout El Phan (00587 - 00598) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 124 | Arabic document (00556-557) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 125 | Arabic article in Al Ahram Al Arabi; http://arabi.ahram.org.eg/arabi/ahram/2000/8/8/ARTB2.HTM [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 126 | "Baligh Hamdy decedent" distribution of shares (00622) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 127 | Audiocassette, Abd El Halim Hafez (retained by plaintiff) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 128 | Videotape of movie FATA AHLAMI containing song Khosara Khosara (retained by plaintiff) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 129 | CD, Jay-Z, Vol. 3…Life and Times of S. Carter (Retained by Mr. Frackman) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 130 | CD, Jay-Z, Linkin Park, COLLISION COURSE (Retained by Mr. Frackman)[Exhibit to 2.13.2009 Fahmy Deposition] | | | | |
| 131 | CD entitled Best of Abdul Halim Hafiz with the singer Hossam Ramzy (Retained by Mr. Frackman) [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 132 | Copy of CD back Cover entitled "Ammar El Sherei plays Abdel Halim Hafez," one of the songs is Khosara Khosara [Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 133 | Copy of Sheet Music, 00616-17[Exhibit to 2.13.2009 Fahmy deposition] | | | | |
| 134 | May 8, 2006 Declaration of Professor /Dr. Mohamed-Hossam Loutfi in support of Plaintiff's opposition to Defendants' Motion to Dismiss filed September 17, 2010 [Exhibit to 11.12.2010 Loutfi deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 135 | May 17, 2009 Supplemental Declaration of Professor/Dr. Mohamed-Hossam Loutfi [Exhibit to 11.12.2010 Loutfi deposition] | | | | |
| 136 | Copy of Loutfi handwritten notes [Exhibit to 11.12.2010 Loutfi deposition] | | | | |
| 137 | Web printouts re concerts | | | | |
| 138 | Unredacted version of Declaration of Charles Hamilton and Exhibits 1, 2, 3, 4, in support of Defendants' Motion for Summary judgment – Filed Under Seal [Exhibit to Hamilton deposition] | | | | |
| 139 | Series of E-mails dated on/around September 23, 2004, most recent email from Antoinette Trotman to Chip McLean, Antoinette Trotman cc's IDJ Business Affairs Temp, Michael Seltzer, Heath Kudler Re: Mash Up, redacted, Highly Confidential, Attorneys' Eyes Only (DEFS 3051 – DEFS 3055) [Exhibit to Hamilton deposition] | | | | |
| 140 | E-mail correspondence between Universal and Warner, most recent email from Antoinette Trotman to Chip McLean cc's Heath Kudler, Davis, Vol. III, re: FW: Jay-Z Mash Up Information, redacted, Highly Confidential Attorneys' Eyes Only (DEFS 3059 – DEFS 3061) [Exhibit to Hamilton deposition] | | | | |
| 141 | Series of Emails, most recent email from Chip McLean to Antoinette Trotman cc's Heath Kudler, Davis Vol, Allen Ian re: Jay-Z Mash Up Information, redacted, Highly Confidential Attorneys' Eyes Only, (DEFS 3066 – DEFS 3070) [Exhibit to Hamilton deposition] | | | | |
| 142 | Unredacted version of Declaration of Elizabeth McNicoll and exhibits 1, 2, 3, 4 in support of Defendants' Motion for Summary Judgment-Filed Under Seal [Exhibit to O'Rourke deposition] | | | | |
| 143 | Computer screen shots from the credits of "Fade to Black" [Exhibit to O'Rourke deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 144 | Printout from Universal Music Website [Exhibit to Trotman deposition] | | | | |
| 145 | Printout from the Universal Music Web site entitled "Universal Music Group (UMG) Closes EMI Recorded Music Acquisit…"[Exhibit to Trotman deposition] | | | | |
| 146 | Print out from www.arabianbusiness.com entitled "Universal's EMI deal recreates MidEast's biggest record label" [Exhibit to Trotman deposition] | | | | |
| 147 | Chart listing Jay-Z shows from 8/1/2004 to 3/21/2008 (LN00001) [Exhibit 1 to A-Joulani deposition] | | | | |
| 148 | Document entitled "Jay Z Touring Settlements," Highly Confidential Attorneys' Eyes Only (SCC000189 – SCC000198) [Exhibit 2 to Al-Joulani deposition] | | | | |
| 149 | Chart entitled "Jay-Z-2008 Tour Dates" listing concerts with Live Nation between 2008 and 2014 (LN000007-18) [Exhibit 3 to Al-Joulani deposition] | | | | |
| 150 | Document entitled "Jay Z Touring Settlements," Highly Confidential Attorneys' Eyes Only (SCC000199-SCC000209) [Exhibit 4 to Al-Joulani deposition] | | | | |
| 151 | Rebuttal Expert Witness Report of Bob Kohn [Exhibit to Kohn deposition] | | | | |
| 152 | *Kohn on Music Licensing*, fourth edition, by Al Kohn and Bob Kohn [Exhibit to Kohn deposition] | | | | |
| 153 | Billing Statements that document Kohn's work in current case [Exhibit to Kohn deposition] | | | | |
| 154 | Document entitled Law Number 354 of the year 1954 Promulgating the Law on Protecting The Author's Right [Exhibit to Kohn deposition] | | | | |
| 155 | Document entitled Book 3, Copyright and Related Rights [Exhibit to Kohn deposition] | | | | |
| 156 | 1995 Sout El Phan/EMI Agreement (SJ 0017 – SJ 0043) [Exhibit to Kohn deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 157 | Original and translation of a certificate from Sacerau, (RPF6-0228 – RFP6-0234) [Exhibit to Kohn deposition] | | | | |
| 158 | Rebuttal Expert Report of Niri Shanmuganathan on English Law [Exhibit A to Shanmuganathan deposition] | | | | |
| 159 | Expert Report on Mohamed-Hossam Loutfi with exhibits dated February 2015 [Exhibit B to Shanmuganathan deposition] | | | | |
| 160 | Expert Report of Keith L. Cooper [Exhibit C to Shanmuganathan deposition] | | | | |
| 161 | License Agreement dated December 11, 1995 (SJ 0017- SJ 0043) [Exhibit D to Shanmuganathan deposition] | | | | |
| 162 | Letter to Magdi El Amrousi dated April 23, 1996, Confidential, (EMA 0001-EMA 0002) [Exhibit E to Shanmuganathan deposition] | | | | |
| 163 | Agreement between Sout El Phan and Osama Fahmi with certificate of accuracy and translation (00562-00565) [Exhibit F to Shanmuganathan deposition] | | | | |
| 164 | CD by Abdel Halim Hafez [Exhibit G to Shanmuganathan deposition] | | | | |
| 165 | Letter to Pierre Henry, General Secretary, EMI Music Publishing France SA, (EMA 0004-EMA0006) [Exhibit H to Shanmuganathan deposition] | | | | |
| 166 | Settlement Agreement dated March 30, 2001, confidential, (SJ 0160 - SJ 0169) [Exhibit I to Shanmuganathan deposition] | | | | |
| 167 | Weekly Law Reports 22 May 1998 [Exhibit J to Shanmuganathan deposition] | | | | |
| 168 | Agreement 1997, Confidential (DEFS 2396-DEFS 2421) [Exhibit K to Shanmuganathan deposition] | | | | |
| 169 | Fax Message from M. El Amroussi to Adrian Cheesley EMI Music of Arabia dated December 2, 2000, Confidential, (EMA0069 - EMA0070) [Exhibit L to Shanmuganathan deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 170 | Fax Message from Adrian Cheesley to M. El Amroussi – Sout El Phan dated December 18, 2000, Confidential, (EMA0072) [Exhibit M to Shanmuganathan deposition] | | | | |
| 171 | Taylor Wessing Invoice of Dr. Shanmuganathan dated April 30, 2015 [Exhibit N to Shanmuganathan deposition] | | | | |
| 172-179 | Intentionally left blank | | | | |
| 180 | Sam Rubin Invoice #352015 dated March 5, 2015 [Exhibit to Rubin deposition] | | | | |
| 181 | Sam Rubin Invoice #6022015 dated June 2, 2015 [Exhibit to Rubin deposition] | | | | |
| 182 | Expert Report of Sam Rubin [Exhibit to Rubin deposition] | | | | |
| 183 | Twitter search printout from Samontv since: 2014-08001 until 2014-08-05 [Exhibit to Rubin deposition] | | | | |
| 184 | Jay Z concert set list at TD Garden, Boston, MA, USA [Exhibit to Rubin deposition] | | | | |
| 185 | *Empire State of Mind* by Zack O'Malley Greenberg | | | | |
| 186 | *Decoded* by Jay Z | | | | |
| 187 | Email from Keith Wesley to Jeffrey Movit re: Marcus dated June 21, 2015 [Exhibit to Marcus deposition] | | | | |
| 188 | Letter dated November 4, 2014 from Keith Wesley to Scott Marcus re: Expert Engagement in Fahmy v. Jay-Z, et al [Exhibit to Marcus deposition]. | | | | |
| 189 | Expert Report of Lawrence Ferrara with exhibits [Exhibit to Marcus deposition] | | | | |
| 190 | Expert Report of Scott Marcus [Exhibit to Marcus deposition] | | | | |
| 191 | Audio Exhibit 1 (11 Tracks) to Ferrara Report [Exhibit to Marcus deposition] | | | | |
| 192 | Visual Exhibit C (2 pages) [Exhibit to Marcus deposition] | | | | |
| 193 | Visual Exhibit C (39 pages) [Exhibit to Marcus deposition] | | | | |
| 194 | Visual Exhibit A. bates 00616-17 [Exhibit to Scott Marcus deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 195 | Visual Exhibit B, bates 00616-17 [Exhibit to Marcus deposition] | | | | |
| 196 | Visual Exhibit A Khusara Khusara [Exhibit to Marcus deposition] | | | | |
| 197 | Rebuttal Report of Professor Scott Marcus dated March 29, 2015[Exhibit to Marcus deposition] | | | | |
| 198 | Handwritten notes by Marcus [Exhibit to Marcus deposition] | | | | |
| 199 | Expert Report of Mohamed-Hossam Loutfi dated February 2015 with exhibits  [Exhibit to Farhat deposition] | | | | |
| 199A | Expert Report of Mohamed-Hossam Loutfi [Exhibit to Loutfi deposition] | | | | |
| 200 | Rebuttal Report of Walid Abou Farhat with exhibits dated April 24, 2015 [Exhibit to Farhat deposition] | | | | |
| 201 | Arabic document, Egypt 1954 Copyright Act as amended (16 pages) [Exhibit to Farhat deposition] | | | | |
| 202 | Arabic document, Egypt 2002 Intellectual Property Law [Exhibit to Farhat deposition] | | | | |
| 203 | Law No. 82 of 2002 Pertaining to the Protection of Intellectual Property Rights [Exhibit to Farhat deposition] | | | | |
| 204 | Contract Agreement between Sout El Phan Company and Mr. Baleegh Hamdy, Arabic document and translation dated February 12, 1968 (00558-00560) [Exhibit to Farhat deposition] | | | | |
| 205 | Arabic agreement and translation dated August 8, 1995, (00562-00565 [Exhibit to Farhat deposition] | | | | |
| 206 | Arabic document and translation dated August 12, 1995 (P034, 00561) [Exhibit to Farhat deposition] | | | | |
| 207 | 1995 Sout el Phan/EMI Agreement (SJ 0017- SJ 0043) [Exhibit to Farhat deposition] | | | | |
| 208 | Settlement Agreement dated March 30, 2001, Confidential, (SJ 0160 – SJ0169) [Exhibit to Farhat deposition] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 209 | Summary of Royalty Account Licensor: Alam Al Phan, marked confidential, (EMA 0082- EMA 0083) [Exhibit to Farhat deposition] | | | | |
| 210 | Arabic agreement and translation dated December 11, 2002 (00584- 0586) [Exhibit to Farhat deposition] | | | | |
| 211 | Letter from Walid Abou Farhat to the kind attention of Mitchell Silberberg and Knupp LLP c/o David Steinburg and Jim Berkley dated April 24, 2015 re: Fees: Invoice April 1, 2015 [Exhibit to Farhat deposition] | | | | |
| 212 | Document entitled "To Whom It May Concern," dated March 30, 1998, (EMI0030) [Exhibit to Farhat deposition] | | | | |
| 213 | Fax Message Sout El Phan dated January 26, 1998 from M. El Amroussi to Mr. Michael Lemesre E.M.I., (EMI0032- EMI0036) [Exhibit to Farhat deposition] | | | | |
| 214 | Letter from EMI Music of Arabia to Mr. Pierre Henry, General Secretary re Sout El-Phan Co, (EMA 0004- EMA 0006) [Exhibit to Farhat deposition] | | | | |
| 215 | De la Pena & Holiday, LLP Invoice for services for February 2015, dated April 30, 2015 [Exhibit 215 to Cooper deposition] | | | | |
| 216 | Expert report of Keith L. Cooper dated February 23, 2015 [Exhibit to Cooper deposition] | | | | |
| 217 | Keith Cooper's notes [Exhibit to Cooper deposition] | | | | |
| 218 | Rebuttal Report of Bob Kohn [Exhibit to Cooper deposition] | | | | |
| 219 | Kohn On Music Licensing – Grant of Rights [Exhibit to Cooper deposition] | | | | |
| 220 | Exclusive Writer and Co-Publishing Agreement dated September 15, 1997, redacted [Exhibit to Cooper deposition] | | | | |
| 221-C | Keith Cooper CV [Exhibit to Cooper deposition] | | | | |
| 221 | Expert Report of Dr. Jason King [Exhibit to King deposition] | | | | |
| 222 | Rebuttal Report of Dr. Jason King [Exhibit to King deposition] | | | | |

**Error! Unknown document property name.**
2380089.1

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 223 | Certificate regarding Khosara Khosara | | | | |
| 224-227 | Deliberately left blank | | | | |
| 228 | Deposition of Mohamed-Hossam Mahmoud Loutfi Ibrahim [Exhibit to Loutfi deposition] | | | | |
| 229 | Order denying Plaintiff's motion to exclude testimony of Defendant's expert Ahmed Y. Zohny and granting in part and denying in part Plaintiff's motion for partial summary Judgment [Exhibit to Loutfi deposition] | | | | |
| 230 | Supplemental Declaration of Professor/Dr. Mohamed-Hossam Loutfi dated May 17, 2009 [Exhibit to Loutfi deposition] | | | | |
| 231 | Invoice from M-H. Loutfi to Keith Wesley dated June 25, 2015 [Exhibit to Loutfi Deposition] | | | | |
| 232 | Berne Convention for the Protection of Literary and Artistic Works [Exhibit to Loutfi deposition] | | | | |
| 233 | Sworn Arabic statement and certified translation dated August 12, 1995 [Exhibit to Loutfi deposition] | | | | |
| 234-249 | intentionally left blank | | | | |
| 250 | Supplemental Report of Patrick F. Kennedy, Ph.D. dated July 17, 2015, marked highly confidential attorneys' eyes only [Exhibit to Kennedy deposition] | | | | |
| 251 | Report of Patrick F. Kennedy, Ph.D. dated February 20, 2015 [Exhibit to Kennedy deposition] | | | | |
| 252 | Expert Report of Dr. Michael Kamins in the case of Fahmy v. Jay-Z [Exhibit to Kennedy deposition] | | | | |
| 253-T | Torrey Partners invoice dated May 21, 2015 re: Fahmy v. Jay-Z, et al. for services rendered through May 21, 2015 [Exhibit to Kennedy deposition] | | | | |
| 253 | Spectrum Associates Proposal to Conduct Jay-Z Concert Research dated January 11, 2015 [Exhibit to Kamins deposition] | | | | |
| 254 | Document entitled "New Summary Report" dated December 29, 2014 | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 255 | Spectrum Associates Invoice to Keith Wesley dated January 31, 2015 [Exhibit to Kamins deposition] | | | | |
| 256 | Billing letter to Keith Wesley from Dr. Michael Kamins dated March 31, 2015 [Exhibit to Kamins deposition] | | | | |
| 257 | Diagram drawn by witness [Exhibit to Kamins deposition] | | | | |
| 258 | Document entitled "Data Set No. 400" [Exhibit to Kamins deposition] | | | | |
| 259 | Rebuttal Expert Report of Dr. Michael Kamins in the case of Fahmy v. Jay-Z [Exhibit to Kamins deposition] | | | | |
| 262 | Judith Finell's Initial expert report [Exhibit to Finell's deposition] | | | | |
| 263 | Compilation of three engagement letters with letterhead of Judith Finell Music Services, Incorporated dated October 15, 2014, November 20, 2014, and March 4, 2015 [Exhibit to Finell's deposition] | | | | |
| 264 | Compilation of invoices with letterhead Judith Finell Music Services dated October 15, 2014, November 20, 2014, and March 17, 2015 [Exhibit to Finell's deposition] | | | | |
| 265 | Judith Finell's rebuttal report[Exhibit to Finell's deposition] | | | | |
| 266 | Excerpt from the Oxford Dictionary of Music[Exhibit to Finell's deposition] | | | | |
| 267 | Dr. Ferrara's expert report[Exhibit to Finell's deposition] | | | | |
| 268 | Decision from Bright Tunes Music Corp. v. Harrisongs Music, Ltd. also known as the My Sweet Lord George Harrison case [Exhibit to Finell's deposition] | | | | |
| 269-270 | Intentionally left blank | | | | |
| 271 | Collision Course Digital Activity, highly confidential attorneys' eyes only (W4634-4635) | | | | |
| 272 | Nielsen Sound Scan report Unplugged Album, U 0386-U0433, U 0556-U0559, marked Highly Confidential Attorneys' Eyes Only | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 273 | Nielsen Sound Scan report Vol. 3 Life and Times, U 0496-U0551, U 0552-U0555, marked Highly Confidential Attorneys' Eyes Only | | | | |
| 274 | Nielsen Sound Scan report The Hits Collection, Volume 1, bates U 0434 – U0495, U 0552 – U0555, marked Highly Confidential Attorneys' Eyes Only | | | | |
| 275 | Defendant Shawn C. Carter's Supplemental (PKA Jay-Z)'s Response to Plaintiff Osama Ahmed Fahmy's Second Set of Interrogatories dated June 19, 2015, and Documents Incorporated by Reference Therein | | | | |
| 276 | Defendant EMI Blackwood Music, Inc.'s Supplemental Responses to Plaintiff's Second Set of Interrogatories dated June 19, 2015, marked Highly Confidential Attorneys' Eyes Only (including exhibits) | | | | |
| 277 | Supplemental Responses of Defendants Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, Kenji Kobayashi Music, Machine Shop Recordings LLC, Nondisclosure Agreement Music, and Rob Bourdon Music to Plaintiff's Second Set of Interrogatories dated June 19, 2015, marked Highly Confidential Attorneys' Eyes Only (including exhibits) | | | | |
| 278 | Defendant MTV Networks Enterprises, Inc.'s Supplemental Responses to Plaintiff's Second Set of Interrogatories dated June 19, 2015, marked Highly Confidential Attorneys' Eyes Only (including exhibits) | | | | |
| 279 | Defendants Paramount Home Entertainment, Inc., and Paramount Pictures Corporation's Supplemental Responses to Plaintiff's Second Set of Interrogatories dated June 19, 2015, marked Highly Confidential Attorneys' Eyes Only (including exhibits) | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---------|-------------|-----------------|-----------------|-----------------|----------------|
| 280 | Supplemental Responses of Defendant Timothy Mosley and Timbaland Productions, Inc. to Plaintiff's Second Set of Interrogatories dated June 19, 2015, marked Highly Confidential Attorneys' Eyes Only  (including exhibits) | | | | |
| 281 | Defendant Warner Music Inc.'s Supplemental Responses to Plaintiff's Second Set of Interrogatories dated June 19, 2015, marked Highly Confidential Attorneys' Eyes Only (including exhibits) | | | | |
| 282 | Defendants UMG Recordings, Inc.'s, and Roc-A-Fella Records, LLC's Supplemental Responses to Plaintiff's Second Set of Interrogatories dated June 22, 2015, marked Confidential Attorneys' Eyes Only (including exhibits) | | | | |
| 283 | Defendant UMG Commercial Services, Inc.'s Supplemental Responses to Plaintiff's Second Set of Interrogatories dated June 23, 2015, marked Highly Confidential Attorneys' Eyes Only (including exhibits) | | | | |
| 284 | Kennedy Damages Charts | | | | |
| 285 | Copyright Registration for Big Pimpin (RP6-0097) | | | | |
| 286 | August 8, 2001 Letter from Ancliff to A. Fahmy (EMA0012) | | | | |
| 287 | January 1, 2007 License Between Arab Audio and EMI Music Arabia (EMA0013-0026) | | | | |
| 288 | January 30, 2006 Declaration of Adrian Cheesley in Support of EMI Music Arabia's Brief Rebutting Jurisdiction (DEFS0715-0729) | | | | |
| 289 | Defendant EMI Music Arabia, Inc.'s Brief Rebutting Personal Jurisdiction (DEFS0730-0749) | | | | |
| 290 | Live Nation Contracts dated 2008 - 2013, marked highly confidential attorneys' eyes only (SCC00438-00519) | | | | |
| 291 | November 30, 2000 Fax from Cheesley to Amroussi (EMA0068) | | | | |
| 292 | December 2, 2000 Fax from Amroussi to Cheesley (EMA0069-0071) | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 293 | December 18, 2000 Fax from Cheesley to Amroussi (EMA0072) | | | | |
| 294 | Responses to Plaintiff's Second Set of Interrogatories by Defendants | | | | |
| 295 | Articles/Press re Big Pimpin in Concert (PL625-789, 791-802) | | | | |
| 296 | Big Pimpin Ringtones (PL790) | | | | |
| 297 | EMI Music Publishing/EMI Music Arabia Agreement (EMI45-69, Plaintiff's 174-198) | | | | |
| 298 | March-April 2001 Communications Between David Braun and EMI (SJ67-76, 78-83) | | | | |
| 301 | Expert Report of Lawrence Ferrara, Ph.D. (with all exhibits/appendices, including audio exhibits) | | | | |
| 302 | Rebuttal Expert Report of Lawrence Ferrara, Ph.D. (with all exhibits/appendices, including audio exhibits) | | | | |
| 303 | Mechanical Copyright License for Big Pimpin (SJ 0059 - SJ 0062, SJ 0085 - SJ 0086) [Exhibit 2 to the Gawley Declaration filed on May 20 , 2013] | | | | |
| 304 | Settlement Agreement Between Arc Music Incorporated and Roc-A-Fella Records (SJ 0170 - SJ 0182) [Exhibit 3 to the Gawley Declaration filed on May 20, 2013] | | | | |
| 305 | Agreement between The Island Def Jam Group and Warner Bros. Records Inc. dated October 12, 2004 (SJ 0133 - SJ 0142) [Exhibit 5 to the Gawley Declaration filed on May 20, 2013] | | | | |
| 306 | Written confirmation from Magdi El Amroussi of Sout el Phan from the business records of EMI Music Arabia, with fax heading dated September 14, 2000 (EMA 0003) [Exhibit 3 to the Dhamodiwala Declaration filed on February 26, 2015] | | | | |
| 307 | Agreement between EMI Music Arabia and Arab Audio FZ, LLC ("Arab Audio"), dated August 1, 2008 (EMA 0027 - EMA 0031) [Exhibit 4 to the Dhamodiwala Declaration filed on February 26, 2015] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 308 | Agreement Addendum from the business records of EMI Music Arabia between EMI Music Arabia and Arab Audio, dated January 1, 2010 (EMA 0032 - EMA 0034) [Exhibit 5 to the Dhamodiwala Declaration filed on February 26, 2015] | | | | |
| 309 | Agreement Addendum dated January 1, 2013, between EMI Music Arabia and Arab Audio (EMA 0035 - EMA 0036) [Exhibit 6 to the Dhamodiwala Declaration filed on February 26, 2015] | | | | |
| 310 | Documents produced by Broadcast Music, Inc. (DEFS 2778 - DEFS 2835) [Exhibit 11 to the Lewis Declaration filed on February 27, 2015] | | | | |
| 311 | Web page displaying results of a search query on the website www.bmi.com, dated February 26, 2015 [Exhibit 12 to the Lewis Declaration filed on February 27, 2015] | | | | |
| 312 | 2002 Egyptian Copyright Act (Law No. 82 of 2002 Pertaining to the Protection of Intellectual Property Rights) [Exhibit 6 to the Wesley Declaration filed on February 2, 2015] | | | | |
| 313 | Guest Performer Releases between MTVN and Linkin Park and Jay-Z [Exhibit 1 to the Horwitz Declaration filed on May 6, 2013] | | | | |
| 314 | List summarizing dates and times of MTV telecast [Exhibit 2 to the Horwitz Declaration filed on May 6, 2013] | | | | |
| 315 | Summary of airing dates of advertisements promoting MTV program [Exhibit 3 to the Horwitz Declaration filed on May 6, 2013] | | | | |
| 316 | Letter from Christopher Ancliff to Paul LiCalsi dated October 30, 2000 [Exhibit 4 to Ancliff Declaration filed 5/20/13] | | | | |
| 317 | Barton Weiss response to David Braun letter dated March 30, 2001, with attachment [Exhibit 6 to Ancliff Declaration filed 5/20/13] | | | | |
| 318 | David Braun letter to Barton Weiss dated April 1, 2001 (P 035 - P 036) [Exhibit 7 to Ancliff Declaration filed 5/20/13] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 319 | Barton Weiss response letter to David Braun dated April 18, 2001 (P 046-P 047) [Exhibit 8 to Ancliff Declaration filed 5/20/13] | | | | |
| 320 | Letter from David Braun to Christopher Ancliff dated April 18, 2001 (P 048- P 049) [Exhibit 9 to Ancliff Declaration filed 5/20/13] | | | | |
| 321 | Letter from Christopher Ancliff to David Braun dated April 19, 2001  (P 052) [Exhibit 10 to Ancliff Declaration filed 5/20/13] | | | | |
| 322 | Synchronization license to Marcy Projects Productions II from Warner/Chappell Music, Inc. dated December 7, 2004 (SJ 0155 - SJ 0159) [Exhibit 3 to McNicoll Declaration filed 5/20/13] | | | | |
| 323 | Synchronization license to Marcy Projects Productions II from Kyambo Joshua dated September 27, 2004 (SJ 0143 - SJ 0146) [Exhibit 4 to McNicoll Declaration filed 5/20/13] | | | | |
| 324 | Poster promoting theatrical release of "Fade to Black" [Exhibit 5 to McNicoll Declaration filed 5/20/13] | | | | |
| 325 | Cover artwork for "Fade to Black" DVD. [Exhibit 6 to McNicoll filed 5/20/14] | | | | |
| 326 | Harry Fox Agency licenses regarding Big Pimpin' (SJ 0059 - SJ 0062) [Exhibit 1 to Sandsmark Declaration filed 5/20/13] | | | | |
| 327 | License between EMI Music Publishing and Warner Bros. Records dated December 3, 2004  (SJ 0147 - SJ 0149) [Exhibit 2 to Sandsmark Declaration filed 5/20/13] | | | | |
| 328 | License between EMI Music Publishing and Marcy Projects Productions II regarding "Fade to Black" (SJ 0150 - SJ 0154) [Exhibit 3 to Sandsmark Declaration filed 5/20/13] | | | | |
| 329 | Linkin Park Collision Course Agreement dated October 12, 2004 (SJ 0127 - SJ 0132) [Exhibit 2 to Hamilton Declaration filed 5/20/2013] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 330 | Front and Back cover of "Collision Course" album [Exhibit 5 to Hamilton Declaration filed 5/20/2013] | | | | |
| 331 | Front of booklet and pages from booklet accompanying "Collision Course" [Exhibit 6 to Hamilton Declaration filed 5/20/2013] | | | | |
| 332 | Article appearing in *Al-Ahram Weekly* dated June 1-7, 2000, titled "Pimpin' A Classic" [Exhibit 9 to Lewis Declaration filed on December 13, 2010] | | | | |
| 333 | Various articles and web pages of *Al-Ahram Weekly* dated June through August 2000 [Exhibit 8 to the Zohny Declaration filed on December 13, 2010] | | | | |
| 334 | Newspaper obituary regarding death of Magdi El Amroussy [Exhibit 10 to the Zohny Declaration filed on December 13, 2010] | | | | |
| 335 | Web pages regarding "Khosara Khosara" ringtones [Exhibit 14 to the Zohny Declaration filed on December 13, 2010] | | | | |
| 336 | Web page of results from RIAA searchable database located at http://riaa.com/goldandplatinumdata.php?content_selector=gold-platinum-searchable-database [Exhibit 5 to the Lewis Declaration filed on August 25, 2011] | | | | |
| 337 | Exhibit 107 to the Deposition of Osama Fahmy, followed by a certified translation thereof [Exhibit 9 to the Lewis Declaration filed May 20, 2013] | | | | |
| 338 | Letter attached as Exhibit 46 in the deposition of David A. Braun taken on April 4, 2007 [Exhibit 18 to the Lewis Declaration filed on May 20, 2013] | | | | |
| 339 | Letter from Jeremy Wakefield to David Braun dated April 23, 2001, produced by Plaintiff (00378, P050) [Exhibit 19 to the Lewis Declaration filed on May 20, 2013] | | | | |
| 340 | Web page located at http://weekly.ahram.org.eg/2000/484/culture.htm (SJ 0053) [Exhibit 21 to the Lewis Declaration filed on May 20, 2013] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 341 | Screenshot of web page located at http://www.ahram.org.eg/archive/wafConte nt.aspx?id=7&IssueId=819, and certified translation thereof [Group Exhibit 22 to the Lewis Declaration filed on May 20, 2013] | | | | |
| 342 | *Al Ahram Weekly* article titled "Dr. Mursi Saad El-Din passed away" [Exhibit 23 to the Lewis Declaration filed on May 20, 2013] | | | | |
| 343 | *Al Ahram Weekly* article appearing at http://weekly.ahram.org.eg/News/2382/23/ Kariological-times-of-a-kindly-man.aspx [Exhibit 24 to the Lewis Declaration filed on May 20, 2013] | | | | |
| 344 | Obituary of Mursi Saad el-Din dated May 5, 2013, appearing on Al Ahram Daily website, followed by certified translation [Group Exhibit 25 to the Lewis Declaration filed on May 20, 2013] | | | | |
| 345 | Obituary of Magdi Al-Amorousi dated October 31, 2002, appearing on website of *Al-Sharq Al-Awsat* [Group Exhibit 26 to the Lewis Declaration filed on May 20, 2013] | | | | |
| 346 | *Los Angeles Times* article regarding David Braun dated February 2, 2013 [Exhibit 27 to the Lewis Declaration filed on May 20, 2013] | | | | |
| 347 | *USA Today* article titled "Friends, family pay tribute to Pimp C," dated December 13, 2007 [Exhibit 28 to the Lewis Declaration filed on May 20, 2013] | | | | |
| 348 | Database results generated at http://riaa.com/goldandplatinumdata.php?co ntent_selector=gold-platinum-searchable-database [Exhibit 37 to the Lewis Declaration filed on May 20, 2013] | | | | |
| 349 | Database results generated at http://riaa.com/goldandplatinumdata.php?co ntent_selector=gold-platinum-searchable-database [Exhibit 38 to the Lewis Declaration filed on May 20, 2013] | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 350 | Cover and liner notes from CD released by EMI Music Arabia titled "Ayam We Layali/ Fata Ahlami" [Exhibit 4 to the Ancliff Declaration filed on February 27, 2015] | | | | |
| 351 | Correspondence dated May 15, 2001 sent by Ahmed Fahmy to Christopher Ancliff and to EMI Music Arabia (EMA 0008) [Exhibit 7 to the Ancliff Declaration filed on February 27, 2015] | | | | |
| 352 | Correspondence from EMI Music Arabia to Alam el Phan dated May 17, 2001 (EMA 0009) [Exhibit 8 to the Ancliff Declaration filed on February 27, 2015] | | | | |
| 353 | Correspondence from Alam el Phan to EMI Music Arabia dated May 23, 2001 (EMA 0010 - EMA 0011) [Exhibit 9 to the Ancliff Declaration filed on February 27, 2015] | | | | |
| 354 | November 14, 2000 letter from Paul LiCalsi to Chris Ancliff and Michael C.A. Eaton (RP6-0055-56) | | | | |
| 355 | November 17, 2000 from Michael Elkin to Paul LiCalsi (RP6-0059-60) | | | | |
| 356 | Letter dated July 1, 2001 from H. Joseph Mello to Christopher Bavitz re: settlement agreement (RP6-0329) | | | | |
| 357 | "Hits Collection" promotional materials (DEFS 2754-2756) | | | | |
| 358 | Printouts from Copyright Office database regarding registrations of Big Pimpin'/Papercut, Collision Course CD/DVD (DEFS 2757-2762) | | | | |
| 359 | Printouts from Copyright Office database regarding Fade to Black motion picture (DEFS 2762-2764) | | | | |
| 360 | MTV promotional spots (DVD) (DEFS 2569) | | | | |
| 361 | "The Hits Collection, Vol. 1" CD (shrinkwrapped with stickers) (DEFS 2775) | | | | |
| 362 | Collision Course sticker (two sides) (DEFS 2776) | | | | |
| 363 | EMI Music Arabia CD - The Movie Collection, "Ayam We Layali/ Fata Ahlami" (DEFS 2837) | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 364 | Liner notes, Hossam Ramzy, "Best of Abdul Halim Hafiz" (DEFS 2838-2846) | | | | |
| 365 | Website printouts from Sounddogs.com, SamAsh.com, Producerloops.com (DEFS 2847-2871) | | | | |
| 366 | License agreement dated November 1, 2004 between Warner Bros. Records Inc. and ARC Records Incorporated (DEFS 2872-2875) | | | | |
| 367 | Letter dated August 17, 2000 from Dag Sandsmark to Jennifer Justice, enclosing EMI Music Arabia CD  (DEFS 2883-2884) | | | | |
| 368 | Fax dated October 8, 2004 from Jennifer Justice to Chip McLean re Jay-Z/Big Pimpin (DEFS 2885-2892) | | | | |
| 369 | Copyright Registration Certificate SR 362-314, "MTV Ultimate Mash-Ups Presents Jay-Z/Linkin Park Collision Course" (DEFS 2895-2896) | | | | |
| 370 | Sample license agreements (DEFS 2931-3050; DEFS 3071-3159) | | | | |
| 371 | E-mails between Antoinette Trotman (Universal Music) and Chip McLean (Warner Bros. Records) dated September 23, 2004 to October 26, 2004 (DEFS 3051-3070) | | | | |
| 372 | Fade to Black production agreement dated January 1, 2004 | | | | |
| 373 | Warner financial backup materials (W 0008-0009; W 0010-0738; W 0739-0752; W 0753-0756; W 0757-0901; W 0903-0904; W 0905-1801; W 1802-4571; W 4572-4626; W 4627-4629; W 4630-4632; W 4633; W 4634-4635; W 4636-5476; W 5477-5934) | | | | |
| 374 | UMG financial back-up materials (U 0569-0932) | | | | |
| 375 | UMG Distribution financial back-up materials (U 0933-1086) | | | | |
| 376 | Paramount financial back-up materials (PAR 0038-0045) | | | | |
| 377 | Tim Mosley financial back-up materials (TM 0025-26; 0004-0023; TM 0024) | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 378 | Linkin Park financial back-up materials (LP 0001-10; W 4633) | | | | |
| 379 | "Unplugged," *Billboard,* January 12, 2002 | | | | |
| 380 | "Jay-Z, Linkin Park 'Mash-Up' Tops Album Chart," *Billboard* (December 8, 2004) | | | | |
| 381 | "Meteora (2003)," *Entertainment Weekly* (March 28, 2003) | | | | |
| 382 | "Jay Z," Grammy.com, available at http://www.grammy.com/artist/jay-z | | | | |
| 383 | "Excursion with a Park Ranger," *Los Angeles Times* (April 4, 2005), available at http://articles.latimes.com/print/2005/apr/24/entertainment/ca-popeye24 | | | | |
| 384 | "Readers' Poll: The Best Linkin Park Songs," *Rolling Stone* (July 4, 2012), available at http://www.rollingstone.com/music/pictures/readers-poll-the-best-linkin-park-songs-20120704 | | | | |
| 385 | "The Greatest MCs of All Time," mtv.com, available at http://www.mtv.com/bands/h/hip_hop_week/2006/emcees/ | | | | |
| 386 | Andy Kellman, Review of Jay Z "The Hits Collection, Vol. 1," AllMusic.Com. | | | | |
| 387 | Mohammad Maraghah, "The Future of the Independent Egyptian Music in the Digital Era" (University of Agder Master's Thesis, 2013) | | | | |
| 388 | Carter Concert Promotional Materials (SCC000064-67, 71-72, 76-131) | | | | |
| 389 | Live Nation Concert Revenues and Costs (SCC000521) | | | | |
| 390 | Pre-Live Nation Concert Revenues and Costs (SCC000314-363) | | | | |
| 391 | Domestic Earnings History – Gross Royalties (SCC000520) | | | | |
| 392 | Merchandise Revenue Reports (SCC000210-313)* | | | | |
| 393 | BMI Repertoire Print-Out | | | | |

| Ex. No. | Description | Stip to Authen. | Stip to Admiss. | x te Identified | Date Admitted |
|---|---|---|---|---|---|
| 394 | Excerpt of Deposition Testimony of David A. Braun in Nafal v. Carter (DEFS 2469, 2479-2480, 2550, 2600) [Exhibit 2 to the Lewis Declaration filed on February 27, 2015] | | | | |
| 395 | BMI Music Performance Agreement Facilities – 10,000 and more seats | | | | |
| 396 | BMI Music License for Venue – with less than 10,000 seats | | | | |
| 397 | Web page displaying BMI Agreements with Foreign Performing Rights Organizations, dated August 6, 2015 | | | | |
| 398 | December 9, 2004 Amendment to Amended and Restated Agreement Between Roc-A-Fella Records, LLC and Shawn Carter p/k/a Jay Z (SCC00527-537) | | | | |
| 399 | January 1, 2004 Agreement Between Leroy & Morton Productions, Inc., Marcy Projects Productions II, Inc. and Roc-A-Fella Records, LLC (SCC00538-SCC00541) | | | | |

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On August 10, 2015, I served true copies of the following document(s) described as **JOINT TRIAL EXHIBIT LIST** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 10, 2015, at Los Angeles, California.

s/ Tamara L. Kawashima
Tamara L. Kawashima

550111.1

2380150

JOINT TRIAL EXHIBIT LIST

## SERVICE LIST

### *Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

### United States District Court, Western Division –
### Case No. 2:07-CV-05715 CAS (PJWx)

Linda M. Burrow
CALDWELL LESLIE
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017
Tel.:   (213)629-9040
Fax:   (213)629-9022
Email: burrow@caldwell-leslie.com

Attorneys for Defendant
Shawn Carter (pka Jay Z)

JENNER & BLOCK LLP
Andrew Bart, Esq.
Ava U. McAlpin, Esq.
919 Third Avenue
New York, NY 10022
Tel: 212.891.1600
Fax: 212.891-1699
Email:      abart@jenner.com
        amcalpin@jenner.com

Lead Counsel for Defendant
Shawn Carter (pka Jay Z)

JENNER & BLOCK LLP
Daniel A. Rozansky
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Tel.: (213) 239-5100
Fax: (213) 239-5199
drozansky@jenner.com

550111.1

2380150

JOINT TRIAL EXHIBIT LIST