CHRISTINE LEPERA (Pro Hac Vice)
  ctl@msk.com
DAVID A. STEINBERG (SBN 130593)
  das@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

ANDREW H. BART (Pro Hac Vice)
  abart@jenner.com
DANIEL A. ROZANSKY (SBN 161647)
  drozansky@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Counsel for Defendants - Continued after signatures

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osama Ahmed Fahmy,<br><br>    Plaintiff,<br><br>    v.<br><br>Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Ferrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Network Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music, Inc.,<br><br>    Defendants. | CASE NO. CV 07-05715 CAS (PJWx)<br><br>The Honorable Christina A. Snyder<br><br>**DEFENDANTS' WITNESS LIST**<br><br>**Final Pretrial Conference**<br>Date:   September 14, 2015<br>Time:   11:00 a.m.<br>Ctrm:   5<br><br>Action<br>Commenced: August 31, 2007<br>Trial:   October 13, 2015 |

Defendants hereby submit the following witness list:

1. Omar Al-Joulani
2. Christopher Ancliff
3. Kashyap Bakhai
4. Shawn Carter
5. Adrian Cheesley
6. Anita Chinkes Ratner*
7. Carmen Desiderio
8. Tahemtan Dhamodiwala*
9. Kendall Emmons*
10. Walid Abou Farhat
11. David Farrell
12. Lawrence Ferrara
13. Jason Gallien
14. Steven Gawley
15. Frederic Giaccardo
16. Joe Hahn
17. Charles Hamilton
18. Jason King
19. Bob Kohn
20. Paul LiCalsi
21. Elizabeth McNicoll
22. Timothy Mosley
23. Shawn Odle* (or other representative addressing financial information of EMI Music Blackwood, Inc.)
24. Daniel O'Rourke
25. Dag Sandsmark
26. Melissa Sawaya*

1. 27. Jonathan Schwartz*
2. 28. Bruce Seckendorf*
3. 29. Niri Shanmuganathan
4. 30. Karen Schoenrock
5. 31. Antoinette Trotman

\* This witness will be called to testify only if necessary.

DATED: August 10, 2015        MITCHELL SILBERBERG & KNUPP LLP

By: /s/David A. Steinberg
Christine Lepera
Russell J. Frackman
David A. Steinberg
Bradley J. Mullins
Attorneys for Various Defendants

DATED: August 10, 2015        JENNER & BLOCK LLP

By: /s/Daniel A. Rozansky
Andrew H. Bart
Daniel Rozansky
Attorneys for Defendant Shawn Carter (pka Jay Z)

RUSSELL J. FRACKMAN (SBN 49087)
  rjf@msk.com
DAVID A. STEINBERG (SBN 130593)
  das@msk.com
BRADLEY J. MULLINS (SBN 274219)
  bym@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

```
CHRISTINE LEPERA (CL 9311)
   ctl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
```

*Attorneys for Various Defendants*

```
DANIEL A. ROZANSKY (SBN 161647)
   drozansky@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

ANDREW H. BART (Pro Hac Vice)
   abart@jenner.com
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
```

*Attorneys for Defendant SHAWN CARTER (pka Jay Z)*