| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| | ANDREW H. BART (*Pro Hac Vice*) |
| 2 | abart@jenner.com |
| | DANIEL A. ROZANSKY (SBN 161647) |
| 3 | drozansky@jenner.com |
| | 633 West 5th Street, Suite 3600 |
| 4 | Los Angeles, California 90071 |
| | Telephone: (213) 239-5100 |
| 5 | Fascimile: (213) 239-5199 |
| 6 | CALDWELL LESLIE & PROCTOR, PC |
| | LINDA M. BURROW (SBN 194668) |
| 7 | burrow@caldwell-leslie.com |
| | ERIC S. PETTIT (SBN 234657) |
| 8 | pettit@caldwell-leslie.com |
| | 725 South Figueroa Street, 31st Floor |
| 9 | Los Angeles, California 90017-5524 |
| | Telephone: (213) 629-9040 |
| 10 | Facsimile: (213) 629-9022 |
| 11 | Attorneys for Defendant |
| | SHAWN CARTER (aka Jay Z) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osama Ahmed Fahmy, an individual, | Case No. 2:07-cv-05715 CAS (PJWx) |
| Plaintiff, | The Honorable Christina A. Snyder |
| v. | **REPLY IN SUPPORT OF EX PARTE APPLICATION RE APPLICABILITY OF LOCAL RULE 11-6 TO DAUBERT MOTIONS, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE DAUBERT BRIEFS IN EXCESS OF FIVE PAGES** |
| Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Bob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc., | Complaint filed: Aug. 31, 2007<br>Discovery Cutoff: Nov. 28, 2014<br>Current Trial Date: Oct. 13, 2015 |
| Defendants. | |

Defendants respectfully submit the following short reply brief to address a critical fallacy in Plaintiff's opposition to Defendants' *ex parte* application re applicability of Local Rule 11-6 to *Daubert* motions.

Plaintiff tries to distract the Court from the modest scope of Defendants' proposed page limits for *Daubert* motions discussed in Defendants' request for alternate relief. With respect to the requested alternate relief, Defendants are only seeking a total of twenty additional pages for three *Daubert* motions. To be clear, Defendants' relief has nothing to do with the numerous other motions in limine that the parties are considering filing.

Additional pages are needed to brief these *Daubert* motions adequately, particularly with respect to Dr. Michael Kamins, Plaintiff's survey expert. Dr. Kamins submitted two detailed reports, two surveys, backup data, and sat for a full day of deposition. Moreover, his testimony concerns highly technical areas of statistics and survey protocols. Plaintiff is plainly trying to use the supposed 5-page limit as a procedural device to prevent the Court from fully considering these critical and complex issues.

Respectfully submitted,

Dated: August 14, 2015        JENNER & BLOCK LLP

By: s/ Daniel A. Rozansky
    Daniel A. Rozansky

Attorneys for Defendant
SHAWN CARTER (aka Jay Z)