BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
  pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697

Attorneys for Plaintiff
OSAMA AHMED FAHMY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Osama Ahmed Fahmy, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>Jay-Z (aka Shawn Carter), Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.,<br><br>        Defendants. | Case No. 07-CV-05715 CAS (PJWx)<br><br>The Hon. Christina A. Snyder<br><br>**JOINT STIPULATION RE: BRIEFING SCHEDULE FOR REPLIES IN SUPPORT OF *DAUBERT* MOTIONS**<br><br>Pretrial Conference:<br>    September 14, 2015, at 11:00 a.m.<br>Jury Trial Date:<br>    October 13, 2015, at 9:30 a.m. |

1  WHEREAS, the deadline for serving and filing *Daubert* motions is August
2  21, 2015;
3  WHEREAS, the deadline for serving and filing oppositions to *Daubert*
4  motions is August 31, 2015;
5  WHEREAS, on August 17, 2015, the Court issued an order granting
6  Defendants' Ex Parte Application re the Applicability of Local Rule 11-6 to
7  *Daubert* Motions;
8  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
9  subject to the Court's approval, that the deadline for filing replies in support of
10 *Daubert* motions will be September 8, 2015.

11 Dated: August 19, 2015    BROWNE GEORGE ROSS LLP
                              Peter W. Ross
12                            Keith J. Wesley
                              Jonathan Gottfried
13

14                            By   s/ Jonathan Gottfried
15                                  Jonathan Gottfried

16                            Attorneys for Plaintiff Osama Ahmed Fahmy

17 Dated: August 19, 2015    MITCHELL SILBERBERG & KNUPP LLP
                              Russell J. Frackman
18                            David A. Steinberg

19
20                            By   s/ David A. Steinberg
                                    David A. Steinberg
21
22                            Attorneys for Various Defendants

23 Dated: August 19, 2015    JENNER & BLOCK
                              Daniel A. Rozansky
24                            Andrew H. Bart

25                            By   s/ Daniel A. Rozansky
26                                  Daniel A. Rozansky

27                            Attorneys for Defendant,
                              Shawn Carter (pka Jay Z)
28

52.1/16922-00223444132.1 443663.1

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David A. Steinberg and Daniel A. Rozansky, counsel for defendants, and that I have obtained their authorization to file this document.

By     /s/ Jonathan Gottfried
           Jonathan Gottfried

52.1/16922-00223444132.1 443663.1

JOINT STIPULATION RE: *DAUBERT* REPLIES