1  BROWNE GEORGE ROSS LLP
   Peter W. Ross (State Bar No. 109741)
2     pross@bgrfirm.com
   Keith J. Wesley (State Bar No. 229276)
3     kwesley@bgrfirm.com
   Jonathan L. Gottfried (State Bar No. 282301)
4     jgottfried@bgrfirm.com
   2121 Avenue of the Stars, Suite 2400
5  Los Angeles, California 90067
   Telephone: (310) 274-7100 / Facsimile: (310) 275-5697
6  Attorneys for Plaintiff
   OSAMA AHMED FAHMY
7
                    UNITED STATES DISTRICT COURT
8
          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
9

| | |
|---|---|
| 10  OSAMA AHMED FAHMY, an individual,<br>11          Plaintiff,<br>12          vs.<br>JAY-Z (aka SHAWN CARTER),<br>13  TIMOTHY MOSELY, KYAMBO<br>JOSHUA, ROB BOURDON, BRAD<br>14  DELSON, MIKE SHINODA, DAVE<br>FARRELL, JOSEPH HAHN, CHESTER<br>15  BENNINGTON, BIG BAD MR. HAHN<br>MUSIC, CHESTERCHAZ PUBLISHING,<br>16  EMI BLACKWOOD MUSIC, INC., EMI<br>MUSIC PUBLISHING LTD., KENJI<br>17  KOBAYASHI MUSIC, LIL LULU<br>PUBLISHING, MACHINE SHOP<br>18  RECORDINGS, LLC, MARCY<br>PROJECTS PRODUCTIONS II, INC.,<br>19  MTV NETWORKS ENTERPRISES INC.,<br>20  NONDISCLOSURE AGREEMENT<br>MUSIC, PARAMOUNT HOME<br>21  ENTERTAINMENT, INC., PARAMOUNT<br>PICTURES CORPORATION, RADICAL<br>22  MEDIA, ROB BOURDON MUSIC, ROC-<br>23  A-FELLA RECORDS, LLC,<br>TIMBALAND PRODUCTIONS, INC.,<br>24  UMG RECORDINGS, INC., UNIVERSAL<br>MUSIC AND VIDEO DISTRIBUTION,<br>25  INC., AND WARNER MUSIC INC.,<br>26          Defendants. | Case No. 2:07-CV-05715 CAS (PJWx)<br>The Hon. Christina A. Snyder<br><br>**DECLARATION OF JONATHAN L.<br>GOTTFRIED IN SUPPORT OF<br>PLAINTIFF OSAMA AHMED<br>FAHMY'S MOTIONS *IN LIMINE*<br>NOS. 1 TO 6**<br><br><br>Pretrial Conference:<br>September 14, 2015, at 11:00 a.m.<br><br>Jury Trial Date:<br>October 13, 2015, at 9:30 a.m. |

27

28

551486.1

DECLARATION OF JONATHAN L. GOTTFRIED IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE*

## DECLARATION OF JONATHAN GOTTFRIED

I, Jonathan Gottfried, declare and state as follows:

1.      I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California.  I am a partner with the firm of Browne George Ross LLP, counsel of record for Plaintiff Osama Ahmed Fahmy in this matter.  I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2.      Attached as **Exhibit A** is a true copy of the undated initial report of defendants' expert, Jason King.

3.       Attached as **Exhibit B** is a true copy of excerpts from the deposition of defendants' expert, Jason King, which I attended on July 13, 2015.

4.      Attached as **Exhibit C** is a true copy of the rebuttal report of defendants' expert, Jason King, dated April 29, 2015.

5.      Attached as **Exhibit D** is a true copy of excerpts from the initial report of defendants' expert, Lawrence Ferrara, dated February 23, 2014.

6.      Attached as **Exhibit E** is a true copy of excerpts from the rebuttal report of defendants' expert, Lawrence Ferrara, dated April 29, 2015.

7.      Attached as **Exhibit F** is a true copy of excerpts from the deposition of Lawrence Ferrara, which I attended on July 31, 2015.

8.      Attached as **Exhibit G** is a true copy of excerpts from the rebuttal report of plaintiff's expert, Judith Finell, dated February 9, 2015.

9.      Attached as **Exhibit H** is a true copy of the rebuttal report of defendants' expert, Niri Shanmuganathan, dated April 28, 2015.

10.      Attached as **Exhibit I** is a true copy of Exhibit 156, Bates-stamped SJ 0017 to SJ 0043 .

11.      Attached as **Exhibit J** is a true copy of excerpts from the deposition of defendants' expert, Niri Shanmuganathan, which I attended on June 12, 2015.

12.      Attached as **Exhibit K** is a true copy of defendants' initial disclosures,

1   which were served on June 13, 2008.

2        13.    Attached as **Exhibit L** is a true copy of defendants' amended initial

3   disclosures, which were served on the afternoon of November 26, 2014.

4        14.    Attached as **Exhibit M** is a true copy of a May 27, 2015 email from

5   defense counsel regarding an "additional" corporate representative for Warner

6   Music, Karen Schoenrock.

7        15.    Attached as **Exhibit N** is a true copy of a list of trial witnesses

8   disclosed by the defendants on August 7, 2015.

9        16.    The defendants produced Exhibit 209 on June 18, 2015.  Attached as

10  **Exhibit O** is a true copy of the June 18, 2015 transmittal email that attached the

11  document.  The defendants produced exhibits 398 and 399 on August 10, 2015.

12  Attached as **Exhibit P** is a true copy of the August 10, 2015 transmittal email that

13  attached those documents.  To my knowledge, the defendants have not yet produced

14  copies of exhibits 387, 393, and 395-397.

15       17.    Attached as **Exhibit Q** is a true copy of Memorandum of Law in

16  Support of Plaintiffs' Motion In Limine To Preclude Any Argument Or Evidence

17  Concerning Defendants' Purported Belief In The Lawfulness Of Their Conduct filed

18  by, *inter alia*, defendant UMG Recordings, Inc. in *Arista Records LLC, et al. v.*

19  *Lime Wire LLC*, U.S. District Court, Southern District of New York Case No. 06-

20  CV-05936-KMW-DCF.

21       18.    On August 11, 2015, I participated in the meet-and-confer

22  teleconference with defense counsel regarding motions *in limine*.  During the call,

23  defense counsel did not raise any specific evidentiary objections to Exhibits 271-

24  283.  They simply stated that they believed the issue of pre-admission of Exhibits

25  271-283 was not appropriate for a motion *in limine* and should be discussed at a

26  later date.  Following that call, counsel exchanged email communications regarding

27  the pre-admission of Exhibits 271-283, a true copy of which is attached as **Exhibit**

28  **R**.

551486.1

1

2      Executed this 21st day of August, 2015, at Los Angeles, California.

3      I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.

5

6                                                     s/ Jonathan Gottfried

7      _____
                                                  Jonathan Gottfried

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

551486.1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On August 21, 2015, I served true copies of the following document(s) described as **DECLARATION OF JONATHAN L. GOTTFRIED IN SUPPORT OF PLAINTIFF OSAMA AHMED FAHMY'S MOTIONS IN LIMINE NOS. 1 TO 6** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2015, at Los Angeles, California.


                                        s/ Tamara L. Kawashima
                                        Tamara L. Kawashima

551486.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

*Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

**United States District Court, Western Division –
Case No. 2:07-CV-05715 CAS (PJWx)**

Linda M. Burrow                                     Attorneys for Defendant
CALDWELL LESLIE                                     Shawn Carter (pka Jay Z)
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017
Tel.:   (213)629-9040
Fax:   (213)629-9022
Email: burrow@caldwell-leslie.com

JENNER & BLOCK LLP                                  Lead Counsel for Defendant
Andrew Bart, Esq.                                   Shawn Carter (pka Jay Z)
Ava U. McAlpin, Esq.
919 Third Avenue
New York, NY 10022
Tel: 212.891.1600
Fax: 212.891-1699
Email:        abart@jenner.com
              amcalpin@jenner.com

JENNER & BLOCK LLP
Daniel A. Rozansky
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Tel.: (213) 239-5100
Fax: (213) 239-5199
drozansky@jenner.com

551486.1

DECLARATION OF JONATHAN L. GOTTFRIED IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE*

| | | |
|---|---|---|
| 1 | Russell J. Frackman, Esq. | Attorneys for Defendants |
| | David Steinberg, Esq. | Timothy Mosely, Kyambo |
| 2 | Alexa L. Lewis, Esq. | Joshua, Rob Bourdon, Brad |
| | MITCHELL SILBERBERG & KNUPP LLP | Delson, Mike Shinoda, Dave |
| 3 | 11377 West Olympic Boulevard | Farrell, Joseph Hahn, Chester |
| | Los Angeles, California 90064-1683 | Bennington, Big Bad Mr. Hahn |
| 4 | Tel.:   310.312.2000 | Music, Chesterchaz |
| | Fax:   310.312.3100 | Publishing, EMI Blackwood |
| 5 | Email:  rjf@msk.com | Music, Inc., EMI Music |
| |         all@msk.com | Publishing Ltd., Kenji |
| 6 |         das@msk.com | Kobayashi Music, Lil Lulu |
| | | Publishing, Machine Shop |
| 7 | Christine T. Lepera (Pro Hac Vice) | Recordings, LLC, Marcy |
| | MITCHELL SILBERBERG & KNUPP LLP | Projects Productions II, Inc., |
| 8 | 12 East 49th Street, 30th Floor | MTV Networks Enterprises |
| | New York, NY 10017 | Inc., Nondisclosure Agreement |
| 9 | Tel.: 212.509-3900 | Music, Paramount Home |
| | Fax: 212.5097239 | Entertainment, Inc., Paramount |
| 10 | Email: ctl@msk.com | Pictures Corporation, Radical |
| | | Media, Rob Bourdon Music, |
| 11 | | Roc-A-Fella Records, LLC, |
| | | Timbaland Productions, Inc., |
| 12 | | UMG Recordings, Inc., |
| | | Universal Music and Video |
| 13 | | Distribution, Inc., and Warner |
| | | Music Inc. |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DECLARATION OF JONATHAN L. GOTTFRIED IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE*