ORIGINAL

BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
  pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697

Attorneys for Plaintiff
OSAMA AHMED FAHMY

FILED
CLERK, U.S. DISTRICT COURT
AUG 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC.,<br><br>Defendants. | Case No. 2:07-CV-05715 CAS (PJWx)<br><br>The Hon. Christina A. Snyder<br><br>**PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 5-4.2(b)(3) AND L.R. 79-5.1**<br><br>Judge: Hon. Christina A. Snyder<br>Date: September 16, 2015<br>Time: 12:00 p.m.<br>Crtrm: 5 |

552806.1

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rules 5-4.2(b)(3) and 79-5.1, plaintiff Osama Ahmed Fahmy ("Plaintiff") hereby submits this application to file under seal the Declaration of Keith J. Wesley and exhibits thereto, which are being provided in support of Plaintiff's motions *in limine*. Plaintiff files this application pursuant to the Stipulated Protective Order in this case, which has become an Order of this Court [Dkt. No. 197].

## BASIS FOR REQUEST

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See In re Copley Press, Inc.*, 518 F.3d 1022 (9th Cir. 2008); *United States v. Shryock*, 342 F.3d 948, 983 (9th Cir. 2003); *United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule 79-5.1 provides that a party may request that documents be filed under seal. Applications and Orders to Seal, along with the document to be placed under seal, are not to be electronically filed but instead must be filed manually. *See* L.R.5-4.2(b)(3).

Local Rule 79-5.1 provides, in part, that "[e]xcept when authorized by statute or federal rule, or the Judicial Conference of the United States, no case or document shall be filed under seal without prior approval by the Court. Where approval is required, a written application and a proposed order shall be presented to the judge along with the document submitted for filing under seal." C.D.Cal. L.R. 79-5.1.

Defendants designated the exhibits to the Wesley Declaration as "Confidential" or "Confidential – Attorney's Eyes Only" under the Stipulated Protective Order. Plaintiff requested that Defendants de-designate some or all of the exhibits. Defendants declined. Therefore, pursuant to his obligations under the Stipulated Protective Order, Plaintiff respectfully requests that the Wesley Declaration and exhibits thereto be filed under seal.

Dated: August 21, 2015

BROWNE GEORGE ROSS LLP
Peter W. Ross
Keith J. Wesley
Jonathan L. Gottfried

By: /s/ Keith J. Wesley
Keith J. Wesley

Attorneys for Plaintiff Osama Ahmed Fahmy

552806.1

-3-

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On August 21, 2015, I served true copies of the following document(s) described as **PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 5-4.2(B)(3) AND L.R. 79-5.1** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Browne George Ross LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2015, at Los Angeles, California.

*Tamara L. Kawashima*
Tamara L. Kawashima

552806.1

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

# SERVICE LIST

*Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

**United States District Court, Western Division –
Case No. 2:07-CV-05715 CAS (PJWx)**

| | |
|---|---|
| Linda M. Burrow<br>CALDWELL LESLIE<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, California 90017<br>Tel.: (213)629-9040<br>Fax: (213)629-9022<br>Email: burrow@caldwell-leslie.com | Attorneys for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Andrew Bart, Esq.<br>Ava U. McAlpin, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>Tel: 212.891.1600<br>Fax: 212.891-1699<br>Email:   abart@jenner.com<br>         amcalpin@jenner.com | Lead Counsel for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Daniel A. Rozansky<br>633 West 5th Street, Suite 3600<br>Los Angeles, California 90071<br>Tel.: (213) 239-5100<br>Fax: (213) 239-5199<br>drozansky@jenner.com | |

552806.1

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

| | | |
|---|---|---|
| 1 | Russell J. Frackman, Esq.<br>David Steinberg, Esq. | Attorneys for Defendants<br>Timothy Mosely, Kyambo |
| 2 | Alexa L. Lewis, Esq.<br>MITCHELL SILBERBERG & KNUPP LLP | Joshua, Rob Bourdon, Brad<br>Delson, Mike Shinoda, Dave |
| 3 | 11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683 | Farrell, Joseph Hahn, Chester<br>Bennington, Big Bad Mr. Hahn |
| 4 | Tel.:  310.312.2000<br>Fax:   310.312.3100 | Music, Chesterchaz<br>Publishing, EMI Blackwood |
| 5 | Email: rjf@msk.com<br>          all@msk.com | Music, Inc., EMI Music<br>Publishing Ltd., Kenji |
| 6 |           das@msk.com | Kobayashi Music, Lil Lulu<br>Publishing, Machine Shop |
| 7 | Christine T. Lepera (Pro Hac Vice)<br>MITCHELL SILBERBERG & KNUPP LLP | Recordings, LLC, Marcy<br>Projects Productions II, Inc., |
| 8 | 12 East 49th Street, 30th Floor<br>New York, NY 10017 | MTV Networks Enterprises<br>Inc., Nondisclosure Agreement |
| 9 | Tel.: 212.509-3900<br>Fax: 212.5097239 | Music, Paramount Home<br>Entertainment, Inc., Paramount |
| 10 | Email: ctl@msk.com | Pictures Corporation, Radical<br>Media, Rob Bourdon Music, |
| 11 | | Roc-A-Fella Records, LLC,<br>Timbaland Productions, Inc., |
| 12 | | UMG Recordings, Inc.,<br>Universal Music and Video |
| 13 | | Distribution, Inc., and Warner<br>Music Inc. |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | 552806.1 | |

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL