1 | BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
2 |   pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
3 |   kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
4 |   jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
5 | Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697
6 |
Attorneys for Plaintiff
7 | OSAMA AHMED FAHMY

8 |

9 |                  UNITED STATES DISTRICT COURT

10 |       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11 |

| OSAMA AHMED FAHMY, an individual, | Case No. 2:07-CV-05715 CAS (PJWx) |
|---|---|
| Plaintiff, | The Hon. Christina A. Snyder |
| vs. | **PLAINTIFF OSAMA AHMED FAHMY'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING THE ACTUAL LICENSE VALUE OF *KHOSARA*** |
| JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., | Date:    September 16, 2015<br>Time:    12:00 p.m.<br>Crtrm.: 5<br><br>Pretrial Conference:<br>September 16, 2015, at 12:00 p.m.<br><br>Jury Trial Date:<br>October 13, 2015, at 9:30 a.m. |
| Defendants. | |

553995.1

1    Plaintiff Osama Ahmed Fahmy hereby states that he will not oppose

2    Defendants' motion *in limine* no. 4 to prohibit Plaintiff from presenting evidence or

3    argument regarding what Plaintiff would or could have received for any license of

4    *Khosara Khosara* as a measure of Plaintiff's actual damages.

5    Plaintiff does not understand the relief sought in motion *in limine* no. 4 to

6    preclude Plaintiff from presenting evidence as to the qualitative value of *Khosara*

7    *Khosara* for purposes of determining the portion of the profits Defendants earned

8    from *Big Pimpin'* that are attributable to Defendants' infringement of *Khosara*

9    *Khosara*.  This evidence is clearly relevant and admissible.

10   Respectfully Submitted:

11   Dated:  August 31, 2015                    BROWNE GEORGE ROSS LLP
                                                 Peter W. Ross
12                                               Keith J. Wesley
                                                 Jonathan L. Gottfried
13

14                                               By: _____ s/ Keith J. Wesley _____

15                                               Attorneys for Plaintiff Osama Ahmed Fahmy

16

17

18

19

20

21

22

23

24

25

26

27

28

553995.1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On August 31, 2015, I served true copies of the following document(s) described as **PLAINTIFF OSAMA AHMED FAHMY'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING THE ACTUAL LICENSE VALUE OF KHOSARA** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 31, 2015, at Los Angeles, California.


 s/ Tamara L. Kawashima
Tamara L. Kawashima

553995.1

PLAINTIFF OSAMA AHMED FAHMY'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING THE ACTUAL LICENSE VALUE OF *KHOSARA*

**SERVICE LIST**

*Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

**United States District Court, Western Division –**
**Case No. 2:07-CV-05715 CAS (PJWx)**

| | |
|---|---|
| Linda M. Burrow<br>CALDWELL LESLIE<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, California 90017<br>Tel.:   (213)629-9040<br>Fax:   (213)629-9022<br>Email: burrow@caldwell-leslie.com | Attorneys for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Andrew Bart, Esq.<br>Ava U. McAlpin, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>Tel: 212.891.1600<br>Fax: 212.891-1699<br>Email:        abart@jenner.com<br>        amcalpin@jenner.com | Lead Counsel for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Daniel A. Rozansky<br>633 West 5th Street, Suite 3600<br>Los Angeles, California 90071<br>Tel.: (213) 239-5100<br>Fax: (213) 239-5199<br>drozansky@jenner.com | |

553995.1

PLAINTIFF OSAMA AHMED FAHMY'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN
LIMINE NO. 4 TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING THE ACTUAL LICENSE VALUE OF
*KHOSARA*

1  Russell J. Frackman, Esq.
   David Steinberg, Esq.
2  Alexa L. Lewis, Esq.
   MITCHELL SILBERBERG & KNUPP LLP
3  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
4  Tel.:   310.312.2000
   Fax:   310.312.3100
5  Email:  rjf@msk.com
           all@msk.com
6          das@msk.com

7  Christine T. Lepera (Pro Hac Vice)
   MITCHELL SILBERBERG & KNUPP LLP
8  12 East 49th Street,30th Floor
   New York, NY 10017
9  Tel.: 212.509-3900
   Fax: 212.5097239
10 Email: ctl@msk.com

   Attorneys for Defendants
   Timothy Mosely, Kyambo
   Joshua, Rob Bourdon, Brad
   Delson, Mike Shinoda, Dave
   Farrell, Joseph Hahn, Chester
   Bennington, Big Bad Mr. Hahn
   Music, Chesterchaz
   Publishing, EMI Blackwood
   Music, Inc., EMI Music
   Publishing Ltd., Kenji
   Kobayashi Music, Lil Lulu
   Publishing, Machine Shop
   Recordings, LLC, Marcy
   Projects Productions II, Inc.,
   MTV Networks Enterprises
   Inc., Nondisclosure Agreement
   Music, Paramount Home
   Entertainment, Inc., Paramount
   Pictures Corporation, Radical
   Media, Rob Bourdon Music,
   Roc-A-Fella Records, LLC,
   Timbaland Productions, Inc.,
   UMG Recordings, Inc.,
   Universal Music and Video
   Distribution, Inc., and Warner
   Music Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  553995.1

PLAINTIFF OSAMA AHMED FAHMY'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING THE ACTUAL LICENSE VALUE OF *KHOSARA*