BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
 pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
 kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
 jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697
Attorneys for Plaintiff
OSAMA AHMED FAHMY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual, Plaintiff, vs. JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., Defendants. | Case No. 2:07-CV-05715 CAS (PJWx) The Hon. Christina A. Snyder **DECLARATION OF SCOTT MARCUS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'** *DAUBERT* **MOTION NO. 3** Date: September 16, 2015 Time: 12:00 p.m. Crtrm.: 5 Pretrial Conference: September 16, 2015, at 12:00 p.m. Jury Trial Date: October 13, 2015, at 9:30 a.m. |

556016.1

---

DECLARATION OF SCOTT MARCUS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION NO. 3

# DECLARATION OF SCOTT MARCUS

I, Scott Marcus, declare and state as follows:

1. In 1989, I received a Ph.D. from UCLA in the field of ethnomusicology, with a specialty in Arabic music. In order to conduct research in this area of specialty, I have lived in Egypt for ten different periods of time, the earliest in 1982, the most recent in 2010. My doctoral dissertation is a lengthy volume on modern Arab music theory. I have a number of publications that focus on modern Arab music theory that have appeared in scholarly journals (Ethnomusicology, Asian Music, Pacific Review of Ethnomusicology) and in the Garland Encyclopedia of World Music (vol. 6, The Middle East). I also published the book, Music in Egypt, with Oxford University Press.

2. I understand written and spoken Arabic.

3. Attached as Exhibit A is a true copy of a screenshot from the Egyptian movie *Fata Ahlamy* that appears in the credits at 0:47 to 0:52. In that image, the composers are listed in Arabic for songs in the film. The column at the right hand margin of the text lists four songs that were in the movie. The middle column has the word "composition" on the first row and ditto marks for the following three rows. The last column on the left list the names of the composers for each of the four songs.

4. The fourth row states:

Khosara Khosara '' Baligh Hamdi

556016.1

5. As noted above, the ditto marks in the middle column repeat the word, "composition," from the first row. Consequently, a translation of the fourth row would be "*Khosara, Khosara*, composed by Baligh Hamdi."

Executed this 28th day of August, 2015, at Santa Barbara, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Scott Marcus

# EXHIBIT A



# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On August 31, 2015, I served true copies of the following document(s) described as **DECLARATION OF SCOTT MARCUS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' DAUBERT MOTION NO. 3** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 31, 2015, at Los Angeles, California.

                                             /s/ Tamara L. Kawashima
                                             Tamara L. Kawashima

556016.1

DECLARATION OF SCOTT MARCUS IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTION *IN LIMINE* NO. 3

# SERVICE LIST

*Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

**United States District Court, Western Division –
Case No. 2:07-CV-05715 CAS (PJWx)**

| | |
|---|---|
| Linda M. Burrow<br>CALDWELL LESLIE<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, California 90017<br>Tel.:  (213)629-9040<br>Fax:   (213)629-9022<br>Email: burrow@caldwell-leslie.com | Attorneys for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Andrew Bart, Esq.<br>Ava U. McAlpin, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>Tel: 212.891.1600<br>Fax: 212.891-1699<br>Email:       abart@jenner.com<br>               amcalpin@jenner.com | Lead Counsel for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Daniel A. Rozansky<br>633 West 5th Street, Suite 3600<br>Los Angeles, California 90071<br>Tel.: (213) 239-5100<br>Fax: (213) 239-5199<br>drozansky@jenner.com | |

556016.1

DECLARATION OF SCOTT MARCUS IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS'
MOTION *IN LIMINE* NO. 3

| | | |
|---|---|---|
| 1 | Russell J. Frackman, Esq.<br>David Steinberg, Esq. | Attorneys for Defendants<br>Timothy Mosely, Kyambo |
| 2 | Alexa L. Lewis, Esq.<br>MITCHELL SILBERBERG & KNUPP LLP | Joshua, Rob Bourdon, Brad<br>Delson, Mike Shinoda, Dave |
| 3 | 11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683 | Farrell, Joseph Hahn, Chester<br>Bennington, Big Bad Mr. Hahn |
| 4 | Tel.:   310.312.2000<br>Fax:   310.312.3100 | Music, Chesterchaz<br>Publishing, EMI Blackwood |
| 5 | Email:  rjf@msk.com<br>         all@msk.com | Music, Inc., EMI Music<br>Publishing Ltd., Kenji |
| 6 |          das@msk.com | Kobayashi Music, Lil Lulu<br>Publishing, Machine Shop |
| 7 | Christine T. Lepera (Pro Hac Vice)<br>MITCHELL SILBERBERG & KNUPP LLP | Recordings, LLC, Marcy<br>Projects Productions II, Inc., |
| 8 | 12 East 49th Street, 30th Floor<br>New York, NY 10017 | MTV Networks Enterprises<br>Inc., Nondisclosure Agreement |
| 9 | Tel.: 212.509-3900<br>Fax: 212.5097239 | Music, Paramount Home<br>Entertainment, Inc., Paramount |
| 10 | Email: ctl@msk.com | Pictures Corporation, Radical<br>Media, Rob Bourdon Music, |
| 11 | | Roc-A-Fella Records, LLC,<br>Timbaland Productions, Inc., |
| 12 | | UMG Recordings, Inc.,<br>Universal Music and Video |
| 13 | | Distribution, Inc., and Warner<br>Music Inc. |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | 556016.1 | |

DECLARATION OF SCOTT MARCUS IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS'
MOTION *IN LIMINE* NO. 3