1 | BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
2 |    pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
3 |    kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
4 |    jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
5 | Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697
6 | Attorneys for Plaintiff
OSAMA AHMED FAHMY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| OSAMA AHMED FAHMY, an individual, Plaintiff, vs. JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., Defendants. | Case No. 2:07-CV-05715 CAS (PJWx)<br>The Hon. Christina A. Snyder<br><br>**DECLARATION OF JONATHAN L. GOTTFRIED IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS'** ***DAUBERT*** **MOTIONS AND MOTIONS** ***IN LIMINE***<br><br>Date: September 16, 2015<br>Time: 12:00 p.m.<br>Crtrm.: 5<br><br>Pretrial Conference:<br>September 16, 2015, at 12:00 p.m.<br><br>Jury Trial Date:<br>October 13, 2015, at 9:30 a.m. |
|---|---|

554600.1

# DECLARATION OF JONATHAN GOTTFRIED

I, Jonathan Gottfried, declare and state as follows:

1.  I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with the firm of Browne George Ross LLP, counsel of record for Plaintiff Osama Ahmed Fahmy in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2.  Attached as **Exhibit A** is a true copy of the initial report of plaintiff's expert, Michael Kamins, dated February 10, 2015.

3.  Attached as **Exhibit B** is a true copy of excerpts from the deposition of plaintiff's expert, Michael Kamins, which I attended on July 28, 2015.

4.  Attached as **Exhibit C** is a true copy of the Expert Report of Professor Scott Marcus, dated February 12, 2015.

5.  Attached as **Exhibit D** is a true copy of the Rebuttal Report of Professor Scott Marcus, dated March 29, 2015.

6.  Attached as **Exhibit E** is a true copy of documents from the Society of Authors, Composers and Publishers of the Arab Republic of Egypt.

7.  Attached as **Exhibit F** is a true copy of excerpts from the depositions of plaintiff, dated February 12 and 13, 2009.

8.  Attached as **Exhibit G** is a true copy of the cover and back of the album, *Fata Ahlami* (Original Soundtracks) by Abdel Halim Hafez.

9.  Attached as **Exhibit H** is a true copy of cover and back of the album *Best of Abdul Halim Hafiz*, by Hossam Ramzy and his Egyptian Ensemble.

10. Attached as **Exhibit I** is a true copy of a BMI record that states that it was printed from http://repertoire /bmi.com on February 26, 2015 and produced to my firm by defendants.

11. Attached as **Exhibit J** is a true copy of excerpts from the deposition of

554600.1

plaintiff's expert, Sam Rubin, dated June 17, 2015.

12. Attached as **Exhibit K** is a true and correct copy of excerpts from the deposition of defendants' expert, Walid Abou Farhat, dated June 24, 2015.

Executed this 31st day of August, 2015, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

s/ Jonathan Gottfried
_____
Jonathan Gottfried

554600.1

DECLARATION OF JONATHAN L. GOTTFRIED IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' *DAUBERT* MOTIONS AND MOTIONS *IN LIMINE*