ORIGINAL

1 | BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
2 |   pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
3 |   kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
4 |   jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
5 | Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697
6 |
Attorneys for Plaintiff
7 | OSAMA AHMED FAHMY



FILED
CLERK, U.S. DISTRICT COURT

AUG 3 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| 11  OSAMA AHMED FAHMY, an individual, | Case No. 2:07-CV-05715 CAS (PJWx) |
| 12       Plaintiff, | The Hon. Christina A. Snyder |
| 13    vs. | **PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 5-4.2(b)(3) AND L.R. 79-5.1** |
| 14  JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO | |
| 15  JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE | Judge: Hon. Christina A. Snyder |
| 16  FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN | Date:  September 16, 2015 |
| 17  MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI | Time:  12:00 p.m. |
| 18  MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU | Crtrm: 5 |
| 19  PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY | |
| 20  PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., | |
| 21  NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME | |
| 22  ENTERTAINMENT, INC., PARAMOUNT PICTURES | |
| 23  CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A- | |
| 24  FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG | |
| 25  RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, | |
| 26  INC., AND WARNER MUSIC INC., | |
| 27       Defendants. | |
| 28 | |

556368.1

1    Pursuant to Local Rules 5-4.2(b)(3) and 79-5.1, plaintiff Osama Ahmed

2  Fahmy ("Plaintiff") hereby submits this application to file under seal two

3  documents:  (a) an unredacted version of Plaintiff's opposition to Defendants'

4  motion in limine number 2, and (b) the Declaration of Keith J. Wesley in support of

5  Plaintiff's oppositions to Defendants' motions in limine.  Plaintiff files this

6  application pursuant to the Stipulated Protective Order in this case, which has

7  become an Order of this Court [Dkt. No. 197].

8                              **BASIS FOR REQUEST**

9    A court has supervisory powers over its records and files to seal documents

10  under appropriate circumstances.  *See In re Copley Press, Inc.*, 518 F.3d 1022 (9th

11  Cir. 2008); *United States v. Shryock*, 342 F.3d 948, 983 (9th Cir. 2003); *United*

12  *States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987).  Local Rule 79-5.1 provides that

13  a party may request that documents be filed under seal.  Applications and Orders to

14  Seal, along with the document to be placed under seal, are not to be electronically

15  filed but instead must be filed manually.  *See* L.R.5-4.2(b)(3).

16    Local Rule 79-5.1 provides, in part, that "[e]xcept when authorized by statute

17  or federal rule, or the Judicial Conference of the United States, no case or document

18  shall be filed under seal without prior approval by the Court.  Where approval is

19  required, a written application and a proposed order shall be presented to the judge

20  along with the document submitted for filing under seal."  C.D.Cal. L.R. 79-5.1.

21    Defendants designated the exhibits to the Wesley Declaration as

22  "Confidential" or "Confidential – Attorney's Eyes Only" under the Stipulated

23  Protective Order.  Moreover, the opposition to Defendants' motion in limine number

24  2 quotes from deposition testimony that Defendants marked as "Confidential –

25  Attorney's Eyes Only."  Therefore, pursuant to his obligations under the Stipulated

26  Protective Order, Plaintiff respectfully requests that the aforementioned documents

27  be filed under seal.

28

556368.1

1    Respectfully Submitted:

2

3    Dated:  August 31, 2015          BROWNE GEORGE ROSS LLP
                                      Peter W. Ross
4                                     Keith J. Wesley
                                      Jonathan L. Gottfried
5

6                                     By: _____

7                                          Keith J. Wesley

8                                     Attorneys for Plaintiff Osama Ahmed Fahmy

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
556368.1
                                      -3-

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On August 31, 2015, I served true copies of the following document(s) described as **PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 5-4.2(B)(3) AND L.R. 79-5.1** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Browne George Ross LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On August 31, 2015 I caused a copy of the document(s) to be sent from e-mail address dtorosyan@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I sent this transmission at _____ a.m./p.m.. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 31, 2015, at Los Angeles, California.

Diane Torosyan

556368.1

# SERVICE LIST

### *Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

### United States District Court, Western Division –
### Case No. 2:07-CV-05715 CAS (PJWx)

| | |
|---|---|
| Linda M. Burrow<br>CALDWELL LESLIE<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, California 90017<br>Tel.:  (213)629-9040<br>Fax:  (213)629-9022<br>Email: burrow@caldwell-leslie.com | Attorneys for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Andrew Bart, Esq.<br>Ava U. McAlpin, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>Tel: 212.891.1600<br>Fax: 212.891-1699<br>Email:      abart@jenner.com<br>         amcalpin@jenner.com | Lead Counsel for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Daniel A. Rozansky<br>633 West 5th Street, Suite 3600<br>Los Angeles, California 90071<br>Tel.: (213) 239-5100<br>Fax: (213) 239-5199<br>drozansky@jenner.com | |

556368.1

1 | Russell J. Frackman, Esq.
David Steinberg, Esq.
2 | Alexa L. Lewis, Esq.
MITCHELL SILBERBERG & KNUPP LLP
3 | 11377 West Olympic Boulevard
Los Angeles, California 90064-1683
4 | Tel.:   310.312.2000
Fax:   310.312.3100
5 | Email:  rjf@msk.com
              all@msk.com
6 |            das@msk.com

7 | Christine T. Lepera (Pro Hac Vice)
MITCHELL SILBERBERG & KNUPP LLP
8 | 12 East 49th Street, 30th Floor
New York, NY 10017
9 | Tel.: 212.509-3900
Fax: 212.5097239
10 | Email: ctl@msk.com

Attorneys for Defendants
Timothy Mosely, Kyambo
Joshua, Rob Bourdon, Brad
Delson, Mike Shinoda, Dave
Farrell, Joseph Hahn, Chester
Bennington, Big Bad Mr. Hahn
Music, Chesterchaz
Publishing, EMI Blackwood
Music, Inc., EMI Music
Publishing Ltd., Kenji
Kobayashi Music, Lil Lulu
Publishing, Machine Shop
Recordings, LLC, Marcy
Projects Productions II, Inc.,
MTV Networks Enterprises
Inc., Nondisclosure Agreement
Music, Paramount Home
Entertainment, Inc., Paramount
Pictures Corporation, Radical
Media, Rob Bourdon Music,
Roc-A-Fella Records, LLC,
Timbaland Productions, Inc.,
UMG Recordings, Inc.,
Universal Music and Video
Distribution, Inc., and Warner
Music Inc.

556368.1

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL