1  BROWNE GEORGE ROSS LLP
   Peter W. Ross (State Bar No. 109741)
2      pross@bgrfirm.com
   Keith J. Wesley (State Bar No. 229276)
3      kwesley@bgrfirm.com
   Jonathan L. Gottfried (State Bar No. 282301)
4      jgottfried@bgrfirm.com
   2121 Avenue of the Stars, Suite 2400
5  Los Angeles, California 90067
   Telephone: (310) 274-7100 / Facsimile: (310) 275-5697
6
   Attorneys for Plaintiff
7  OSAMA AHMED FAHMY

8

9              UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| OSAMA AHMED FAHMY, an individual, | Case No. 2:07-CV-05715 CAS (PJWx) |
|---|---|
| Plaintiff, | The Hon. Christina A. Snyder |
| vs. | **NOTICE OF LODGING OF PROPOSED PRETRIAL CONFERENCE ORDER** |
| JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., | Pretrial Conference: September 16, 2015, at 12:00 p.m.<br><br>Jury Trial Date: October 13, 2015, at 9:30 a.m. |
| Defendants. | |

557524.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the parties are hereby lodging the attached proposed pretrial conference order.

Dated: September 4, 2015

BROWNE GEORGE ROSS LLP
Peter W. Ross
Keith J. Wesley
Jonathan L. Gottfried

By:    s/ Keith J. Wesley

Attorneys for Plaintiff Osama Ahmed Fahmy

557524.1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On September 4, 2015, I served true copies of the following document(s) described as **NOTICE OF LODGING OF PROPOSED PRETRIAL CONFERENCE ORDER** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2015, at Los Angeles, California.

    /s/ Tamara L. Kawashima
Tamara L. Kawashima

557524.1

NOTICE OF FILING OF PROPOSED PRETRIAL CONFERENCE ORDER

# SERVICE LIST

*Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

**United States District Court, Western Division –**
**Case No. 2:07-CV-05715 CAS (PJWx)**

| | |
|---|---|
| Linda M. Burrow<br>CALDWELL LESLIE<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, California 90017<br>Tel.:  (213)629-9040<br>Fax:   (213)629-9022<br>Email: burrow@caldwell-leslie.com | Attorneys for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Andrew Bart, Esq.<br>Ava U. McAlpin, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>Tel: 212.891.1600<br>Fax: 212.891-1699<br>Email:        abart@jenner.com<br>          amcalpin@jenner.com | Lead Counsel for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Daniel A. Rozansky<br>633 West 5th Street, Suite 3600<br>Los Angeles, California 90071<br>Tel.: (213) 239-5100<br>Fax: (213) 239-5199<br>drozansky@jenner.com | |

557524.1

NOTICE OF FILING OF PROPOSED PRETRIAL CONFERENCE ORDER

| | | |
|---|---|---|
| 1 | Russell J. Frackman, Esq.<br>David Steinberg, Esq. | Attorneys for Defendants<br>Timothy Mosely, Kyambo |
| 2 | Alexa L. Lewis, Esq.<br>MITCHELL SILBERBERG & KNUPP LLP | Joshua, Rob Bourdon, Brad<br>Delson, Mike Shinoda, Dave |
| 3 | 11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683 | Farrell, Joseph Hahn, Chester<br>Bennington, Big Bad Mr. Hahn |
| 4 | Tel.:   310.312.2000<br>Fax:   310.312.3100 | Music, Chesterchaz<br>Publishing, EMI Blackwood |
| 5 | Email:  rjf@msk.com<br>        all@msk.com | Music, Inc., EMI Music<br>Publishing Ltd., Kenji |
| 6 |         das@msk.com | Kobayashi Music, Lil Lulu<br>Publishing, Machine Shop |
| 7 | Christine T. Lepera (Pro Hac Vice)<br>MITCHELL SILBERBERG & KNUPP LLP | Recordings, LLC, Marcy<br>Projects Productions II, Inc., |
| 8 | 12 East 49th Street, 30th Floor<br>New York, NY 10017 | MTV Networks Enterprises<br>Inc., Nondisclosure Agreement |
| 9 | Tel.: 212.509-3900<br>Fax: 212.5097239 | Music, Paramount Home<br>Entertainment, Inc., Paramount |
| 10 | Email: ctl@msk.com | Pictures Corporation, Radical<br>Media, Rob Bourdon Music, |
| 11 | | Roc-A-Fella Records, LLC,<br>Timbaland Productions, Inc., |
| 12 | | UMG Recordings, Inc.,<br>Universal Music and Video |
| 13 | | Distribution, Inc., and Warner<br>Music Inc. |

557524.1

NOTICE OF FILING OF PROPOSED PRETRIAL CONFERENCE ORDER