BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
   pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
   kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
   jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697

Attorneys for Plaintiff
OSAMA AHMED FAHMY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual, <br><br>　　　　　　　Plaintiff, <br><br>　　vs. <br><br>JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., <br><br>　　　　　　　Defendants. | Case No. 2:07-CV-05715 CAS (PJWx) <br> The Hon. Christina A. Snyder <br><br> **DECLARATION OF JONATHAN L. GOTTFRIED IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' TRIAL BRIEF RE: REQUEST TO BIFURCATE AND RESOLVE FOREIGN LAW ISSUES FIRST** <br><br> Date:　September 16, 2015 <br> Time:　12:00 p.m. <br> Crtrm.: 5 <br><br> Pretrial Conference: <br> September 16, 2015, at 12:00 p.m. <br><br> Jury Trial Date: <br> October 13, 2015, at 9:30 a.m. |

559526.1

DECLARATION OF JONATHAN L. GOTTFRIED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' TRIAL BRIEF RE: REQUEST TO BIFURCATE AND RESOLVE FOREIGN LAW ISSUES FIRST

# DECLARATION OF JONATHAN GOTTFRIED

I, Jonathan Gottfried, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with the firm of Browne George Ross LLP, counsel of record for Plaintiff Osama Ahmed Fahmy in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached as **Exhibit A** is a true copy of excerpts from Egypt's Law No. 82 of 2002 Pertaining to the Protection of Intellectual Property Rights, which was obtained from the website of the World Intellectual Property Organization (http://www.wipo.int/edocs/lexdocs/laws/en/eg/eg001en.pdf).

3. Attached as **Exhibit B** is a true copy of excerpts from the deposition of plaintiff's expert, Mohamed Hossam Mahmoud Loutfi Ibrhami, which occurred on July 24, 2015.

Executed this 13th day of September, 2015, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

s/ Jonathan Gottfried
_____
Jonathan Gottfried

559526.1

DECLARATION OF JONATHAN L. GOTTFRIED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' TRIAL BRIEF RE: REQUEST TO BIFURCATE AND RESOLVE FOREIGN LAW ISSUES FIRST