Jonathan Gottfried (State Bar No. 282301)
jgottfried@bgrfirm.com
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osama Ahmed Fahmy, an individual,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Jay-Z (aka Shawn Carter), et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>07-CV-05715 CAS (PJWx)<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Exhibits C and D to the Declaration of Jonathan L. Gottfried in Support of Plaintiff's Ex Parte Application for Order Requiring Defense Counsel to Produced Unadulterated Version of Defendant Shawn Carter's Video Deposition

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 2, 2015
Date

Jonathan Gottfried
Attorney Name

Plaintiff Osama Ahmed Fahmy
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)     NOTICE OF MANUAL FILING OR LODGING