BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
  pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697

Attorneys for Plaintiff
OSAMA AHMED FAHMY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC.,<br><br>　　　　Defendants. | Case No. 2:07-CV-05715 CAS (PJWx)<br>The Hon. Christina A. Snyder<br><br>**DECLARATION OF JONATHAN L. GOTTFRIED IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER REQUIRING DEFENSE COUNSEL TO PRODUCE UNADULTERATED VERSION OF DEFENDANT SHAWN CARTER'S VIDEO DEPOSITION**<br><br><br>Complaint filed: August 31, 2007<br>Trial Date: Oct. 13, 2015 |

564279.1

## DECLARATION OF JONATHAN GOTTFRIED

I, Jonathan Gottfried, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with the firm of Browne George Ross LLP, counsel of record for Plaintiff Osama Ahmed Fahmy in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached as **Exhibit A** is a true copy of an email that I sent to defense counsel on October 1, 2015.

3. Attached as **Exhibit B** is a true copy of an email that I received form defense counsel on October 2, 2015.

4. On the morning of September 30, 2015, I called counsel for Shawn Carter, David Russell, and asked whether defense counsel would agree to the removal of the watermark from Mr. Carter's videotaped deposition. Mr. Russell responded that he would check and get back to me. He never did.

5. On the morning of October 1, I called counsel for Shawn Carter, Daniel Rozansky, and asked whether defense counsel would agree to the removal of the watermark from Mr. Carter's videotaped deposition. Mr. Rozansky indicated that he would get back to me. During the afternoon of October 1, I sent Mr. Rozansky the email attached as Exhibit A, which proposed as a compromise that the watermark remain in the video but that it be moved so that it did not cover Mr. Carter's face. Mr. Rozansky refused via the email attached as Exhibit B.

6. On the morning of September 30, 2015, I participated in a conference call with defense counsel to discuss the exchanging of trial exhibits among counsel. It was agreed that counsel for Mr. Carter would set up a database at which plaintiff's counsel could upload all of its trial exhibits. Mr. Carter's counsel indicated that a slip sheet would be included in the trial exhibits prepared by Mr. Carter's counsel

564279.1

1 for the Court pending a decision by the Court on defendants' motion to exclude the
2 Live Nation Agreement.  There was no indication during this call that any parties (as
3 opposed to their counsel) would have access to the database of trial exhibits.

4   7.   Attached as **Exhibit C** is a true copy of excerpts from the deposition of
5 Shawn Carter, dated October 28, 2014.  Because defense counsel designated the
6 entirety of this transcript as HIGHLY CONFIDENTIAL, these excerpts have been
7 filed under seal.

8   8.   Attached as **Exhibit D** is a true copy of a screenshot from the video
9 deposition of defendant Shawn Carter that I took on October 2, 2015.  Because
10 defense counsel designated the entirety of this deposition as HIGHLY
11 CONFIDENTIAL, this screenshot has been filed under seal.

13   Executed this 2nd day of October, 2015, at Los Angeles, California.
14   I declare under penalty of perjury under the laws of the United States of
15 America that the foregoing is true and correct.

17                                                            /s/ Jonathan Gottfried
18                                                            Jonathan Gottfried

28 564279.1

DECLARATION OF JONATHAN GOTTFRIED IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER
REMOVING WATERMARK FROM IMAGE OF DEFENDANT SHAWN CARTER'S FACE IN DEPOSITION

# EXHIBIT A

# Jonathan L. Gottfried

**From:** Jonathan L. Gottfried
**Sent:** Thursday, October 01, 2015 1:14 PM
**To:** Daniel Rozansky - Jenner & Block (drozansky@jenner.com)
**Subject:** Watermark

Dan,
Please let us know if you would be willing to agree to move the watermark to the upper right corner (so that it's on the wall and not covering Mr. Carter's face).



**Jonathan L. Gottfried**
**Browne George Ross LLP**
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
T 310.274.7100
F 310.275.5697
JGottfried@bgrfirm.com

www.bgrfirm.com

1

# EXHIBIT B

## Jonathan L. Gottfried

**From:** Rozansky, Daniel A. <DRozansky@jenner.com>
**Sent:** Friday, October 02, 2015 10:45 AM
**To:** Jonathan L. Gottfried
**Subject:** Carter depo

Jonathan,

I am following up our conversation yesterday and your message today about the watermark on the video of Mr. Carter's deposition. First, we are very concerned about the security of the video. Our concerns are heighted by the following:

First is your firm's recent handling of the Live Nation Agreement. As you know, the Live Nation Agreement is an extremely sensitive document. Because of its sensitive nature, it was produced to Plaintiff, but not to any of the other parties in this case. When the Live Nation Agreement was produced, the Court made it clear that it should not be distributed to the other parties or disseminated to the public. And as you know, Plaintiffs' motion to exclude the Live Nation Agreement from evidence is currently before the Court. Accordingly, when the parties agreed to upload their various trial exhibits to a single repository accessible by all parties, we requested that the Plaintiff upload a slip sheet in place of the Live Nation Agreement. You did not object to this request. However, despite the parties' agreement, yesterday you uploaded the full Live Nation Agreement to the parties' document repository, which the other defendants had access to. We quickly acted to have it removed. Based on your inability to follow the Court's orders and parties' agreement to safeguard the Live Nation Agreement from disclosure, we think the only way to safeguard the video and be able to trace any leak of the video back to its source is to maintain the watermark in its current location. By removing the watermark or placing the watermark to the side, the video could be reformatted and resized so that the watermark was no longer visible. In that instance, a leak of the video would not be traceable.

Second, we just learned that your firm was the firm that took the deposition of Li'l Wayne in a recent case against him. The video of his deposition was leaked to TMZ and garnered a tremendous about of publicity. We cannot risk this happening with Mr. Carter's deposition.

I note that we too have a copy of Mr. Carter's video and our copy is watermarked with Jenner & Block. The watermark is transparent and of minimal intrusion. Certainly, it is no more intrusive than the watermarks and confidentiality stamps that appear on numerous exhibits in this case. We see no legitimate reason to remove the watermark

For the above reasons, we cannot agree that the watermark can be removed or moved.

Regards,

Dan

---

**Daniel A. Rozansky**

**Jenner & Block LLP**
633 West 5th Street
Suite 3600, Los Angeles, CA 90071-2054 | jenner.com
+1 213 239 2223 | TEL
+1 213 239 2233 | FAX
DRozansky@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

1

Case 2:07-cv-05715-CAS-PJW Document 641-1 Filed 10/02/15 Page 8 of 12 Page ID #:14439

# EXHIBIT C

# FILED UNDER SEAL

# EXHIBIT D

# FILED UNDER SEAL