BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
  pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697

Attorneys for Plaintiff
OSAMA AHMED FAHMY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual, | Case No. 2:07-CV-05715 CAS (PJWx) |
| Plaintiff, | The Hon. Christina A. Snyder |
| vs. | **PLAINTIFF'S PROPOSED SPECIAL VERDICT FORMS** |
| JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., | Complaint filed:  August 31, 2007<br>Trial Date:  Oct. 13, 2015 |
| Defendants. | |

563348.1

1    Plaintiff Osama Ahmed Fahmy respectfully submits the attached proposed

2  special verdict forms for liability and damages.

3

4  Dated:  October 7, 2015                BROWNE GEORGE ROSS LLP

5                                         Peter W. Ross
                                          Keith J. Wesley
6                                         Jonathan L. Gottfried

7                                  By:  _____s/ Keith J. Wesley_____
                                          Keith J. Wesley
8                                  Attorneys for Plaintiff Osama Ahmed Fahmy

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual, | Case No. 2:07-CV-05715 CAS (PJWx) |
| Plaintiff, | The Hon. Christina A. Snyder |
| vs. | |
| JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., | **SPECIAL VERDICT [LIABILITY]** |
| Defendants. | |

563348.1

1    We, the jury in the above entitled cause, find the following on the questions

2    submitted to us:

3

4

5    1.    Did the plaintiff prove by a preponderance of the evidence that his

6    copyright in the musical composition *Khosara Khosara* was infringed by *Big*

7    *Pimpin*?

8

9              Yes _____          No _____

10

11    If you answered "yes" to question 1, then proceed to question 2.  If you

12    answered "no" to question 1, then skip the remaining questions and sign, date and

13    return this form.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.   Did any of the following defendants infringe willfully?

| DEFENDANT | YES | NO |
|---|---|---|
| Shawn Carter a/k/a Jay-Z | | |
| Timothy Mosley a/k/a Timbaland | | |
| UMG Recordings Inc./Roc-A-Fella Records, LLC | | |
| Universal Music Group Distribution Corp. | | |

Please date, sign and return this form.

Dated:_____          _____
                                    Foreperson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual, | Case No. 2:07-CV-05715 CAS (PJWx) |
| Plaintiff, | The Hon. Christina A. Snyder |
| vs. | **SPECIAL VERDICT [DAMAGES]** |
| JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., | |
| Defendants. | |

563348.1

-3-

We, the jury, find the following on the question submitted to us:

What is the amount of profits, if any, attributable to each defendant's infringement of the musical composition *Khosara Khosara*?

| DEFENDANT | AMOUNT ($) |
|---|---|
| Shawn Carter a/k/a Jay-Z | |
| Timothy Mosley a/k/a Timbaland | |
| The Linkin Park Defendants (Brad Delson, Mike Shinoda, Rob Bourdon, Dave Farrell, Joseph Hahn, Chester Bennington) | |
| MTV Networks Enterprises Inc. | |
| Paramount Home Entertainment, Inc. and Paramount Pictures | |
| UMG Recordings Inc. and Roc-A-Fella Records, LLC | |
| Universal Music Group Distribution Corp. | |
| EMI Blackwood Music, Inc. | |
| Warner Bros. Records, Inc. | |

Please date, sign and return this form.

Dated:_____        _____
                                              Foreperson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On October 7, 2015, I served true copies of the following document(s) described as **PLAINTIFF'S PROPOSED SPECIAL VERDICT FORMS** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 7, 2015, at Los Angeles, California.

/s/ Tamara L. Kawashima
Tamara L. Kawashima

563348.1

**SERVICE LIST**

*Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

**United States District Court, Western Division –
Case No. 2:07-CV-05715 CAS (PJWx)**

| | |
|---|---|
| Linda M. Burrow, Esq.<br>CALDWELL LESLIE<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, California 90017<br>Tel.:   (213)629-9040<br>Fax:   (213)629-9022<br>Email: burrow@caldwell-leslie.com | Attorneys for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Andrew Bart, Esq.<br>Ava U. McAlpin, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>Tel: 212.891.1600<br>Fax: 212.891-1699<br>Email:       abart@jenner.com<br>          amcalpin@jenner.com | Lead Counsel for Defendant<br>Shawn Carter (pka Jay Z) |
| JENNER & BLOCK LLP<br>Daniel A. Rozansky, Esq.<br>L. David Russell, Esq.<br>633 West 5th Street, Suite 3600<br>Los Angeles, California 90071<br>Tel.: (213) 239-5100<br>Fax: (213) 239-5199<br>drozansky@jenner.com<br>drussell@jenner.com | |

563348.1

1   Russell J. Frackman, Esq.
    David Steinberg, Esq.
2   Alexa L. Lewis, Esq.
    MITCHELL SILBERBERG & KNUPP LLP
3   11377 West Olympic Boulevard
    Los Angeles, California 90064-1683
4   Tel.:   310.312.2000
    Fax:   310.312.3100
5   Email:  rjf@msk.com
               all@msk.com
6              das@msk.com

7   Christine T. Lepera (Pro Hac Vice)
    MITCHELL SILBERBERG & KNUPP LLP
8   12 East 49th Street, 30th Floor
    New York, NY 10017
9   Tel.: 212.509-3900
    Fax: 212.5097239
10  Email: ctl@msk.com

Attorneys for Defendants Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

563348.1