UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 2:07-cv-05715-CAS-PJW | Date | October 9, 2015 |
|---|---|---|---|
| Title | OSAMA AHMED FAHMY V. JAY-Z, ET. AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:** (IN CHAMBERS) - *EX PARTE* APPLICATION FOR PRODUCTION OF UNADULTERATED VERSION OF DEFENDANT SHAWN CARTER'S VIDEO DEPOSITION

Plaintiff requests that the Court order defendants to produce an unadulterated version of the video deposition of defendant Shawn Carter (aka Jay-Z). Defendants have previously provided a copy of this deposition to plaintiff; however, in the version provided to plaintiff, Carter's face is obscured by a watermark of the name of plaintiff's law firm ("BROWNE GEORGE ROSS"). Plaintiff intends to use this deposition at trial and argues that the presence of the watermark will be distracting to the jury. Accordingly, he requests a version of the deposition without any watermarks. Defendants object to this request. According to defendants, the watermark is necessary to ensure that the deposition of Carter, who is a high-profile celebrity, is not disseminated to third parties.

The Court, having reviewed plaintiff's application and defendants' opposition, hereby orders defendants to produce to plaintiff's counsel no later than **October 12, 2015** an unadulterated version of Carter's deposition with all watermarks removed. In addition, plaintiff is ordered to take all necessary precautions to prevent the dissemination of Carter's deposition to third parties.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |