1 BROWNE GEORGE ROSS LLP
  Peter W. Ross (State Bar No. 109741)
2   pross@bgrfirm.com
  Keith J. Wesley (State Bar No. 229276)
3   kwesley@bgrfirm.com
  Jonathan L. Gottfried (State Bar No. 282301)
4   jgottfried@bgrfirm.com
  2121 Avenue of the Stars, Suite 2400
5 Los Angeles, California 90067
  Telephone: (310) 274-7100 / Facsimile: (310) 275-5697
6
  Attorneys for Plaintiff
7 OSAMA AHMED FAHMY

8                    UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual, | Case No. 2:07-CV-05715 CAS (PJWx) |
| Plaintiff, | The Hon. Christina A. Snyder |
| vs. | **NOTICE OF FILING OF TRANSCRIPTS OF DEPOSITION TESTIMONY PLAYED, VIA VIDEOTAPE, AT TRIAL BY COUNSEL** |
| JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., | Complaint filed: August 31, 2007 Trial Date: Oct. 13, 2015 |
| Defendants. | |

567337.1

1       During trial on October 14 and 15, 2015 in the above case, counsel played the

2   deposition testimony, via videotape, of the following witnesses:  Mohamed-Hossam

3   Loutfi, Walid Abou Farhat, and Osama Ahmed Fahmy.  Because the written trial

4   transcript does not reflect these witnesses' testimony, plaintiff submits a

5   transcription of their testimony as Exhibit A.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Respectfully Submitted:

3

4   DATED:  October 16, 2015                BROWNE GEORGE ROSS LLP
                                            Peter W. Ross
5                                           Keith J. Wesley
                                            Jonathan Gottfried
6

7                                           By _____/s/ Jonathan Gottfried_____
                                                    Jonathan Gottfried
8                                           Attorneys for Plaintiff Osama Ahmed Fahmy

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

567337.1
PLAINTIFF'S NOTICE OF FILING OF TRANSCRIPTS OF DEPOSITION TESTIMONY PLAYED,
VIA VIDEOTAPE, AT TRIAL

# EXHIBIT A

**Fahmy, Osama (Played at Trial on October 14, 2015)**

**(3 SEGMENTS RUNNING 00:00:48.383)**

   **1.  PAGE 8:18 TO 8:20   (RUNNING 00:00:14.186)**

```
        18        Q.   Would you state for us, please, sir, your
        19  full name.
        20        A.   Osama Ahmed Fahmy Fathallah.
```

   **2.  PAGE 8:24 TO 9:01   (RUNNING 00:00:10.636)**

```
        24        Q.   Can you tell us where you presently live,
        25  sir.
   00009:01        A.   I live in Cairo, Egypt.
```

   **3.  PAGE 16:13 TO 16:16   (RUNNING 00:00:23.561)**

```
        13        Q.   After Baligh Hamdy died in 1993, did you
        14  receive the documents that were in his files that
        15  related to his musical work?
        16        A.   Yes.
```

**(2 SEGMENTS RUNNING 00:00:23.697)**

   **1.  PAGE 16:05 TO 16:08   (RUNNING 00:00:14.145)**

```
        05        Q.   All right.  When did your uncle die?
        06        A.   1993.
        07        Q.   That would be Mr. Hamdy, Baligh Hamdy?
        08        A.   Baligh Hamdy.  (In English)  Yes.
```

   **2.  PAGE 27:10 TO 27:12   (RUNNING 00:00:09.552)**

```
        10        Q.   He made his living composing; is that
        11  right?
        12        A.   Yes.
```

**(5 SEGMENTS RUNNING 00:01:50.410)**

   **1.  PAGE 215:12 TO 215:13   (RUNNING 00:00:13.483)**

```
        12        Q.   We'll mark as the next exhibit a cassette
        13  that you brought.  We'll give it back to you.
```

   **2.  PAGE 215:17 TO 215:24   (RUNNING 00:00:49.503)**

```
        17        Q.   Can you just describe for us, Mr. Fahmy,
        18  what Exhibit 127 is.
        19        A.   This is a cassette tape-recorded on it
        20  some of the songs of Abd El Hadim Hafez that were
        21  made in the movies and it was sang, but both, movies
        22  and sang separately at -- including the song of
        23  KHOSARA.  And from -- and it is written clearly that
        24  the songs are composed by Baligh Hamdy.
```

   **3.  PAGE 218:14 TO 218:18   (RUNNING 00:00:29.346)**

```
        14        Q.   And, Mr. Fahmy, can you just describe for
        15  us what Exhibit 128 is.
        16        A.   This is the movie FATA AHLAMI, casting,
        17  you know -- he's Abd El Halim Hafez, and in it the
        18  song KHOSARA KHOSARA.  And the prelude is on the
```

   **4.  PAGE 218:19 TO 218:20   (RUNNING 00:00:05.257)**

```
19   theater that -- the song theaters that the song
20   KHOSARA KHOSARA is composed by Baligh Hamdy.
```

### 5.   PAGE 218:24 TO 219:01   (RUNNING 00:00:12.821)

```
         24        Q.   Has any music of Baligh Hamdy been in
         25   other movies?
00219:01        A.   A lot.
```

### (1 SEGMENT RUNNING 00:01:10.598)

#### 1.   PAGE 79:06 TO 79:18   (RUNNING 00:01:10.598)

```
         06        Q.   Do you recognize Exhibit 103, sir?
         07        A.   Of course.
         08        Q.   And can you tell us what it is.
         09        A.   This is a certificate from the Society of
         10   Authors and Musical Composers and Publishers,
         11   SACERAU, which says that the song KHOSARA KHOSARA is
         12   composed by the musical composer Baligh Hamdy, and
         13   it is documented in the Society dated June 17, 1960,
         14   under No. 3799.
         15        Q.   Is this a document that you obtained, sir?
         16        A.   Of course.
         17        Q.   Why?
         18        A.   To bring it to the lawyer.
```

### (3 SEGMENTS RUNNING 00:02:48.630)

#### 1.   PAGE 197:21 TO 198:14   (RUNNING 00:01:47.440)

```
         21        Q.   Have you had a chance, Mr. Fahmy, to look
         22   at Exhibit 122?
         23        A.   Yes.
         24        Q.   Can you describe for us in your words what
         25   this is.
00198:01        A.   Mohsen Jaber, he's the owner of Alam El
         02   Phan.  It's just like Sout El Phan, another company.
         03   Mohsen Jaber bought Sout El Phan except some of the
         04   heirs's rights in Sout El Phan.  That's why Sout El
         05   Phan is under a legal supervision.
         06        Mohsen Jaber took all the rights -- okay.
         07   Okay.  So when he bought Sout El Phan, all -- all
         08   the rights of distributing, printing, publishing of
         09   Sout El Phan, he took it.  He acquired it.
         10   Therefore, it was a must to make for him the same
         11   procedure that I took with Sout El Phan, which are
         12   the songs.
         13        Q.   Which are what?
         14        A.   The songs.
```

#### 2.   PAGE 198:15 TO 198:17   (RUNNING 00:00:23.352)

```
         15        Q.   And that's what 122 is, sir?
         16        A.   Yes.  Okay.  Because one company bought
         17   another company.  That's why we did it.
```

#### 3.   PAGE 206:25 TO 207:07   (RUNNING 00:00:37.838)

```
         25        Q.   You -- you understood this to grant -- to
00207:01   authorize the same rights that had been authorized
         02   originally from Baligh Hamdy to Sout El Phan and
         03   then renewed after Baligh Hamdy's death?
```

```
04      A.    Yes.
05      Q.    And the reason for this -- the only reason
06 for this was because of the sale of Sout El Phan?
07      A.    Yes.
```

**Loutfi, Hossam (Played at Trial on October 14, 2015)**

**(50 SEGMENTS RUNNING 00:22:39.280)**

**1.   PAGE 9:14 TO 9:19   (RUNNING 00:00:12.191)**

```
14      Q      Good morning.
15      A      Good morning, sir.
16      Q      Could you please state your full name for
17 the record?
18      A      My full name is Mohamed-Hossam Mahmoud
19 Loutfi Ibrahim, as per inscripted in my birth act.
```

**2.   PAGE 11:15 TO 11:23   (RUNNING 00:00:13.947)**

```
15      Q      Okay.  Let's start with your background.
16             Are you an Egyptian lawyer?
17      A      Yes.
18      Q      Are you also an Egyptian law professor?
19      A      Yes.
20      Q      And are you fluent in English?
21      A      Yes.
22      Q      Are you also fluent in Arabic?
23      A      Yes.
```

**3.   PAGE 17:23 TO 18:12   (RUNNING 00:00:39.146)**

```
23         Q      Okay.  New subject, whether or not you're
24 qualified to provide opinions on Egyptian copyright
25 law and Egyptian license agreements.
00018:01            Are you an Egyptian citizen?
02         A      Yes.
03         Q      And do you reside in Egypt?
04         A      Yes.
05         Q      And have you resided in Egypt your whole
06 life?
07         A      Yes, except a period of three years to
08 obtain my PhD from Paris University.
09         Q      And is your PhD from Paris University in
10 the subject of law?
11         A      Yes.  It relates to performing right of
12 musical works.
```

**4.   PAGE 18:15 TO 18:17   (RUNNING 00:00:08.731)**

```
15             So you have a special degree based on
16 musical works?
17      A      Yes, of course.
```

**5.   PAGE 18:25 TO 20:25   (RUNNING 00:01:58.468)**

```
25         Q      And are you affiliated with any law firm?
00019:01         A      I do have my own law firm which has my
02 name.  And I did replace my father after he passed
03 away to run his law firm also --
04         Q      Okay.
05         A      -- which has been established 1949 by him.
06         Q      Oh.  And so what's the name of your law
07 firm?
08         A      Dr. Loutfi Law Firm.
09         Q      Okay.  And how many attorneys are in your
10 firm?
11         A      Approximately 25, actually.
```

```
12      Q      And what is your legal specialty, the
13 specialty of the law you practice?
14      A      Mainly copyright, intellectual property
15 rights, and insurance and telecommunications.
16      Q      And so do you personally represent Egyptian
17 clients in copyright matters?
18      A      Yes.
19      Q      And do you also represent clients outside
20 of Egypt; for example, American clients or clients
21 in other countries?  Do you represent those clients
22 on Egyptian copyright matters?
23      A      I am representing, actually, Autodesk and
24 Warner Bros. motion pictures, Microsoft.  I do have
25 valid power of attorneys from them to act on their
00020:01 behalf to defend willful their rights in Egypt.
02      Q      So you represent Microsoft --
03      A      Autodesk, Warner Bros. motion pictures.
04      Q      Okay.  And in the course of your work as a
05 copy- --
06      A      And Disney, actually.
07      Q      And Disney?
08      A      Yes.
09      Q      Okay.  And in the course of your work as a
10 copyright lawyer in Egypt, have you had an
11 opportunity to draft copyright license agreements?
12      A      Yes.
13      Q      Approximately how many copyright license
14 agreements would you estimate you drafted in your
15 career?
16      A      Let's say hundred per year.
17      Q      A hundred per year?
18      A      Yes.
19      Q      And how long have you been practicing law,
20 again?
21      A      More than 30 years.
22      Q      So then --
23      A      It's approximately 3,000 --
24      Q      Okay.
25      A      -- license, either drafted or reviewed.
```

**6.  PAGE 21:22 TO 23:03   (RUNNING 00:01:38.150)**

```
22      Q      Okay.  So let's talk about your work as a
23 legal scholar.
24             Do you teach copyright law to students at
25 Egyptian universities?
00022:01      A      Yes.  Since 1984.
02      Q      And which universities do you teach at?
03      A      Faculty of Law, Cairo University, 14 years;
04 and at the same time I started to lecture at
05 Beni-Suef, which has been a branch from Cairo
06 University, from 1984 up to now.
07      Q      And have you taught copyright law to
08 Egyptian judges?
09      A      Of course, because I have been working for
10 the Ministry of Justice as a district attorney for
11 seven years and because of this, whenever there is a
12 training program for judges, they invite me to come
13 to train judges and district attorney in this
14 regard.
15      Q      And do you ever teach copyright law to
16 other lawyers in Egypt?
17      A      Yes, of course, because I do have -- I give
```

```
18   my services to the Bar Association in several
19   locations.
20        Q    And as a scholar of Egyptian law, have you
21   ever written any books on the subject of copyright?
22        A    Yes.  I have more than 24 books, 3 of them
23   on copyright and intellectual property rights.
24        Q    Okay.  I'm going to hand you what I'd ask
25   the court reporter to mark as Exhibits 226 and 227,
00023:01   which appear to be Arabic books.  We'll mark the
02   thinner book as Exhibit 226 and the thicker book as
03   Exhibit 227.
```

**7.   PAGE 23:10 TO 24:02   (RUNNING 00:00:47.556)**

```
10            Dr. Loutfi, could you tell us what
11   Exhibit 226 is?
12        A    The first one is my book on intellectual
13   property right in general.  And the first edition of
14   this book has been made 1987.  And this edition is
15   dated 2013.  It deals with all aspects of
16   intellectual property rights and including
17   copyright.
18        Q    And can you just hold up the book so
19   everyone can see your work?
20            There's some free advertising for you.
21            Okay.  And so that book -- you wrote that
22   yourself?
23        A    Yes.
24        Q    And that relates to intellectual property,
25   including copyrights?
00024:01   A    Yes, generally referred to in all Arab
02   regions.
```

**8.   PAGE 24:11 TO 24:22   (RUNNING 00:00:29.885)**

```
11        Q    And could you now take a look at
12   Exhibit 227?
13        A    Yes.
14        Q    And tell us what Exhibit 227 is.
15        A    This is my book about obligations,
16   liability, and evidence, contract law.  And first
17   edition 20 years ago.  And this is the last edition
18   dated 2013.
19        Q    Okay.  And so you wrote that whole book?
20        A    Yes.
21        Q    And to your knowledge, are your books
22   relied upon by Egyptian practitioners?
```

**9.   PAGE 24:24 TO 24:24   (RUNNING 00:00:00.482)**

```
24            THE WITNESS:  Yes.
```

**10.   PAGE 25:11 TO 26:15   (RUNNING 00:01:09.044)**

```
11        Q    And so have you personally seen them using
12   your books?
13        A    Yes, of course.
14        Q    And have you discussed with various
15   practitioners their use of your books?
16        A    Yes.
17        Q    Okay.  And have you also written academic
18   papers on the subject of Egyptian copyright law?
19        A    Yes.  In English and French --
20        Q    And --
```

```
21    A    -- and Arabic, of course.
22    Q    And give us a estimate of how many papers
23 you've written on the subject of Egyptian copyright
24 law.
25    A    Twenty-five, around.
00026:01   Q    Okay.  Let's talk about your work as a
02 consultant to the Egyptian government.
03         Have you ever been retained by the Egyptian
04 government to consult on copyright issues?
05    A    Yes.  Since 1985 I've been retained in
06 several occasions.  First of all, just review the
07 Egyptian law dated 1954.  And I have been asked to
08 draft the amendment dated 1992.  And I have been
09 asked also to submit the first draft of the new law
10 dated 2002.
11    Q    So you were asked by the government to
12 actually draft the --
13    A    Yes.
14    Q    -- copyright laws in Egypt?
15    A    Ministry of Justice asked me to do so.
```

**11.  PAGE 27:01 TO 27:15   (RUNNING 00:00:40.517)**

```
00027:01        Did you say that the Egyptian government
02 asked you to draft Egypt's copyright laws?
03    A    Yes.  Of course, and to review it also.
04    Q    Okay.  Let's talk about your work on behalf
05 of international organizations.
06         Have you ever done any work on behalf of
07 the United Nations on copyright matters?
08    A    Yes.  Since 1992 I should think I have been
09 hired by the WIPO, which is World Intellectual
10 Property Organization -- it's a specialized
11 organization appended to United Nations -- to draft
12 laws for Arab countries and to review Arab laws with
13 regard to intellectual property rights and to train
14 judges and officials over there in all Arab
15 countries.
```

**12.  PAGE 28:03 TO 28:10   (RUNNING 00:00:22.847)**

```
03    Q    Okay.  And did I hear you correctly that
04 you've also assist in drafting copyright laws for
05 countries outside of Egypt?
06    A    Yes.  All Arab countries have been member
07 of the committee of drafting.  And even Afghanistan,
08 I have been selected to draft their laws on
09 intellectual property rights and to train the
10 judges.
```

**13.  PAGE 29:05 TO 30:13   (RUNNING 00:01:47.016)**

```
05    Q    Thank you.  New topic, Dr. Loutfi:
06 "Khosara Khosara."  Now, I think from time to time
07 we've heard in this case people refer to this song
08 as "Khosara Khosara."  I've done it myself.
09         How do you pronounce this work?
10    A    "Hosara Hosara."  "What a loss, what a
11 loss."
12    Q    Okay.  So you pronounce it with the "K"
13 silent; is that correct?
14    A    Yes.  "Ha."
15    Q    Okay.  So I'm going to do my best to follow
16 your lead.
```

```
17          And did you say -- did you say -- what does
18    "Khosara Khosara" mean in English?
19          A     It means a loss because the guy is
20    regretting the absence of his beloved girl.
21          Q     And are you familiar with the song "Khosara
22    Khosara"?
23          A     Yes.  It has been -- it has been very -- it
24    has been created 1957.  And I saw the movie 1962
25    because I had been born 1957.  Then since 1962 I
00030:01    used to follow the movie and to see it, watch it at
02    the TV.  And it used to be a very popular song in
03    Egypt by this time.
04          Q     Okay.  And what movie -- do you recall what
05    movie "Khosara" was in?
06          A     My memory's contract, it's "Fata Ahlami" --
07          Q     Okay.
08          A     -- the man of my dream.
09          Q     Okay.  And, to your knowledge, was that
10    movie popular in Egypt?
11          A     Very popular because the superstar Abdel
12    Halim Hafez used to be a big star in this movie and
13    he was to be the singer of the old songs.
```

**14.   PAGE 14:21 TO 15:07   (RUNNING 00:00:36.531)**

```
21          Q     Okay.  And from time to time we may see the
22    term "publish" in some of these agreements that
23    we're going to look at.
24          What does it mean under Egyptian law to
25    publish a musical composition?
00015:01          A     Publish is to grant somebody or an entity
02    the authority to make copies and to perform in
03    public a specific work.  And this is a financial
04    right, a mere financial or economic rights.
05          Q     And under Egyptian law, does the term
06    "publish" include the right to make alterations to
07    the work?
```

**15.   PAGE 15:09 TO 15:09   (RUNNING 00:00:00.640)**

```
09          THE WITNESS:  No.
```

**16.   PAGE 15:11 TO 15:13   (RUNNING 00:00:07.630)**

```
11          Q     And so under Egyptian law, are you saying
12    that to publish a musical composition means to make
13    it available as is?
```

**17.   PAGE 15:15 TO 15:15   (RUNNING 00:00:01.094)**

```
15          THE WITNESS:  As is, of course.
```

**18.   PAGE 16:19 TO 16:21   (RUNNING 00:00:12.229)**

```
19          Q     Okay.  And we also from time to time will
20    be hearing about a license.  And what, under
21    Egyptian law, is a license to use a copyright?
```

**19.   PAGE 16:23 TO 16:24   (RUNNING 00:00:06.133)**

```
23          THE WITNESS:  A license is just permission
24    to use or to exploit an economic right.
```

**20.   PAGE 17:02 TO 17:22   (RUNNING 00:01:01.087)**

```
02      Q    Okay.  So if somebody other than the author
03 wants to utilize a copyright, the author can give
04 them permission and that's called a license; is that
05 correct?
06      A    A license is only attached to economic
07 rights just to use the work as is.
08      Q    Okay.  And just tell us -- you may have
09 touched on it, but tell us again what's the
10 difference under Egyptian law between an economic
11 right and a moral right?
12      A    An economic right may be licensed.  But
13 moral right is subject to prior written consent from
14 the author or the successors.  Then we need a
15 consent with regard to moral right and we need the
16 license with regard to economic rights.
17      Q    Okay.  And so under Egyptian law, can an
18 economic right be licensed?
19      A    Yes, of course.
20      Q    And under Egyptian law, can a moral right
21 be licensed?
22      A    No.
```

**21.  PAGE 35:14 TO 35:19  (RUNNING 00:00:16.636)**

```
14      Q    Okay.  And have you also read all of the
15 agreements that are at issue in this case?
16      A    Yes.
17      Q    And, in your view, does the plain language
18 of those agreements grant to defendants the right to
19 alter "Khosara Khosara"?
```

**22.  PAGE 35:21 TO 35:21  (RUNNING 00:00:00.935)**

```
21           THE WITNESS:  It doesn't.
```

**23.  PAGE 39:03 TO 39:08  (RUNNING 00:00:13.885)**

```
03      Q    Yeah.  So, just so the record's clear,
04 based on the plain language of the agreements that
05 you reviewed, do you believe that these agreements
06 that are an issue in this case provide the
07 defendants the right to use "Khosara" in
08 "Big Pimpin'"?
```

**24.  PAGE 39:10 TO 39:10  (RUNNING 00:00:00.810)**

```
10           THE WITNESS:  No.
```

**25.  PAGE 39:12 TO 39:19  (RUNNING 00:00:27.370)**

```
12      Q    Okay.  So let's talk about the first basis
13 of your opinion, the right of authors in Egypt to
14 approve any alterations to work.
15           Is it possible, Dr. Loutfi, under Egyptian
16 copyright law, to obtain a license to alter a
17 musical composition?
18      A    A license, no.  A prior written consent,
19 yes.
```

**26.  PAGE 40:05 TO 40:13  (RUNNING 00:00:35.461)**

```
05      Q    Okay.  So -- okay.  So let's break this
06 down.  Let's say we're in Egypt and you own a
07 copyright in a song called "Loutfi Song."  And you
08 license to me all rights to use your song.  And I
```

```
09   want to not only distribute the song as is, but I
10   want to make a new version of it with new lyrics and
11   changes to the musical composition.
12           Could I do that based on a license
13   agreement?
```

**27.   PAGE 40:15 TO 40:15   (RUNNING 00:00:01.432)**

```
15           THE WITNESS:  No.
```

**28.   PAGE 40:18 TO 41:03   (RUNNING 00:00:36.843)**

```
18   Q    And why not?
19   A    Because you are dealing with a moral right
20   and nobody on earth can replace the author or the
21   successors in this regard and this consent has to be
22   done on a specific version of work.  Then you cannot
23   have it in advance.
24   Q    And let's say that the agreement itself
25   specifically says, "I'm granting to you, licensee,
00041:01 all financial or economic rights in this work."
02           Would the licensee have the ability to put
03   out a new work with changes to the original?
```

**29.   PAGE 41:05 TO 41:06   (RUNNING 00:00:06.165)**

```
05           THE WITNESS:  No.  Using only different
06   vehicles to transmit the work to public.
```

**30.   PAGE 41:10 TO 42:05   (RUNNING 00:00:52.896)**

```
10   Q    Okay.  Let's assume something else.  Let's
11   assume that the plaintiff in this case, Mr. Fahmy,
12   wanted to authorize certain record companies to sell
13   CDs with "Khosara" as it existed in its original
14   form; in other words, with the Egyptian instruments
15   and the Arabic lyrics.
16           Do you understand that assumption?
17   A    Yes.
18   Q    Okay.  And let's assume he entered into
19   license agreements with these record companies and
20   those license agreements are silent on the
21   licensee's ability to make alterations to the work.
22           Okay?  Are you following me?
23   A    Yes.
24   Q    Okay.  And under those circumstances, based
25   on Egyptian law, would Mr. Fahmy retain the right to
00042:01 make alterations to the work -- or approve
02   alterations to the work or would the record
03   companies have --
04   A    By law --
05   Q    -- those rights?
```

**31.   PAGE 43:14 TO 43:14   (RUNNING 00:00:01.513)**

```
14           THE WITNESS:  Inassignable.
```

**32.   PAGE 43:22 TO 44:16   (RUNNING 00:01:07.491)**

```
22   Q    Under Egyptian law the author always
23   automatically retains the right to make alterations
24   to his work?
25   A    Yes.
00044:01 Q    And that's based on Article 9?
02   A    Based on Article 9, alinea 1.
```

```
03      Q     And is that under the 1954 act?
04      A     Yes, sir.
05      Q     And does the 2002 act have a similar
06 requirement?
07      A     Yes.  Article 143.
08      Q     Okay.  And what does Article 143 say?
09      A     Let's move -- 143.  The author has an
10 unprescriptable right and a perpetual right to stop
11 any changes which might affect his work or alter his
12 work.  This is 143, alinea 3rd.
13      Q     Okay.  And, in your experience, is it
14 common practice for Egyptian license agreements to
15 contain a provision reserving the author's right to
16 approve alterations to his work?
```

**33.  PAGE 44:18 TO 45:03   (RUNNING 00:00:24.675)**

```
18            THE WITNESS:  It's by law.  Then we --
19 there is no need to mention it within a license
20 because a license is per se -- it relates only to
21 economic rights.
22 BY MR. WESLEY:
23      Q     And in Egypt, if a reference is made to a
24 license to use financial rights in a copyright,
25 based on your experience, would that be understood
00045:01 to include the right to make modifications or
02 deletions to the copyrighted work?
03      A     No.
```

**34.  PAGE 45:08 TO 45:14   (RUNNING 00:00:19.100)**

```
08            In Egypt, would a license to use financial
09 rights be understood to include the right to change
10 a musical composition by including new lyrics?
11      A     No.
12      Q     Would a license to use financial rights be
13 understood to include the right to change a musical
14 composition by combining it with rap music?
```

**35.  PAGE 45:16 TO 46:06   (RUNNING 00:00:52.284)**

```
16            THE WITNESS:  No.  It's the license.  You
17 are using -- you are licensed to use the work as is.
18 If you are licensed to use a trademark, you have the
19 right to use it as is.
20            A license, it has only one subject matter,
21 the work itself as is.  Then whenever a license use
22 Mercedes trademark, you cannot alter or change it.
23 You use it as is.
24            And that's why we are -- of the family --
25 of the French family which it is defending the moral
00046:01 right and the right to the author to stop others
02 from touching the content of his work.  And whenever
03 they are interested to make any changes, they have
04 to seek, in advance, his prior written consent.  He
05 may accept and he -- or he may not.  It's up to him
06 to decide.
```

**36.  PAGE 48:16 TO 48:22   (RUNNING 00:00:16.160)**

```
16      Q     Okay.  So new subject:  The agreements
17 themselves that the defendants are relying upon.
18            First question:  Under Egyptian law, can a
19 copyright license be verbal?
```

```
20      A    Never.
21      Q    And can a copyright license be implied by
22 conduct?
```

**37.  PAGE 48:24 TO 48:25   (RUNNING 00:00:00.552)**

```
24           THE WITNESS:  No.
25 ///
```

**38.  PAGE 49:02 TO 49:05   (RUNNING 00:00:11.696)**

```
02      Q    And why not?
03      A    It's mentioned clearly in the text of the
04 law of 1954 and the law of 2002 that this consent
05 has to be in writing.
```

**39.  PAGE 53:04 TO 53:06   (RUNNING 00:00:08.670)**

```
04           Please turn to Exhibit 204.  This is an
05 agreement that has been referred to as the 1968
06 agreement.
```

**40.  PAGE 53:07 TO 53:19   (RUNNING 00:00:28.962)**

```
07           Do you see Exhibit 204?
08      A    Yes.
09      Q    And Exhibit 204 begins with the Arabic
10 version, and then there's a translation.
11           Do you see that?
12      A    Yes.
13      Q    And when reviewing the 1968 agreement, did
14 you review the original Arabic version?
15      A    Yes.
16      Q    And is that the case for all of the
17 agreements that were originally written in Arabic?
18 Did you review the original Arabic versions?
19      A    Yes.
```

**41.  PAGE 55:01 TO 55:15   (RUNNING 00:00:37.827)**

```
00055:01     Q    And does this 1968 agreement contain any
02 language that indicates to you that Sout El Phan had
03 the right to alter any of Hamdi's compositions?
04      A    No.
05      Q    Okay.  Let's look at Exhibit 205.  This is
06 what we've been referring to as the 1995
07 Sout El Phan-Fahmy agreement.
08           Do you see Exhibit 205?
09      A    Yes.  Just in front of me now.
10      Q    And have you reviewed this agreement as
11 part of your work in this case?
12      A    Yes.
13      Q    And you reviewed the original Arabic
14 version; is that correct?
15      A    Yes.
```

**42.  PAGE 56:09 TO 56:11   (RUNNING 00:00:09.942)**

```
09      Q    And did this agreement, in your view,
10 provide to Sout El Phan any right to alter or modify
11 "Khosara Khosara"?
```

**43.  PAGE 56:13 TO 56:13   (RUNNING 00:00:00.652)**

```
13           THE WITNESS:  No.
```

**44.   PAGE 56:16 TO 56:17   (RUNNING 00:00:01.613)**

```
16      Q      Did you say "no"?
17      A      No.
```

**45.   PAGE 58:06 TO 58:12   (RUNNING 00:00:20.448)**

```
06      Q      Okay.  Let's move on to Exhibit 208.  This
07 is the Mosley-EMI Music Arabia agreement.  Do you
08 see that?
09      A      Yes.
10      Q      And, in your view, did this agreement
11 validly grant to Mosley the right to use "Khosara"
12 in "Big Pimpin'"?
```

**46.   PAGE 58:14 TO 58:24   (RUNNING 00:00:36.383)**

```
14             THE WITNESS:  No.
15 BY MR. WESLEY:
16      Q      And why not?
17      A      Because it has been signed between Mosley
18 and EMI.  EMI does not own any moral rights on the
19 work "Khosara Khosara."  Then whenever there is an
20 agreement with Mosley, this agreement has only one
21 subject matter:  The record itself.
22      Q      Okay.  So are you saying that because
23 EMI Music Arabia had no rights to alter "Khosara
24 Khosara," it couldn't convey those rights to Mosley?
```

**47.   PAGE 59:01 TO 59:17   (RUNNING 00:00:40.575)**

```
00059:01             THE WITNESS:  You cannot convey a right
02 which you did not have it before.
03 BY MR. WESLEY:
04      Q      Okay.  Let's look at Exhibit 210.  This is
05 what we've been referring to as the 2002
06 Fahmy-Mohsen Gaber agreement.
07             Do you see this agreement?
08      A      Yes, sir.
09      Q      And did you review this agreement as part
10 of your work in this case?
11      A      Yes.
12      Q      And did you review the original Arabic
13 version of this agreement?
14      A      Yes.
15      Q      And based on your review and your knowledge
16 and experience of Egyptian copyright licensing law,
17 what is this agreement purporting to convey?
```

**48.   PAGE 59:19 TO 60:01   (RUNNING 00:00:35.551)**

```
19             THE WITNESS:  It relates only to license,
20 reproduction of certain melodies without making any
21 changes to any segment of melody.  And it has been
22 underlined expressly.
23 BY MR. WESLEY:
24      Q      So is this another agreement that is
25 conveying to somebody else the right to use "Khosara
00060:01 Khosara" in its original form?
```

**49.   PAGE 60:03 TO 60:08   (RUNNING 00:00:18.660)**

```
03             THE WITNESS:  Yes.
04 BY MR. WESLEY:
```

```
05      Q    And does this agreement, in your opinion,
06  provide to the licensee the ability to authorize a
07  new version of "Khosara Khosara" with new lyrics and
08  new music?
```

**50.  PAGE 60:10 TO 60:10   (RUNNING 00:00:00.769)**

```
10            THE WITNESS:  No.
```

## Farhat, Walid (Played at Trial on October 15, 2015)

### (10 SEGMENTS RUNNING 00:01:14.023)

**1.  PAGE 9:03 TO 9:05   (RUNNING 00:00:05.396)**

```
03        Q   Please state and spell your full name for
04   the record.
05        A   My name is Walid Abou Farhat.
```

**2.  PAGE 24:06 TO 24:09   (RUNNING 00:00:09.188)**

```
06        Q   And you were retained by defendants to
07   respond to Dr. Loutfi's expert opinion in this case;
08   is that right?
09        A   Yes.
```

**3.  PAGE 174:05 TO 174:07   (RUNNING 00:00:06.714)**

```
05        Q   Is it the normal practice in Egypt to get
06   an author's permission before making changes to his
07   work?
```

**4.  PAGE 174:09 TO 174:13   (RUNNING 00:00:16.205)**

```
09            THE WITNESS:  In the law, the 1954 law as
10   amended, stipulates that in order to make amend --
11   an adaptation, you need to have an authorization.
12   It's the law.  It's not what SACERAU is saying.
13   It's the law itself.
```

**5.  PAGE 174:15 TO 174:17   (RUNNING 00:00:05.536)**

```
15        Q   Is it the normal practice in Egypt to get
16   an author's permission before making any changes to
17   his work?
```

**6.  PAGE 174:19 TO 174:22   (RUNNING 00:00:11.026)**

```
19            THE WITNESS:  It's -- I couldn't -- I
20   couldn't tell if it's common practice, but what I
21   can confirm is that if you don't have the author
22   permission, then you are infringing the law.
```

**7.  PAGE 175:13 TO 175:16   (RUNNING 00:00:09.145)**

```
13        Q   Are you familiar with any instances when
14   an Egyptian court allowed an alteration to a
15   copyrighted work without the permission from the
16   author?
```

**8.  PAGE 175:18 TO 175:19   (RUNNING 00:00:02.392)**

```
18            THE WITNESS:  I'm not aware of such
19   decisions.
```

**9.  PAGE 175:21 TO 175:23   (RUNNING 00:00:07.779)**

```
21        Q   Are you familiar with any texts or
22   treatises on Egyptian law that say a copyright can
23   be altered without permission from the author?
```

**10.  PAGE 175:25 TO 175:25   (RUNNING 00:00:00.642)**

25          THE WITNESS:  No.