UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV07-5715-CAS(PJWx) | Date | October 14, 2015 |
| Title: | *OSAMA AHMED FAHMY v. JAY-Z AKA SHAWN* | | |

Present: The Honorable    CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine M. Jeang | Deborah Gackle/Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Keith Wesley<br>Peter Ross | Daniel Rozansky<br>L. David Russell<br>Andrew Bart<br>David Steinberg<br>Christine Lepera |

　　　　Day Court Trial　　　　2ND Day Jury Trial

　　One day trial:　　Begun (1st day);　X Held & Continued;　　Completed by jury verdict/submitted to court.

　　The Jury is impaneled and sworn.
　　Opening statements made by
X Witnesses called, sworn and testified.　X Exhibits identified.　X Exhibits admitted.
　　Plaintiff(s) rest.　　Defendant(s) rest.
　　Closing arguments made by　　plaintiff(s)　　defendant(s).　　Court instructs jury.
　　Bailiff(s) sworn.　　Jury retires to deliberate.　　Jury resumes deliberations.
　　Jury Verdict in favor of　　plaintiff(s)　　defendant(s) is read and filed.
　　Jury polled.　　Polling waived.
　　Filed Witness & Exhibit Lists　　Filed jury notes.　　Filed jury instructions.
　　Judgment by Court for　　　　plaintiff(s)　　defendant(s).
　　Findings, Conclusions of Law & Judgment to be prepared by　plaintiff(s)　defendant(s).
　　Case submitted.　　Briefs to be filed by
　　Motion to dismiss by　　　　is　　granted.　　denied.　　submitted.
　　Motion for mistrial by　　　　is　　granted.　　denied.　　submitted.
　　Motion for Judgment/Directed Verdict by　　　is　　granted.　　denied.　　submitted.
　　Settlement reached and placed on the record.
　　Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
　　Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
　　Trial subpoenaed documents returned to subpoenaing party.
X Case continued to　**October 15, 2015** at **9:30 A.M.**　for further trial/further jury deliberation.
　　Other:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　04 : 41
　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　CMJ