# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV07-5715-CAS(PJWx) |
| Title: | *OSAMA AHMED FAHMY v. JAY-Z AKA SHAWN* |
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |

| Catherine M. Jeang | Deborah Gackle/Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Keith Wesley | Daniel Rozansky |
| Peter Ross | L. David Russell |
| | Andrew Bart |
| | David Steinberg |
| | Christine Lepera |

\_\_\_\_ Day Court Trial    3ᴿᴰ Day Jury Trial

\_\_\_\_ One day trial;    \_\_\_\_ Begun (1st day);    X  Held & Continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
X  Witnesses called, sworn and testified.    X  Exhibits identified.    X  Exhibits admitted.
X  Plaintiff(s) rest.    \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).    \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.    \_\_\_\_ Jury retires to deliberate.    \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.    \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists    X  Filed jury notes.    \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for    \_\_\_\_    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.    \_\_\_\_ Briefs to be filed by    \_\_\_\_
\_\_\_\_ Motion to dismiss by    \_\_\_\_    is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by    \_\_\_\_    is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by    \_\_\_\_    is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to    **October 16, 2015** at **9:30 A.M.**    for further trial/further jury deliberation.
\_\_\_\_ Other:

|  |  | 04 | : | 51 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | | CMJ | |