BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
    pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
    kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
    jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100 / Facsimile: (310) 275-5697

Attorneys for Plaintiff
OSAMA AHMED FAHMY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSAMA AHMED FAHMY, an individual, | Case No. 2:07-CV-05715 CAS (PJWx) |
| Plaintiff, | The Hon. Christina A. Snyder |
| vs. | **PLAINTIFF OSAMA AHMED FAHMY'S NOTICE OF APPEAL** |
| JAY-Z (aka SHAWN CARTER), TIMOTHY MOSELY, KYAMBO JOSHUA, ROB BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN, CHESTER BENNINGTON, BIG BAD MR. HAHN MUSIC, CHESTERCHAZ PUBLISHING, EMI BLACKWOOD MUSIC, INC., EMI MUSIC PUBLISHING LTD., KENJI KOBAYASHI MUSIC, LIL LULU PUBLISHING, MACHINE SHOP RECORDINGS, LLC, MARCY PROJECTS PRODUCTIONS II, INC., MTV NETWORKS ENTERPRISES INC., NONDISCLOSURE AGREEMENT MUSIC, PARAMOUNT HOME ENTERTAINMENT, INC., PARAMOUNT PICTURES CORPORATION, RADICAL MEDIA, ROB BOURDON MUSIC, ROC-A-FELLA RECORDS, LLC, TIMBALAND PRODUCTIONS, INC., UMG RECORDINGS, INC., UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., AND WARNER MUSIC INC., | |
| Defendants. | |

603982.1

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2   RECORD:

3   NOTICE IS HEREBY GIVEN that Plaintiff in the above named case, Osama

4   Ahmed Fahmy, hereby appeals to the United States Court of Appeals for the Ninth

5   Circuit from a Judgment dated February 5, 2016 (Dkt. No. 731), and all

6   interlocutory orders that gave rise to the judgment, including but not limited to the

7   district court's order of October 21, 2015 granting defendants' motion for judgment

8   as a matter of law.

9   Pursuant to Circuit Rule 3-2, a Representation Statement is attached hereto as

10  Exhibit A.

11

12  Dated: December 24, 2015          BROWNE GEORGE ROSS LLP
                                       Peter W. Ross
13                                     Keith J. Wesley
                                       Jonathan L. Gottfried
14
                                       By    /s/ Keith J. Wesley
15                                           Keith J. Wesley
16                                     Attorneys for Plaintiff Osama Ahmed Fahmy

17

18

19

20

21

22

23

24

25

26

27

28

603982.1

PLAINTIFF'S OSAMA AHMED FAHMY'S NOTICE OF APPEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT A**

603982.1

# REPRESENTATION STATEMENT

The undersigned represents Plaintiff-Appellant Osama Ahmed Fahmy and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement.  The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---------|-------------------|
| Plaintiff-Appellant Osama Ahmed Fahmy | BROWNE GEORGE ROSS LLP<br>Peter W. Ross (State Bar No. 109741)<br>    pross@bgrfirm.com<br>Keith J. Wesley (State Bar No. 229276)<br>    kwesley@bgrfirm.com<br>Jonathan L. Gottfried (State Bar No. 282301)<br>    jgottfried@bgrfirm.com<br>2121 Avenue of the Stars, Suite 2400<br>Los Angeles, California 90067<br>Telephone: (310) 274-7100 /<br>Facsimile: (310) 275-5697 |
| Defendant Shawn Carter (pka Jay Z) | JENNER & BLOCK LLP<br>Andrew Bart, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>Tel: 212.891.1600<br>Fax: 212.891-1699<br>Email: abart@jenner.com<br><br>Linda M. Burrow, Esq.<br>CALDWELL LESLIE<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, California 90017<br>Tel.:  (213)629-9040<br>Fax:  (213)629-9022<br>Email: burrow@caldwell-leslie.com |
| Attorneys for Defendants Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop | Russell J. Frackman, Esq.<br>David Steinberg, Esq.<br>Alexa L. Lewis, Esq.<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Tel.:  310.312.2000<br>Fax:  310.312.3100<br>Email: rjf@msk.com<br>        all@msk.com |

| | |
|---|---|
| Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc. | das@msk.com<br><br>Christine T. Lepera (Pro Hac Vice)<br>MITCHELL SILBERBERG & KNUPP LLP<br>12 East 49th Street,30th Floor<br>New York, NY 10017<br>Tel.: 212.509-3900<br>Fax: 212.5097239<br>Email: ctl@msk.com |

603982.1

1

# SERVICE LIST

2

### *Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

3

**United States District Court, Western Division –**
**Case No. 2:07-CV-05715 CAS (PJWx)**

4

5

6   Linda M. Burrow, Esq.                              Attorneys for Defendant
    CALDWELL LESLIE                                    Shawn Carter (pka Jay Z)
7   725 South Figueroa Street, 31st Floor
    Los Angeles, California 90017
8   Tel.:  (213)629-9040
    Fax:   (213)629-9022
9   Email: burrow@caldwell-leslie.com

10
    JENNER & BLOCK LLP                                 Lead Counsel for Defendant
11  Andrew Bart, Esq.                                  Shawn Carter (pka Jay Z)
    Ava U. McAlpin, Esq.
12  919 Third Avenue
    New York, NY 10022
13  Tel: 212.891.1600
    Fax: 212.891-1699
14  Email:     abart@jenner.com
               amcalpin@jenner.com
15

16  JENNER & BLOCK LLP
    Daniel A. Rozansky, Esq.
17  L. David Russell, Esq.
    633 West 5th Street, Suite 3600
18  Los Angeles, California 90071
    Tel.: (213) 239-5100
19  Fax: (213) 239-5199
    drozansky@jenner.com
20  drussell@jenner.com

21

22

23

24

25

26

27

28

603982.1

PLAINTIFF'S OSAMA AHMED FAHMY'S NOTICE OF APPEAL

1  Russell J. Frackman, Esq.
   David Steinberg, Esq.
2  Alexa L. Lewis, Esq.
   MITCHELL SILBERBERG & KNUPP LLP
3  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
4  Tel.:  310.312.2000
   Fax:  310.312.3100
5  Email:  rjf@msk.com
             all@msk.com
6             das@msk.com

7  Christine T. Lepera (Pro Hac Vice)
   MITCHELL SILBERBERG & KNUPP LLP
8  12 East 49th Street,30th Floor
   New York, NY 10017
9  Tel.: 212.509-3900
   Fax: 212.5097239
10 Email: ctl@msk.com

|   |   |
|---|---|

Attorneys for Defendants Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

603982.1

PLAINTIFF'S OSAMA AHMED FAHMY'S NOTICE OF APPEAL

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On February 9, 2016, I served true copies of the following document(s) described as **PLAINTIFF OSAMA AHMED FAHMY'S NOTICE OF APPEAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 9, 2016, at Los Angeles, California.


/s/ Kathy Hall
Kathy Hall

603982.1

1

2

3

4

5

**SERVICE LIST**

*Osama Ahmed Fahmy v. Jay-Z (aka Shawn Carter), et al.*

**United States District Court, Western Division –
Case No. 2:07-CV-05715 CAS (PJWx)**

6    Linda M. Burrow, Esq.                          Attorneys for Defendant
     CALDWELL LESLIE                                Shawn Carter (pka Jay Z)
7    725 South Figueroa Street, 31st Floor
     Los Angeles, California 90017
8    Tel.:  (213)629-9040
     Fax:  (213)629-9022
9    Email: burrow@caldwell-leslie.com

10

11   JENNER & BLOCK LLP                             Lead Counsel for Defendant
     Andrew Bart, Esq.                              Shawn Carter (pka Jay Z)
     Ava U. McAlpin, Esq.
12   919 Third Avenue
     New York, NY 10022
13   Tel: 212.891.1600
     Fax: 212.891-1699
14   Email:      abart@jenner.com
                 amcalpin@jenner.com
15

16   JENNER & BLOCK LLP
     Daniel A. Rozansky, Esq.
17   L. David Russell, Esq.
     633 West 5th Street, Suite 3600
18   Los Angeles, California 90071
     Tel.: (213) 239-5100
19   Fax: (213) 239-5199
     drozansky@jenner.com
20   drussell@jenner.com

21

22

23

24

25

26

27

28

603982.1

PLAINTIFF'S OSAMA AHMED FAHMY'S NOTICE OF APPEAL

Russell J. Frackman, Esq.
David Steinberg, Esq.
Alexa L. Lewis, Esq.
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel.:   310.312.2000
Fax:   310.312.3100
Email:  rjf@msk.com
         all@msk.com
         das@msk.com

Christine T. Lepera (Pro Hac Vice)
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, NY 10017
Tel.: 212.509-3900
Fax: 212.5097239
Email: ctl@msk.com

Attorneys for Defendants Timothy Mosely, Kyambo Joshua, Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn, Chester Bennington, Big Bad Mr. Hahn Music, Chesterchaz Publishing, EMI Blackwood Music, Inc., EMI Music Publishing Ltd., Kenji Kobayashi Music, Lil Lulu Publishing, Machine Shop Recordings, LLC, Marcy Projects Productions II, Inc., MTV Networks Enterprises Inc., Nondisclosure Agreement Music, Paramount Home Entertainment, Inc., Paramount Pictures Corporation, Radical Media, Rob Bourdon Music, Roc-A-Fella Records, LLC, Timbaland Productions, Inc., UMG Recordings, Inc., Universal Music and Video Distribution, Inc., and Warner Music Inc.

603982.1

PLAINTIFF'S OSAMA AHMED FAHMY'S NOTICE OF APPEAL